1 Gerald H. Davis, #110417
   PO Box 38
2 Aguanga CA 92536
   (619) 400-9997
3 ghd@trusteedavis.com

4 Trustee

5

                    UNITED STATES BANKRUPTCY COURT
6                   SOUTHERN DISTRICT OF CALIFORNIA

7

8 In re:                          )     Case No: 25-04318-CL7
                                  )
9 MONIKA KERBER PEREZ             )     EX PARTE MOTION AND STIPULATION
                                  )     EXTENDING TIME TO OBJECT TO
10                                )     DISCHARGE (11 USC 727) AND/OR
                  Debtor(s)       )     DISCHARGEABILITY
11 _____)

12          The debtor(s), by and through counsel, acknowledging Trustee's request for additional

13 time to evaluate the case, stipulate that as to the Trustee and the U.S. Trustee only, the time

14 deadline to object to the debtor's discharge pursuant to 11 USC 707(b) and/or 727, is extended to

15 January 30, 2026. This Stipulation is without prejudice to additional request for extension of

16 time by the Trustee and/or the U.S. Trustee.

17          By signing this Stipulation, the attorney representing the debtor(s) certifies that he/she

18 has discussed and obtained approval from the debtor(s) to execute this stipulation on debtor's

19 behalf.

20

21 Dated: December 19, 2025            /s/ Gerald H. Davis
                                       Chapter 7 Trustee
22
   Dated: December 19, 2025
23                                     Michael R. Totaro
                                       Attorney for Debtor
24

25

26

27

28