2040
06/22

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse 325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 8:30am - 4:30pm Monday-Friday

In Re:
Monika Kerber Perez
P.O. Box 1000
Julian, CA 92036

Case No.: 25-04318-CL7

Social Security / Individual Taxpayer ID No.:
xxx-xx-9232

Employer Tax ID / Other nos.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM (POC)
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a POC. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a POC with the clerk of the bankruptcy court at the address below on or before:

Date: **3/24/26**

Creditors who do not file a POC on or before this date might not share in any distribution from the debtor's estate.

A POC may be filed electronically on the Court's website using this Electronic Proof of Claim (ePOC) program https://www.casb.uscourts.gov/electronic-proof-claim-epoc.

A Form 410, Proof of Claim, may also be filed on paper. The form is available at the Bankruptcy Clerk's Office or on the Court's website at https://www.casb.uscourts.gov/forms/proofclaim. POC forms should be mailed to the address in the box below. To receive acknowledgment of your filing, include a stamped, self-addressed envelope and a copy of your POC. There is no fee for filing the POC.

United States Bankruptcy Court
325 West F Street
San Diego, CA 92101-6991

Creditors filing POC for wages, salaries, and compensation must provide the Trustee a complete Social Security Number which is required by the Trustee for the processing of dividends. The Trustee is located at the following address:

**Gerald H. Davis**
Gerald H. Davis
PO Box 38
Aguanga, CA 92536
619-400-9997

Any creditor who has filed a POC already need not file another POC.

Dated: 12/24/25

Mark Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Southern District of California

In re:  
Monika Kerber Perez  
       Debtor

Case No. 25-04318-CL  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3        User: Admin.        Page 1 of 2  
Date Rcvd: Dec 24, 2025        Form ID: 2040        Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15229020 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15229021 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15229022 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246274 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15229024 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15246273 | + | Charles Robert Windon, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15229025 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15229026 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15229027 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15229029 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15232048 | + | Meredith King, Franklin Soto Leeds LLP, 444 West C Street, Suite 300, San Diego, California 92101-3597 |
| 15245918 | + | Nexus Bankruptcy, 3090 Bristol Street#400, Costa Mesa, CA 92626-3063 |
| 15229033 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15229034 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15229035 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15229036 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15229037 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15229038 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15229039 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15229041 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15229043 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15229044 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15229031 | Email/Text: litbkcourtmail@johndeere.com | | Dec 24 2025 22:02:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |
| 15229028 | EDI: IRS.COM | | Dec 25 2025 02:59:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15229030 | EDI: JEFFERSONCAP.COM | | Dec 25 2025 02:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15229032 | ^ | MEBN | Dec 24 2025 22:01:56 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15245833 | Email/PDF: MerrickBKNotifications@Resurgent.com | | Dec 24 2025 22:10:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15229040 | Email/Text: bankruptcynotices@sba.gov | | | |

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 24, 2025 | Form ID: 2040 | Total Noticed: 30 |

| | | Dec 24 2025 22:02:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
|---|---|---|---|
| 15229042 | Email/Text: CWanger@manatt.com | Dec 24 2025 22:02:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15232173 | *+ | Meredith King, Franklin Soto Leeds LLP, 444 West C Street, Suite 300, San Diego, California 92101-3597 |
| 15229023 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net |
| Meredith King | on behalf of Interested Party Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Interested Party River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Interested Party The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael R Totaro | on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 7