Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
Telephone: 310 804 2157
Ocbkatty@aol.com

**Attorneys for Debtor in Possession**

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br>Monika Kerber Perez<br>   Debtor in Possession. | Case No. 3:25-bk-04318-CL7<br><br>Chapter 11<br><br>**WITHDRAWAL OF ADDENDUM TO PETITION FILED AS DOCKET 22** |

   Debtor Monika Kerber Perez, hereby withdraws the Addendum filed as Docket 22 on December 26, 2025 as a mistake in names.

Dated: December 27, 2025                    Totaro & Shanahan, LLP

                                                           By: /s/ Michael R. Totaro
                                                                Michael R. Totaro