Gerald H. Davis, #110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:                                             ) Case No: 25-04318-CL7
                                                   )
MONIKA KERBER PEREZ                                ) EX PARTE MOTION AND STIPULATION
                                                   ) EXTENDING TIME TO OBJECT TO
                                                   ) DISCHARGE (11 USC 727) AND/OR
                    Debtor(s)                      ) DISCHARGEABILITY
                                                   )

The debtor(s), by and through counsel, acknowledging Trustee's request for additional time to evaluate the case, stipulate that as to the Trustee and the U.S. Trustee only, the time deadline to object to the debtor's discharge pursuant to 11 USC 707(b) and/or 727, is extended to March 15, 2026. This Stipulation is without prejudice to additional request for extension of time by the Trustee and/or the U.S. Trustee.

By signing this Stipulation, the attorney representing the debtor(s) certifies that he/she has discussed and obtained approval from the debtor(s) to execute this stipulation on debtor's behalf.

Dated: January 11, 2026

/s/ Gerald H. Davis
Chapter 7 Trustee

Dated: January 11, 2026

Michael R. Totaro
Attorney for Debtor