CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Gerald H. Davis, # 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

Order Entered on
January 13, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

MONIKA KERBER PEREZ

Debtor.

Case No: 25-04318-CL7

Time of Hearing:
Name of Judge: Christopher B. Latham           jro

# ORDER ON EX PARTE MOTION AND STIPULATION
# EXTENDING TIME TO OBJECT TO DISCHARGE
# (11 USC 707(b)(3) AND/OR 727)

The Court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.  Notice/Motion/Application Docket  Entry No: 27

//
//
//
//
//
//

DATED:   January 13, 2026

Judge, United States Bankruptcy Court

CSD 1001A

```
CSD 1001A [07/01/2018](Page 2)
ORDER ON EX PARTE MOTION AND STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE (11 USC
707(b)(3)AND/OR 727)
DEBTOR:  MONIKA KERBER PEREZ                                CASE NO. 25-04318-CL7
```

The Court having considered the Ex Parte Motion and Stipulation Extending Time To Object to Discharge and/or Substantial Abuse pursuant to 11 USC 727 and/or 707(b)(3), (Docket # 27,) **AS TO THE TRUSTEE AND U.S. TRUSTEE ONLY,** to March 15, 2026, and for good cause appearing therefor,

**IT IS SO ORDERED**

CSD 1001A

Signed by Judge Christopher B. Latham January 13, 2026