CSD 3011 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Monica Perez Kerber

Debtor

BANKRUPTCY NO. 25-04318

ADVERSARY NO.

Plaintiff(s)

v.

Defendant(s)

## SUBSTITUTION OF ATTORNEY AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __1__ through __1__ with exhibits, if any, for a total of __1__ pages.

//
//
//
//

DATED:

_____
Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [07/01/18](Page 2)

# ORDER ON SUBSTITUTION OF ATTORNEY AND ORDER THEREON

DEBTOR: Monica Perez Kerber

CASE NO.: 25-04318
ADV. NO.:

1. The name of the party making this Substitution of Attorney is: Monica Perez Kerber

2. The Present Attorney is substituted out as attorney or record.

   Specify name of Present Attorney: Michael R. Totaro Totaro & Shanahan, LLP

3. In place and stead of the Present Attorney, the Party's new legal representative will be:

   ☐ New Attorney   ☑ Party representing self.

4. The name, address and telephone number of the New Attorney are:

   Attorney Name: Monica Kerber Perez          State Bar Number: n/a
   Address: P.O. Box 1000 Julian, CA 92036
   Telephone: 951 234 9793                     Facsimile:
   E-Mail (Optional): Monika@villachardonnay.org

5. New Attorney hereby appears in the following matters:  ☑ Bankruptcy Case  ☐ The above Adversary Proceeding

I consent to this substitution.

Dated: 01/09/2026

Signature of Party
In pro per

Type Name of Party: Monika Kerber Perez

---

I consent to this substitution.

Dated: 01/09/2026

/s/ Michael R. Totaro
Signature of Present Attorney

Type Name of Present Attorney: Michael R. Totaro

---

I consent to this substitution. I am duly admitted to practice in this district.

Dated:

N/A
Signature of New Attorney

Type Name of New Attorney:

---

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011