```
Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804 2157
(310) 496-1260 (f)
Ocbkatty@aol.com
```

**Attorneys for Debtor in Possession**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Monika Perez Kerber<br><br>Debtor in Possession. | CASE NO. 3:25-bk-04318-CL<br><br>Chapter 11<br><br>**Certificate of Service of Substitution Of Attorneys**<br><br>**[No Hearing Requested]**<br>**LBR 9013(p)(4)** |

I, Michael R. Totaro, declare:

I am employed in the County of Los Angeles. I am over the age of eighteen and not a party to this case. My business mailing address is P.O. Box 789, Pacific Palisades, CA 90272. I am an employee of the law firm of Totaro & Shanahan, LLP.

On December 5, 2025 I served the following documents described as:

Substitution of Attorneys

on the parties listed in the within action in the following manner:

**x_  (Email Service)** Pursuant to Fed.R.Civ.P 5, I transmitted via electronic (email) mail to the attached email addresses, the above described documents.

See Below

X (**US Postal Service**) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. By

enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by regular, first class United States mail addressed as follows:

    See below

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 13, 2026 at Los Angeles, Ca.

                                      /s/ Michael R. Totaro
                                      Michael R. Totaro

2

**Ecf Service**:

- HGerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
- Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Meredith King    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- Michael R Totaro    Ocbkatty@aol.com
- United States Trustee    ustp.region15@usdoj.gov
- 

**Manual Service**

**Allstate Propane**
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709

**Andres Sandoval**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

**Benjamin Moreno**
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501

**Bruno Gonzalez**
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035

**Bruno Soto Gonzalez**
1122 S. La Cienega Blvd.
Los Angeles, CA 90035

**CACH, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Carol Armbrust**
P.O. Box 203
Chester, ID 83421

**Charles Robert Windon**
1122 S. La Cienega Blvd.
Los Angeles, CA 90035

**Cynthia Montgomery**
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261

**Darlene Sears**
2420 Gondar Ave
Long Beach, CA 90815-2214

**Elias Villafuerte-Rubio**

3

Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

**Internal Revenue Service**
General Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Investors Mortgage Lending Group, Inc**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud, MN 56302-7999

**John Deere Financial**
6400 Nw 86th St
Johnston, IA 50131

**John Deere Financial (2)**
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

**Meredith King**
Franklin Soto Leeds LLP
444 West C Street, Suite 300
San Diego, California 92101

**Meredith King**
Franklin Soto Leeds LLP
444 West C Street, Suite 300
San Diego, California 92101

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Nexus Bankruptcy**
3090 Bristol Street#400
Costa Mesa, CA 92626

**Private Mortgage Lending, LLC**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**Raul Garcia**
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

**Rey Velazquez**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

4

**River Falls, LLC**
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111

**San Diego Department of Gas & Electric**
Po Box 25111
Santa Ana, CA 92799-5111

**Santos Figueroa**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013

**Santos Rodriguez**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

**Small Business Association**
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

**State of California Labor Commission**
464 W 4th St 478
Sn Bernrdno, CA 92401-1407

**The Ark Watch andcCeline Myers**
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

**The ARK Watch Foundation**
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100

**Waste Management**
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046

5