**FENNEMORE LLP**
 Gary B. Rudolph, SBN 101921
 James P. Hill, SBN 90478
 Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Ste. 1700, San Diego, CA 92101
Tel.: (619) 233-4100; Fax: (619) 231-4372
grudolph@fennemorelaw.com

Proposed Counsel for Gerald H. Davis,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| In re<br><br>MONIKA KERBER PEREZ,<br><br>　　　　　Debtor. | CASE NO. 25-04318-CL7<br><br>Chapter 7<br><br>**EX PARTE APPLICATION TO EMPLOY FENNEMORE LLP AS GENERAL COUNSEL FOR GERALD H. DAVIS, CHAPTER 7 TRUSTEE**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: Dept: 1<br>　　　United States Bankruptcy Court<br>　　　325 West "F" Street<br>　　　San Diego, CA 92101-6991<br>Judge: Hon Christopher B. Latham,<br>　　　Chief Bankruptcy Judge |

Gerald H. Davis, Chapter 7 trustee, ("Trustee") herein, hereby files this Ex Parte Application ("Application") to employ the law firm of Fennemore LLP ("Fennemore") as his general bankruptcy counsel.

In support of this Application, the Trustee respectively represents the following:

**A.　The Bankruptcy Filing**

On October 20, 2025 ("Petition Date"), the Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code (11 U.S.C. § 101 <u>et seq</u>.). On October 21, 2025, Gerald Davis was appointed interim trustee of the Debtor's bankruptcy estate and became the permanent trustee on November 19, 2025.

1

**B.  Proposed Retention of Fennemore LLP**

It is necessary and essential that the Trustee employ Fennemore, as his general counsel, to provide legal services in this case, including, but not limited to, the following services:

a.  The Trustee reviewed documents and information indicating that the Debtor has a trust—the Monika Kerber Trust, that was to be the recipient of oversee funds. It is necessary for the Trustee to retain counsel to obtain and review the trust document(s) as well as analyze the source of any oversee funding; and

b.  To advise, consult with, and otherwise represent the Trustee in connection with such other matters as may be necessary for the duration of this bankruptcy case.

**C.  Proposed Compensation of Fennemore LLP**

The Trustee desires to employ Fennemore LLP on an hourly basis, which will submit for the approval of the Court periodic fee applications and requests for authorization for payment of fees and costs in accordance with fee application procedures. Fennemore agrees not to accept compensation for services rendered in this case except upon order of the Court. The currently hourly rates for attorneys and paralegals/legal assistants of Fennemore are reflected in the rate schedule attached as **Exhibit 1** to the Declaration of Gary B. Rudolph filed in support hereof ("Rudolph Declaration").

**D.  Fennemore's Qualifications**

The Trustee has selected Fennemore and its lawyers and other billing professionals, because of their extensive experience in the commercial insolvency arena, including bankruptcies, receiverships, assignments for the benefit of creditors, and out-of-court workouts. Fennemore routinely represents corporate debtors, creditors' committees, court-appointed fiduciaries (such as Chapter 7 and 11 trustees and state and federal court receivers), banks and other secured creditors, trade

creditors, assets purchasers, and other parties in interest. The Trustee submits that the ability to draw on such experience makes Fennemore especially qualified to serve as its general counsel. A copy of Fennemore's "firm resume" is attached as **Exhibit 2** to the Rudolph Declaration.

### E. Fennemore LLP is Disinterested

Neither Fennemore LLP nor any of its shareholders, associates, or employees has any interest in or connection with the Debtor, any creditors of the Debtor, the United States Trustee, any person employed by the United States Trustee, or any other party in interest, including their respective attorneys and accountants. In addition, no shareholder or employee of Fennemore holds or represents any interest adverse to the estate, and Fennemore is "disinterested" within the meaning of section 327(a) of the Bankruptcy Code. See the Rudolph Declaration at ¶6.

### F. Compliance with Local Rules

Pursuant to Local Bankruptcy Rule 2014-1(a), this Application is filed within 30 days from the date it first started providing services to the Trustee and is supported by a sworn statement of disinterestedness at paragraphs 4 and 6 of the Rudolph Declaration. Pursuant to Local Bankruptcy Rule 2014-1(c), Fennemore has submitted this Application to the U.S. Trustee as provided in Local Bankruptcy Rule 9034-1 and has also provided notice of this Application to the parties appearing on the Proof of Service relating to this Application.

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the foregoing, the Trustee respectfully requests that the Court enter an order, in substantially the form attached as **Exhibit A** hereto, authorizing Fennemore's appointment as general counsel to the Trustee

Respectfully submitted,

Dated: January 12, 2026

By: */s/ Gerald H. Davis*
Gerald H. Davis,
Chapter 7 Trustee

Dated: January 14, 2026         FENNEMORE LLP

By: */s/ Gary B. Rudolph*
Gary B. Rudolph, Esq.
Proposed Counsel for Trustee

4

49301532.1/536313.0045

**Exhibit Table**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | Proposed Order | 6–8 |

Fennemore LLP
Attorneys at Law
San Diego

49301532.1/536313.0045

# Exhibit A

CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

FENNEMORE LLP
  Gary B. Rudolph (SBN 101921)
  Kathleen A. Cashman-Kramer (SBN 128861)
600 B Street, Suite 1700, San Diego, California 92101
T: (619) 233-4100; F: (619) 231-4372
grudolph@fennemorelaw.com
Counsel for Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MONIKA KERBER PEREZ,

Debtor.

BANKRUPTCY NO. 24-04318-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Christopher B. Latham

**ORDER**
**GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE, TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

Exhibit A - page 7

**CSD 1001A** [07/01/18]**(Page 2)**

| | |
|---|---|
| ORDER GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE, TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL | |
| DEBTOR: MONIKA KERBER PEREZ, | CASE NO: 24-04318-CL7 |

The Court, having review the Ex Parte Application of Gerald H. Davis, Chapter 7 Trustee, to Employ Fennemore LLP ("Fennemore") a General Counsel for Trustee (the "Application"), in the above-entitled case; notice appearing proper; and good cause appearing therefore,

1. The Trustee is authorized to employ Fennemore as his general counsel on the terms set forth in the Application.

2. No fees or costs will be paid to Fennemore without prior court order upon notice to creditors and parties in interest.

3. The require for a retainer agreement between Fennemore and the Trustee, pursuant to LBR 2014-1(d), is waived.

   IT IS SO ORDERED.

CSD 1001A

Exhibit A - page 8