**FENNEMORE LLP**
  Gary B. Rudolph, SBN 101921
  James P. Hill, SBN 90478
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Ste. 1700, San Diego, CA 92101
Tel.: (619) 233-4100; Fax: (619) 231-4372
grudolph@fennemorelaw.com
jhill@fennemorelaw.com

Proposed Counsel for Gerald H. Davis,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| In Re: | Case No. 25-04318-CL7 |
| MONIKA KERBER PEREZ, | Chapter 7 |
| Debtor. | **DECLARATION OF GARY B. RUDOLPH IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY FENNEMORE LLP AS GENERAL COUNSEL FOR GERALD H. DAVIS, CHAPTER 7 TRUSTEE** |

Date:     N/A
Time:     N/A
Ctrm:     1
          United States Bankruptcy Court
          325 West "F" Street
          San Diego, CA 92101-6991
Judge:    Hon. Christopher B. Latham, Chief Bankruptcy Judge

I, Gary B. Rudolph, herby declare under penalty of perjury:

1.      I am an individual over the age of majority and am competent to testify as to the facts set forth in this declaration.  If called upon to testify, I could and would testify to the facts set forth in this declaration.  I am authorized by the Trustee, Gerald H. Davis, to submit this declaration.

2.      I am an attorney at law, duly admitted to practice before this Court.  I am a Director of Fennemore Craig PC, and practice in California as an employee of

Fennemore LLP ("Fennemore").  I am authorized to make this declaration on behalf of Fennemore.

3.     I submit this declaration in support of the Ex Parte Application to Employ Fennemore LLP as General Bankruptcy Counsel for Gerald H. Davis, Chapter 7 Trustee, ("Trustee") ("Application") Capitalized terms not otherwise defined herein shall have the same meaning given them the Application.

4.     The Trustee desires to employ Fennemore on a hourly basis. Fennemore started billing on this case on January 5, 2026.  Fennemore will submit for the approval of the Court periodic fee applications and requests for authorization for payment of fees and costs in accordance with fee application procedures after noticed hearing.  The current hourly rates for attorneys and paralegals/legal assistants of Fennemore are reflected in the rate schedule attached as **Exhibit 1** hereto.

5.     The Trustee has selected Fennemore and its lawyers, because of their extensive experience in the commercial insolvency arena, including bankruptcies, receiverships, assignments for the benefit of creditors, and out-of-court workouts. Fennemore routinely represents corporate debtors, creditors' committees, court-appointed fiduciaries (such as Chapter 7 and 11 trustees and state and federal court receivers), banks and other secured creditors, trade creditors, assets purchasers, and other parties in interest.  A copy of Fennemore's "firm resume" is attached as **Exhibit 2** hereto.

6.     Neither Fennemore LLP or any of its shareholders, associates, or employees has any interest in or connection with the Debtor, any creditors of the Debtor, the United States Trustee, any person employed by the United States Trustee, or any other party in interest, including their respective attorneys and accountants. In addition, no shareholder or employee of Fennemore holds or represents any interest adverse to the estate, and Fennemore's is "disinterested" within the meaning of section 327(a) of the Bankruptcy Code.

/ / /

Fennemore LLP
Attorneys at Law
San Diego

49301546.1/536313.0045

1        Executed this 14th day of January, 2026, under penalty of perjury pursuant to

2    the laws of the United States of America at San Diego, California.

3                            */s/Gary B. Rudolph*

4                            Gary B. Rudolph, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit Table**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| 1 | Rate Schedule | 5–6 |
| 2 | Firm Resume | 7–34 |

Fennemore LLP
Attorneys at Law
San Diego

49301546.1/536313.0045

# Exhibit 1

Exhibit 1 - page 5



## STANDARD HOURLY RATES

| Name | Title | 2026 Hourly Billing Rate |
|---|---|---|
| Kathleen Cashman-Kramer | Director | $600 |
| Christopher Hawkins | Director | $690 |
| James P. Hill | Director | $760 |
| Kristin Mihelic | Of Counsel | $600 |
| Donald G. Rez | Director | $690 |
| Gary B. Rudolph | Director | $680 |
| Linda Gubba-Reiner | Paralegal | $375 |
| Claudine LaLonde | Paralegal | $350 |
| Michelle Sanchez | Paralegal | $390 |

# Exhibit 2

Exhibit 2 - page 7

**FENNEMORE.**



# Financial Restructuring

One of the largest and most active bankruptcy and creditors' rights legal practices in the Southwest and California, representing clients locally, regionally, and nationally.

Our financial restructuring, creditors' rights and bankruptcy attorneys represent a wide range of clients - financial institutions, secured and unsecured creditors, insolvency committees, municipalities, borrowers, debtors, bankruptcy trustees, landlords, owner associations, purchasers of financially distressed businesses. These default, insolvency and bankruptcy law representations take place in state and federal courts, Chapter 11 cases in bankruptcy courts, debt restructuring, liquidation cases, out-of-court workouts, asset recovery, foreclosure actions and other related proceedings. Together with attorneys from other disciplines in the firm, our financial restructuring, creditors' rights and bankruptcy lawyers plan and negotiate complex workouts and restructures.

## LEADERSHIP



FINANCIAL
RESTRUCTURING

BUSINESS
LITIGATION

**Anthony W. Austin**
Chair

**Phoenix**
PH 602.916.5347
FX 602.916.5547
aaustin@fennemorela
w.com



FINANCIAL
RESTRUCTURING

BUSINESS &
FINANCE

**Christopher V. Hawkins**
Vice Chair

**San Diego**
PH 619.595.3218
FX 619.231.4372
chawkins@fennemorel
aw.com

## BANKRUPTCY LAW

Our bankruptcy attorneys are visible in various local and state bar sections, national bankruptcy and turnaround groups, have written numerous articles on bankruptcy and creditors' rights topics for both state and national publications, and have participated and spoken at numerous local, state and national seminars. They also have established relationships with the Arizona, California, Nevada state and federal courts and court personnel.

Our attorneys provide advice and counsel in all areas of secured and unsecured financing and other contracts, including enforcement of creditor's rights under loan, security and assignment agreements. With vast experience in loan transactions, modifications and litigation, count on our

**Exhibit 2 - page 8**

attorneys to help clients protect and enforce their rights in the most effective and efficient manner possible, including all phases of state, federal and bankruptcy court litigation.

**Bankruptcy Matters Handled (Partial List):**

- The Unsecured Creditors' Committee in the Baptist Foundation of Arizona, Inc. (BFA) bankruptcies, which involves 101 debtor entities and $640 million of liabilities, in Arizona. The BFA cases involved significant issues of investor and securities fraud by major non-profit corporations.

- The pre-petition and post-petition lender in the MicroAge bankruptcies. The MicroAge case involved approximately $600 million of liabilities.

- A major pre-petition construction and acquisition and development lender and debtor-in-possession lender in the UDC Homes, Inc. bankruptcy in Delaware. The UDC case involved approximately $400 million of real estate assets.

- A major gasoline trade creditor that chaired the Unofficial Reclamation Creditors' Committee in the consolidated bankruptcies of a national convenience store chain, and was instrumental in formulating $40 million of post-petition super priority trade credit, and purchased $20 million of the company's Hawaii stores. This case involved approximately $860 million in assets and $1.5 billion in liabilities.

- The indenture trustee of $52 million of public bonds with liens on 80,000 acres of land in more than 50 separate Sun Valley Parkway bankruptcies.

- A major post-petition administrative and pre-petition unsecured creditor, which was also a member of the Unsecured Creditors' Committee, in the consolidated bankruptcies of a convenience store chain in Texas. This case involved about $260 million of assets and $380 million in liabilities.

- A significant supplier in the Einstein/Noah Bagel bankruptcy cases that involved approximately $200 million in liabilities.

- The indenture trustee of several public bond issuances in the bankruptcy of a major airline. This case involved assets and liabilities over $1 billion.

- The Chapter 11 trustee in seven interrelated health care bankruptcies, which involved several senior living facilities and the successful marketing and sale of approximately $45 million of assets. The trustee cooperated in the criminal investigation of former principals by the FBI and State Attorney General that resulted in the three major principals pleading guilty to several felony charges.

- The debtor, an electric utility and its subsidiaries, in the involuntary proceedings filed against them and in the related state court litigation regarding one of its leveraged leases, both of which were ultimately dismissed. The company had nearly $1.5 billion in liabilities and assets.

- The former owner of a petroleum refinery in the bankruptcy of an oil and gas firm. Significant environmental issues, equitable servitudes and covenants running with the land were litigated.

- A secured construction lender in a major marina project in the Coastal Research and Development bankruptcy in New Jersey.

- The pre-petition secured lender in the bankruptcy of a motorcycle manufacturer.

- A major unsecured creditor in the Kroy, Inc. and Kroy (Europe) bankruptcies and a plaintiff in subsequent LBO litigation.

**Exhibit 2 - page 9**

- The Official Unsecured Creditors Committee in a refinery bankruptcy in Arizona.

- Numerous life insurance companies and institutional lenders with secured and unsecured claims in a variety of shopping center, apartment and office building Chapter 11 cases in Arizona.

- Numerous banks as secured and unsecured creditors in preference litigation, adversary proceedings, non-dischargeability proceedings, and single asset bankruptcy litigation.

- Numerous commercial landlords in local and national cases.

- Numerous potential purchasers submitting bids and negotiating agreements for the purchase of assets in bankruptcies.

- The debtor, a restaurant chain, a publicly traded company, and its subsidiaries, which confirmed a Chapter 11 plan of reorganization.

- The debtor, a lumber company, which confirmed a Chapter 11 plan and successfully addressed various environmental problems in its plan.

- An individual debtor before the United States Supreme Court in a 1992 landmark case involving the exemption or exclusion of an ERISA qualified pension plan from the bankruptcy estate, wherein the Supreme Court overturned longstanding Ninth Circuit caste law.

## CREDITORS' RIGHTS & LENDER LEGAL SERVICES

In addition to general experience required in large business and reorganization projects, our creditor attorneys' expertise also includes such areas as (i) fraudulent transfer analysis, (ii) negotiation and documentation of financing agreements, debt restructurings, loan workouts, cash collateral arrangements, and debtor-in-possession financing arrangements, (iii) complex bankruptcy litigation, (iv) counseling with respect to transfers of claims against or interests in bankrupt entities, (v) formulation, negotiation and promulgation of plans of reorganization and related documents, (vi) reviewing and issuing non-substantive consolidation opinions, and (vii) representing clients with environmental claims in bankruptcy cases.

Our debt collection law expertise also includes such areas as (i) deed of trust sales, (ii) foreclosures, (iii) deeds-in-lieu of foreclosure, (iv) appointment of receivers (v) replevin, garnishment and attachment proceedings, pre-judgment and post-judgment, (vi) collection actions, (vii) guaranty suits, (vii) Uniform Commercial Code issues and sales, and (ix) other commercial litigation matters.

### Creditors' Rights Matters Handled (Partial List):

- A lender in the repossession of four television stations in Alaska, including the appointment of a receiver and the liquidation of the assets and the FCC licenses.

- A lender in the repossession and liquidation of grocery stores in the Southeast, including the appointment of a receiver and suits on the guarantees.

- A lender in the restructuring of a loan with a major railroad line.

- A lender in the workout and restructuring of aircraft leases.

- A lender in the replevin of an aircraft from a South American carrier.

- A lender in the repossession and liquidation of a large conveyor manufacturing business located in the Southeast, including the appointment of a receiver and the liquidation of the assets.

**Exhibit 2 - page 10**

- A lender in the workout and restructure of a loan involving several radio stations in the Midwest.

- A lender in the foreclosure of three mobile home parks in Florida and Arizona, together with two executive jet aircraft.

- Lenders in foreclosing on hotel properties located in Arizona, including the appointment of receivers.

- A lender in restructuring the working capital and term loan facility of an environmental remediation company located in the South.

- A lender in the restructure and eventual orderly liquidation of interval ownership projects in the Southeast.

- A lender in restructuring the working capital facility of a medium-sized Midwest telecommunications company.

- A lender in the restructure of various loans and subsequent liquidation of collateral of a medical professional corporation specializing in radial keratotomy.

- A lender in the restructure and eventual orderly liquidation of assets of a computer software company.

- A lender in the workout and liquidation of a ski resort in Arizona.

- A lender in the workout of a baseball stadium loan.

- Lenders in foreclosures of major high-rise office buildings in Arizona.

Bankruptcy, insolvency, workout and creditors' rights matters require the legal services of debt lawyers in a multitude of substantive areas. With a wide range of bankruptcy legal services, we are uniquely suited to provide both general creditors' rights expertise and expertise specific to the needs of the client.

Exhibit 2 - page 11

**FENNEMORE.**



KATHLEEN A. CASHMAN-KRAMER

Director

Financial Restructuring

San Diego
P: 619.595.3267        F: 619.231.4372

kcashman-kramer@fennemorelaw.com

## KATHLEEN A. CASHMAN-KRAMER

Kathleen A. Cashman-Kramer brings her knowledge in navigating financial turbulence and offering personalized debt relief strategies to her practice in bankruptcy, insolvency matters, commercial, and real estate litigation. Representing trustees, creditors, and debtors in commercial bankruptcies, she guides clients through the complexities of financial distress, ensuring informed and strategic decisions.

Kathleen has successfully tried cases in federal and state courts and engaged in ADR proceedings with the American Arbitration Association (AAA) and other panels. Her comprehensive approach in Bankruptcy Court extends to representing an array of clients, including bankruptcy trustees, secured, priority, and unsecured creditors, lessors, and commercial bankruptcy debtors in Chapter 11 and Chapter 7 proceedings. This includes her experience as the staff attorney for a standing Chapter 13 Trustee in the U.S. Bankruptcy Court for the Southern District of California.

Her legal practice also covers representing title insurance companies and both individual and corporate clients in business and real estate litigation, showcasing her versatility and commitment to delivering client-focused solutions in challenging financial and legal situations.

## EDUCATION

- J.D., New England School of Law
- B.A., Stonehill College American University

## AREAS OF PRACTICE

- Financial Restructuring
- Business & Finance

## AWARDS AND HONORS

**Exhibit 2 - page 12**

- Top San Diego Lawyer, San Diego Magazine, 2025
- Mediator of the Year by the Judges of the U.S. Bankruptcy Court (2020-21)
- Best Lawyers In America, Bankruptcy
- Best Lawyers in America, Creditor Debtor Rights/Insolvency and
- Reorganization Law

## ARTICLES AND PRESENTATION

- Co-Author, "ILC Judicial Profile – Meet New Bankruptcy Judge J. Barrett Marum, U.S. Bankruptcy Judge, Southern District of California," California Lawyers Association, July 2025

- Co-Author, "Reminder Lessons: The Interaction between the California Uniform Voidable Fraudulent Transactions Act and Family Law," California Lawyers Association, March 2025

- Author, "In re Evans," Insolvency Law Committee eBulletin, California Lawyers Association, September 4, 2023

- Author, "In re Mack," Insolvency Law Committee eBulletin, California Lawyers Association, June 26, 2023

- Author, "Young vs. Midland – Debt collector may be held liable under the Rosenthal Act for falsely stating that substitute service had been achieved on the debtor, even if the debt collector did not know the statement was false;" Insolvency Law Committee eBulletin by the California Lawyers Association, February 23, 2023

- Author, "Barclay vs. Boskoski," Insolvency Law Committee eBulletin, California Lawyers Association, December 7, 2022

- Author, "In re Open Medicine Institute, LLC," Insolvency Law Committee eBulletin, California Lawyers Association, November 30, 2022

- Author, "In re Powell – Ineligibility to be a Chapter 13 Debtor Does Not Deprive The Debtor of the "Near Absolute Right" to Dismiss His Chapter 13 Case," Insolvency Law Committee eBulletin, California Lawyers Association, November 14, 2022

- Author, "In re Portland Injury Institute – When Can An Avoidance Action Be Sold to a Creditor?" Insolvency Law Committee eBulletin, California Lawyers Association, August 16, 2022

- Author, "In re Szanto," Insolvency Law Committee eBulletin, California Lawyers Association, July 7, 2022

- Author, "*Jakubaitis v. Golde*n – Terminating Sanctions Used Against Debtor In Adversary Proceeding Resulting In Revocation of His Discharge," Insolvency Law Committee eBulletin, California Lawyers Association, May 4, 2022

- Author, "In re Crescent Associates, LLC – When Can a Bankruptcy Court Award Attorney's Fees under California Civil Code Section 1717?" – Insolvency Law Committee eBulletin, California Lawyers Association, April 15, 2022

- Author, "In re Koshkalda," Insolvency Law Committee eBulletin, California Lawyers Association, May 19, 2021

- Author, "In re Sarria," Insolvency Law Committee eBulletin, California Lawyers Association, May 12, 2021

- Author, "In re Evans," Insolvency Law Committee eBulletin, California Lawyers Association, February 18, 2021

**Exhibit 2 - page 13**

- Author, "City of Chicago, Illinois, vs. Fulton (U.S. Sup. Ct.)," Insolvency Law Committee eBulletin, California Lawyers Association, January 18, 2021

- Author, "Brown v Barclay (In re Brown) (9th Cir.)," Insolvency Law Committee eBulletin, California Lawyers Association, December 9, 2020

- Author, "Berkley v. Burchard (In re Berkley) (9th Cir. BAP)," Insolvency Law Committee eBulletin, California Lawyers Association, December 7, 2020

- Author, "Elliott vs. Pacific Western Bank – Debtor Cannot Avoid Completed Pre-Petition Judgment Levy on IRA Account," Insolvency Law Committee eBulletin, California Lawyers Association, November 3, 2020

- Author, "In re Bartenwerfer – Debtors Beware: Creditor's Attorneys' [sic] Fees for Prosecuting Section 523 Action May Also Be Non-Dischargeable, Regardless of the Amount," Insolvency Law Committee eBulletin, California Lawyers Association, October 21, 2020

- Author, "In re Burton – BAP rules "mere presence" of marijuana near bankruptcy case not sufficient for dismissal," Insolvency Law Committee eBulletin, California Lawyers Association, June 9, 2020

- Co-Author, "Chapter 12 Bankruptcy and the Family Farmer Relief Act," Firm Newsletter, July 2020

- Co-Author, "Transfers on Death Deeds: The Good, the Bad, and the Ugly," California Real Property Journal, Vol. 34, No. 3, 2016

- "Settlement in "Robo-Signing" Class Action Cases Set Aside," United Trustees Association Quarterly, Spring 2014 Issue

- "Alakozai: The Case of Multiple Filers and The Effect of In-Rem Relief From The Automatic Stay Orders," United Trustees Association Quarterly, Spring 2014 Issue

- "Good News for Short Sellers: Coker vs. Chase," United Trustees Association Quarterly, Winter 2013 Issue

- "Another Borrower Attack on Lender's Assignment of Home Loan Defeated: Nordeen vs. BOA," United Trustees Association Quarterly, Winter 2013 Issue

- "Revisions to California Mechanics Lien Law and Developments in the Treatment of Mechanic's Liens in Bankruptcy: An Update," California Real Property Journal, Vol. 29, No. 4

## PROFESSIONAL AND COMMUNITY ACTIVITIES

- Bankruptcy Mediation Panel for the U.S. Bankruptcy Court, Southern District of California

- Presenter, San Diego Credit Abuse Resistance Education

- Board of Directors, Credit Abuse Resistance Education

- Board of Directors, San Diego Bankruptcy Forum

- Chair, San Diego County Bar Association's Bankruptcy Law Section

- Co-Vice Chair, Insolvency Law Committee and Business Litigation Committee of the California Lawyers Association

- Member, San Diego Bankruptcy Forum

- Member, California Bankruptcy Forum

- Member, American Bar Association

- Member, California Bar Association

**Exhibit 2 - page 14**

- Member, American Bankruptcy Institute
- Member, Massachusetts Bar Association
- Member, District of Columbia Bar Association
- Board of Directors, Annual Bankruptcy Tee Golf Tournament
- Past Board of Directors, Rancho Peñasquitos Pop Warner
- Past Religious Education Instructor, Our Lady of Mount Carmel Catholic Church

## ADMISSIONS

- California
- Commonwealth of Massachusetts
- District of Columbia
- U.S. Supreme Court
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District and Bankruptcy Courts for the Southern Districts of California

Exhibit 2 - page 15



**FENNEMORE.**

## CHRISTOPHER V. HAWKINS
### Director

Financial Restructuring

San Diego
P: 619.595.3218          F: 619.231.4372
chawkins@fennemorelaw.com

### CHRISTOPHER V. HAWKINS

Christopher V. Hawkins practices in the Insolvency and Commercial Bankruptcy, Business Transactions, and Commercial and Business Litigation practice groups. Within these practice areas, he represents a variety of corporate debtors, bankruptcy trustees, receivers, assignees, lenders, trade creditors, asset purchasers and other parties in interest in all aspects of commercial insolvency, including bankruptcies, receiverships, assignments for the benefit of creditors, and out-of-court workouts. He also represents clients with non-insolvency transactional matters, including advising on real estate sales, leases and financings, entity formation and corporate governance matters. Mr. Hawkins is a frequently published author and speaker on topics related to bankruptcy, receivership, assignment for the benefit of creditors and other insolvency matters, including having served as an author for Westlaw's Commercial Finance Newsletter.

### EDUCATION

- J.D., The University of Texas at Austin, School of Law
- B.A., Vanderbilt University

### AREAS OF PRACTICE

- Financial Restructuring
- Business & Finance
- Business Litigation
- Emerging Businesses & Technologies
- Real Estate
- Mergers & Acquisitions
- Cannabis Business

### AWARDS AND HONORS

**Exhibit 2 - page 16**

- Best Lawyers in America® "Lawyer of the Year" – Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, San Diego, 2025

- Best Lawyers in America® "Lawyer of the Year" – Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, San Diego, 2023

- Best Lawyers in America® "Lawyer of the Year" – Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, 2020

- Super Lawyer, Bankruptcy, 2020-2023

- San Diego Daily Transcript's 2013 Top Attorney Nominee, Corporate Transactional

## REPRESENTATIVE MATTERS

**Insolvency and Commercial Bankruptcy**

- Represented the Receiver in a state court receivership involving a historic building in downtown San Francisco burdened with a complex ownership structure, outdated, CC&R's, and financial distress brought on by both.

- Represented a private lender in the jointly-administered Chapter 11 cases of a developer of ultra-high end homes.

- Represented the Assignee in assignment for the benefit of creditors of a large online retailer (Zulily) which involved multiple asset sales and combined debt in excess of $100,000,000.

- Represented a nursing home owner-operator in its Chapter 11 bankruptcy sale.

- Represented the buyer in its purchase of LLC membership interests holding nationally franchised gym facilities.

- Represented a federal equity receiver in a regulatory receivership brought by the Federal Trade Commission against a group of online automation companies.

- Represented an automated vehicle technology company in its sale through an Assignment for the Benefit of Creditors.

- Represented a Top 50 national craft brewer (Modern Times) in the sale of its business as a going concern through a consensual receivership.

- Represented an IOT network technology company in its successful reorganization under Chapter 11.

- Represented the secured lender in an Article 9 foreclosure of its collateral under a loan facility to an international restaurant organization.

- Represented a Receiver appointed by the Delaware Chancery Court in the receivership of a genetic testing company.

- Represented the first Chapter 11 debtor to confirm a Subchapter V Small Business Reorganization plan in the Southern District of California.

- Represented the sellers of a local brewery in a workout with the buyer involving carry-back financing, avoiding an Article 9 foreclosure.

- Represented a satellite communication company in connection with its efforts to "bankruptcy proof" various transactions involving dark fiber being used to build a nationwide network.

- Represented the Assignee of a franchised organic snack food vending machine company in its liquidation through an assignment for the benefit of its creditors.

**Exhibit 2 - page 17**

- Represented the Assignee of a cosmetics company in its sale to a private equity fund through an assignment for the benefits of its creditors.

- Represented a State Court Receiver operating Burger King franchises in litigation.

- Represented the Creditors Committee in the Chapter 11 reorganization of a medical device manufacturer.

- Represented a social media content arbitrage company in connection with the Chapter 7 bankruptcy of its principal.

- Represented the lender in the nonjudicial foreclosure of a deed of trust encumbering real estate.

- Represented a non-profit habitat preservation organization in connection with its acquisitions from various bankruptcy estates of large tracts of undeveloped land for conservation purposes.

- Represented a commercial landlord in the Chapter 11 bankruptcy of Rock Bottom Brewery.

- Represented a member of the Official Committee of Unsecured Creditors in the Chapter 11 sale of FTD.

- Represented a large group of wildfire victims in the Chapter 11 reorganization of Pacific Gas & Electric.

- Represented the San Diego Metro Transportation Service in the Chapter 11 reorganization of the "Desert Freight Line" Railroad.

- Represented the court-appointed Special Master in litigation between the owners of a large vertically integrated seed-to-sale cannabis operation.

- Represented the lender in making a secured loan to a call-center provider.

- Represented a home healthcare and hospice nonprofit in connection with its insolvency.

- Represented a Federal Court Receiver in the liquidation of an electronic cigarette company.

- Represented a b-2-b jewelry company in an out-of-court workout with its senior secured lender.

- Represented the Creditors' Committee in the Chapter 11 reorganization cases of the Southern California franchises of Party City, which cases resulted in the company's successful emergence from bankruptcy under a confirmed plan.

- Represented a regional bank in numerous commercial collection and insolvency matters.

- Represented a national consumer financial services company in its Chapter 11 reorganization.

- Represented a commercial landlord in the Sports Authority Chapter 11.

- Represented the principal of a nutraceutical/supplement company in connection with the section 363 sale of the company.

- Represented a secured creditor in the Chapter 11 reorganization of a national fast food franchise.

- Represented a snack food company in its sale as a going concern through an assignment for the benefit of creditors.

- Represented a State Court Receiver in the receivership of a $50,000,000 commercial property in Northern California.

**Exhibit 2 - page 18**

- Represented the post-confirmation trustee in the jointly-administered Chapter 11 bankruptcy cases of a group of national financial services companies.

- Represented a large national defense contractor in its Chapter 11 reorganization.

- Represented a Federal Court Receiver in a real estate Ponzi scheme receivership commenced by the Securities Exchange Commission.

- Represented the Creditors' Committee in the Chapter 11 case of a water meter component manufacturer.

- Represented an automotive parts wholesaler in its sale as a going concern through an assignment for the benefit of creditors.

- Represented a national health insurance and services provider in connection with its administrative claim in the Chapter 11 case of a hospice facility.

- Represented the Chapter 7 trustee in the bankruptcy liquidation of a group of 14 timeshare companies, including several hundred million dollars of notes receivable collateral.

- Represented the principal of a real estate holding consortium in connection with an out-of-court workout with the senior secured lender.

- Represented a State Court Receiver in connection with the liquidation of a group of health care provider entities.

- Represented the purchaser of a large portfolio of distressed debt in the liquidation of the real estate acquired thereunder.

- Represented the debtor-in-possession in a Chapter 11 reorganization of a professional services company.

- Represented a strategic buyer in connection with its purchase of a tile company through a section 363 sale.

- Represented a government contracting construction company in its liquidation through a Chapter 7 bankruptcy.

- Represented a State Court Receiver in litigation over debt secured by real property, and the related Chapter 11 reorganization cases of several hundred restaurant franchises.

- Represented the bankruptcy examiner in the Chapter 11 reorganization of a San Diego entertainment business.

- Represented the Chapter 7 trustee in the winding up and liquidation of a large Nevada tax advice and audit advisory services company that was the target of legal attacks by the Internal Revenue Service and the Federal Trade Commission, which resulted in significant criminal and financial liability imposed upon the corporation's principals and control-persons.

- Represented the Chapter 11 trustee in a cross-border bankruptcy case involving the liquidation of a portfolio of property, including interests in the Mexico real estate holdings of a failed American development company.

- Represented the founder and principal of a surgical device design company in the company's Chapter 11 bankruptcy case.

- Represented a priority creditor in the preservation and collection of a nondischargeable judgment through a structured settlement.

## ARTICLES AND PRESENTATIONS

- Presenter, "The ABC of ABCs," San Diego Bankruptcy Forum, September 9, 2025

**Exhibit 2 - page 19**

- Presenter, "Swimming Smoothly Around the Rocky Shoals of Litigation," California Bankruptcy Forum's Annual Conference, May 18, 2024

- Presenter, San Diego Craft Beer Con, SD Brewers Guild, August 8, 2023

- Presenter, "Navigating a Challenging Market," California Craft Brewers Association's California Craft Beer Summit, March 2023

- Presenter, California Craft Beer Summit, California Craft Brewers Association, March 21, 2023

- Presenter, "What You Need to Know About the Small Business Reorganization Act," San Diego Building Industry Supplier Credit Group, January 25, 2023

- Presenter, "What You Need to Know About the Small Business Reorganization Act," National Association of Credit Management's San Diego Building Industry Supplier Credit Group Meeting, January 2023

- Presenter, "Tap Into Knowledge: Financial Distress in the Craft Beer Industry," San Diego Brewers Guild, December 2022

- Presenter, "The Uniform Commercial Code (UCC) in Bankruptcy," San Diego County Bar Association, May 5, 2022

- Author, "In re Astria Health," Commercial Finance Newsletter by Westlaw, 2021

- Author, "In re Porter," Commercial Finance Newsletter by Westlaw and in the Insolvency Law Committee eBulletin by the California Lawyers Association, 2021

- Author, "Bankruptcy Court Finds Cross-Collateralization Provision in Separate Loan Transactions Valid and Effective (In re Porter)," Commercial Finance Newsletter by Westlaw and in the Commercial Transactions Committee eBulletin by the California Lawyers Association, 2020

- Second Case Review of "MOAC Mall Holdings LLC. v. Transform Holdco LLC (In re Sears Holdings Corporation)," Commercial Finance Newsletter by Westlaw and in the Commercial Transactions Committee eBulletin by the California Lawyers Association, 2020

- Case Review of "MOAC Mall Holdings LLC. v. Transform Holdco LLC (In re Sears Holdings Corporation)," Commercial Finance Newsletter by Westlaw and in the Commercial Transactions Committee eBulletin by the California Lawyers Association, 2020

- Author, "Creditor's Veil-piercing Claim Not Barred by Prior Receivership. Aaron Carlson Corporation v. Cohen," Commercial Finance Newsletter by Westlaw, 2019 WL 4282064

- Author, "PG&E Chapter 11: Burning Topics for Real Estate Lawyers," 38th Annual Real Property Law Section Spring Conference, May 2019

- Author, "In an Economic Downturn, It Pays to Be in the Golden State," Los Angeles Daily Journal, November 5, 2008: 7

- Author, "Pre-Petition Security Interests and Post-Petition Advances – Beware All Ye Who Enter," California Bankruptcy Journal, Volume 28, Number 3, 2006

- Author, "Calculation of Holdover Rent in a Claim for Commercial Lease Rejection Damages," The State Bar of California's Business Law News, Volume 2, 2005

- Author, "The Rooker-Feldman Doctrine and Preclusion in a Nondischargability Proceeding – Be Careful Where You Draw the Lines," California Bankruptcy Journal, Volume 28, Number 1, 2005

## PROFESSIONAL AND COMMUNITY ACTIVITIES

- Member, San Diego Bankruptcy Forum (Past President)

- Member, San Diego Receivers Forum (Past President)

Exhibit 2 - page 20

- Member, Turnaround Management Association, San Diego Chapter Liaison

- Member, Business Law Section, California Lawyers Association

- Member, American Bankruptcy Institute

- Member, Nature Conservancy

- Member. Escondido Creek Conservancy

- Member, Surfrider Foundation

- Former Author, Westlaw's Commercial Finance Newsletter

- Member, California Bankruptcy Forum (Past President)

- Member, California Receiver's Forum (Past Officer and Director)

- Member, San Diego County Bar Association

- Former Mentor, Crawford High School Academy of Law

## ADMISSIONS

- California

- Texas

- U.S. District Court, Southern District of California

- U.S. District Court, Central  District of California

- U.S. District Court, Eastern District of California

- U.S. District Court, Northern District of California

- U.S. District Court, Southern District of Texas

**Exhibit 2 - page 21**

**FENNEMORE.**



JAMES P. HILL

Director

Financial Restructuring

San Diego
P: 619.595.3226      F: 619.231.4372
jhill@fennemorelaw.com

## JAMES P. HILL

Jim Hill is a seasoned bankruptcy, insolvency, and commercial law attorney. His practice, emphasizing personalized debt relief strategies and comprehensive financial analysis, includes representing creditors, bankruptcy trustees, and select bankruptcy debtors in Chapter 11 business reorganization cases. He also serves as a court-appointed examiner and mediator, showcasing his versatility and in-depth knowledge in the field.

In addition to his bankruptcy work, Jim is adept in asset sales and acquisitions, state and federal court receivership cases, and business workouts, restructuring, and dissolution matters. His approach to providing tailored solutions and conducting detailed financial assessments makes him a sought-after advisor in complex commercial law matters.

Jim's leadership extends beyond his practice. He served two terms as the inaugural Chair of the California Lawyers Association (CLA) Board of Representatives from its launch in January 2018 through October 2019, representing nearly 100,000 California attorneys and other members of the CLA's various Sections.  Jim previously served as the CLA Board Representative of the Business Law Section, of which he was the chair in when it was still part of the State Bar of California. Prior to that, Mr. Hill was co-chair of the BLS Insolvency Law Committee. His dedication to the legal community is further shown by his recognition of receiving the California Lawyers Association's Business Law Section Lifetime Achievement Award in October 2022, highlighting his contributions to business law in California.

## EDUCATION

- J.D., The University of Texas at Austin, School of Law, with Honors
- B.J., University of Texas, High Honors

## AREAS OF PRACTICE

- Financial Restructuring
- Agribusiness
- Business Litigation
- Business & Finance
- Real Estate

**Exhibit 2 - page 22**

## AWARDS AND HONORS

- Top San Diego Lawyer, San Diego Magazine, 2025
- Best Lawyers® "Lawyer of the Year" in San Diego – Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law
- Best Lawyers in America®, Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law
- Best Lawyers in America®, Commercial Litigation
- Top Rated Lawyer by Martindale-Hubbell
- Top Rated Lawyer by American Lawyer Media, Commercial Bankruptcy and Creditor-Debtor Rights
- Top Rated Lawyer by American Lawyer Media, Corporate Restructuring and Bankruptcy
- AV® Preeminent™ Peer Review Rating by Martindale-Hubbell
- Lifetime Achievement Award, Business Law Section, California Lawyers Association
- Super Lawyer, Bankruptcy and Creditor/Debtor Rights, 2007-2023
- Top San Diego Lawyer by San Diego Magazine, 2015-2023
- 50 Influential Leaders in San Diego Business Community by the Daily Transcript, 2018
- Mediator of the Year by the Bankruptcy Court for the Southern District of California, 2013-2015
- San Diego Business Journal's Best of The Bar

## ARTICLES AND PRESENTATION

- Presenter, "The ABC of ABCs," San Diego Bankruptcy Forum, September 9, 2025
- Panelist, "Stalking Horse Real Property Sales in Bankruptcy: To Stalk or Not to Stalk," California Lawyer Association, October 11, 2023
- Presenter, "Litigation Funding in Bankruptcy Cases: How to Get it & Potential Pitfalls (Help Me Legalist, You're My Only Hope," California Lawyer Association, October 21, 2021

## PROFESSIONAL AND COMMUNITY ACTIVITIES

- Order of the Coif
- Member, Phi Kappa PHi
- Member, Kappa Tau Alpha
- Member, American Bar Association
- Member, Subcommittee on Business Bankruptcy, American Bar Association
- Member, San Diego County Bar Association
- Member, Bankruptcy Law Section, San Diego County Bar Association
- Member, San Diego County Chapter of the Federal Bar Association
- Member, National Association of Bankruptcy Trustees
- Member, California Bankruptcy Forum
- Member, San Diego Bankruptcy Forum

**Exhibit 2 - page 23**

- Member, San Diego Receivers Forum

- Member, California Receivers Forum

## ADMISSIONS

- California

- Texas

- U.S. Supreme Court

- U.S. Court of Appeals, Ninth Circuit

- U.S. District and Bankruptcy Courts for Southern, Central, Eastern and Northern Districts of California

**Exhibit 2 - page 24**

**FENNEMORE.**



### KRISTIN MIHELIC
Of Counsel

Financial Restructuring

San Diego
P: 619.595.3205        F: 619.231.4372
kmihelic@fennemorelaw.com

## KRISTIN MIHELIC

Kristin Mihelic is a veteran bankruptcy attorney and litigator representing debtors, creditors, lenders, franchisors, trustees, and committees in bankruptcy, restructuring, and complex commercial litigation matters.

Prior to joining Fennemore, Kristin was a Trial Attorney with the U.S. Department of Justice, U.S. Trustee Program in San Diego and Santa Ana, where she oversaw civil enforcement and Chapter 11 cases. Her work included prosecuting civil actions involving abuse of the bankruptcy system, litigating contested matters and trials, supervising chapter 11 cases, and analyzing complex financial and corporate restructuring issues to ensure compliance with the Bankruptcy Code and applicable law.

In addition to her work with the U.S. Trustee Program, Kristin was a Special Assistant U.S. Attorney with the  U.S. Attorney for the Southern District of California, where she handled fraud investigations and felony reactive cases tied to the U.S.–Mexico border. In this role, she managed cases from inception through sentencing, conducted evidentiary hearings in District Court, and participated in grand jury presentations. Earlier in her career, Kristin practiced at national and regional law firms representing debtors, creditors, trustees, and committees in chapter 7 and chapter 11 matters across the country, as well as in related commercial and real estate litigation. Her experience includes restructuring negotiations, contested plan confirmation proceedings, avoidance actions, insurance insolvency matters, and high-stakes arbitration and trial work.

Kristin is also active in legal education and professional leadership. She is currently serving a three-year term on the Ninth Circuit Judicial Conference Executive Committee and served a three-year term as a Lawyer Representative for the U.S. District Court for the Southern District of California. She has served as an adjunct professor at multiple law schools, teaching subjects including bankruptcy law, litigation skills, legal writing, and appellate advocacy, and is a frequent speaker and program moderator for bar associations and professional organizations on bankruptcy, ethics, and commercial litigation topics. She has held numerous leadership roles within local and statewide legal organizations and has been recognized by regional publications for her contributions to the legal community.

## EDUCATION

J.D., Boston University School of Law
  • Boston University Public Interest Law Journal

Exhibit 2 - page 25

- Co-Director and Judge-Advisor, Esdaile Moot Court Board
  - Jessup International Law Moot Court Competition
  - News Editor and Columnist, The Law Register
- B.A., Northwestern University

## AREAS OF PRACTICE

- Financial Restructuring

## REPRESENTATIVE MATTERS

- Successfully tried to verdict objection to discharge adversary proceeding in three day trial resulting in the denial of discharge of over $500,000 in unsecured debts

- Litigated chapter 11 Ponzi scheme cases for Trustee appointment in chapter 11 corporate and individual cases subsequent to which the principal was charged with 84 counts of fraud and elder abuse and entered a guilty plea

- Obtained waivers of discharge from debtors following litigation in several cases, resulting in over $75,000,000 in unsecured debts not discharged

- Litigated marijuana-adjacent chapter 11 case, resulting in dismissal of chapter 11 case filed by landlord of marijuana dispensary

- Litigated over 100 contested motions to convert chapter 11 cases to chapter 7 on various grounds, including plan feasibility and gross mismanagement of estate

- Represented creditors in a variety of core restructuring matters, including cash collateral agreements for secured lenders, administrative claims for reclamation and post-petition expenses, and plan confirmation objections

- Served as the firm's lead handling attorney for creditor representation in the Kmart Corporation bankruptcy, handling matters for lenders, suppliers, landlords, and utility companies

- Managed over 50 preference defense claims in amounts between $100,000 and $11 million, resulting in settlements representing a fraction of the dollar amounts of the claims

- Chapter 11 creditor representation: WorldCom; FINOVA Corporation; UAL Corporation; marchFirst, Inc.; Lodgian, Inc.; Houlihan's, Inc.; Teleglobe Communications Corporation; Hechinger Investment Corporation; TWA post-confirmation estate; Trailmobile Trailer, Inc.; Contifinancial Corporation; Bangor & Aroostock Railroad Company; Purely Cotton, Inc.; RHC Spacemaster, Inc.; Anicom, Inc.; Eagle Foods Center, Inc.; and Olympus Healthcare Group. Additional representative clients of public record included: U.S. Foodservice, Inc.; Equity Office Properties, LLC; LaSalle Bank, N.A.; Bank One, N.A.; Airlines Reporting Corporation; American National Bank; GE Capital Services; Heller Financial Leasing, Inc.; Siemens Building Technologies, Inc.; CIT Communications Finance Corporation; Bally Total Fitness Corporation; and Alliant Foodservice, Inc.

- Represented creditors committee and liquidating trust in medical provider chapter 11 case

- Represented franchisors in franchisee bankruptcy cases and managed issues regarding assumption and cure of intellectual property agreements

- Served as second chair in three complex and sizable reinsurance arbitration proceedings involving fraud and misrepresentation actions

**Exhibit 2 - page 26**

- Served as second chair in a $22 million construction delay claim including substantial economic losses
- Led litigation teams of attorneys and support staff in commercial and real estate litigation
- Conducted an evidentiary hearing for the imposition of sex offender conditions in connection with supervised release
- Managed approximately 50 felony cases in plea agreements and sentencings
- Worked with the Major Frauds Section of the U.S. Attorneys Office as a Special Assistant U.S. Attorney to investigate investment schemes

## AWARDS AND HONORS

- Justice in Action Award, South Asian Bar Association of San Diego, 2025
- San Diego Business Journal Woman Of Influence In Law
- San Diego Magazine Leader In Celebrating Women

## ARTICLES AND PRESENTATIONS

- Panelist, "One Year Later: Lessons Learned From The Snitch Rule," Federal Bar Association — Los Angeles Chapter, November 15, 2024
- Panelist, "Navigating the New Rule of Professional Conduct 8.3," Federal Bar Association — Los Angeles Chapter, October 20, 2023
- Producer and Moderator, "The Future of Student Loan Forgiveness and Dischargeability: A Conversation with Dean Erwin Chemerinsky," California Lawyers Association, August 14, 2023
- Panelist, "Special Topics in Chapter 11 Practice: Navigating Your Case to Confirmation, Insolvency Law Committee," California Lawyers Association, July 14, 2022
- Panelist, "Chapter 11: Back to the Basics," San Diego Bankruptcy Forumm December 7, 2021
- Producer and Moderator, "Bankruptcy Primer for Small Businesses," Insolvency Law Committee of the California Lawyers Association, June 24, 2021
- Producer and Moderator, "One Year Later: Retrospection on Sub-Chapter V Bankruptcy Practice," Insolvency Law Committee, California Lawyers Association, April 22, 2021
- Panelist, "The Small Business Reorganization Act: A Primer and Path for the Future (Part II)," San Diego Bankruptcy Forum, June 16, 2020
- Producer and Moderator, "The Small Business Reorganization Act: A Primer and Path for the Future (Part I)," San Diego Bankruptcy Forum, May 28, 2020

## PROFESSIONAL AND COMMUNITY AFFILIATIONS

- Adjunct Professor, Litigation and Transactional Skills, University of San Diego School of Law, 2019-Present
- Adjunct Professor, Bankruptcy Law, California Western School of Law, 2017
- Guest Lecturer, Trial Advocacy, Rutgers University School of Law at Camden, 2009
- Adjunct Professor, Legal Writing and Appellate Advocacy, John Marshall Law School, 2000-2002
- Member, Ninth Circuit Judicial Conference Executive Committee, 2025- Present

**Exhibit 2 - page 27**

- Former Lawyer Representative for the U.S. District Court for the Southern District of California, 2022-2025

- Member, History Committee for the U.S. District Court of the Southern District of California, 2024-Present

- Professional Development Committee, Federal Bar Association

- Executive Committee Member and Former Vice-Chair, Business Law Section — California Lawyers Association

- Board of Directors, San Diego Bankruptcy Forum

- Board of Directors, International Women's Insolvency & Restructuring Confederation — Southern California Network

- Former President, Northwestern University Club of San Diego

- Former Co-Chair, Education Sub-Committee, Insolvency Law Committee, California Lawyers Association

- Former Board Member and Pupilage Leader, James King Bankruptcy Inn of Court

- Former Chair, DEI Strategic Committee, Junior League of San Diego

- Former Co-Chair, Diversity Committee, Business Law Section — California Lawyers Association

- Former Chair, Diversity Celebration Sub-Committee, Los Angeles Bankruptcy Forum

## ADMISSIONS

- California
- New York
- New Jersey
- U.S. District Court for the Southern District of California

Exhibit 2 - page 28



**FENNEMORE.**

# DONALD G. REZ
## Of Counsel

Business Litigation

San Diego
P: 619.595.3239    F: 619.231.4372

drez@fennemorelaw.com

*Do justice, love goodness, and walk humbly with God.*
*Micah 6:8*

## DONALD G. REZ

Donald G. Rez focuses on business and commercial litigation, antitrust, and trade regulation, demonstrating a commitment to strategic dispute resolution and effective client communication. His practice covers various commercial lawsuits, including antitrust, breach of contract, franchisor/franchisee issues, lender liability, professional malpractice, and intellectual property including cases with the bankruptcy court. He adeptly handles complex multi-district litigation and a broad spectrum of antitrust claims.

Representing diverse clients, from sports teams like the Former San Diego Clippers to major corporations such as Exxon to local companies such as Blue Tech, Inc. and court-ordered receiver and trustees. Donald's representation was notably commended by a U.S. District Court Judge in the approval of a significant antitrust class action settlement, ("The quality of representation in this matter was exceptional") showcasing his skill in delivering results and maintaining strong and professional client relationships.

## EDUCATION

- J.D., Harvard Law School, *cum laude*
- B.A., University of Texas, Highest Honors

## AREAS OF PRACTICE

- Business Litigation
- Professional Liability

## AWARDS AND HONORS

**Exhibit 2 - page 29**

Mr. Rez has an AV® Preeminent™ Peer Review Rating by Martindale-Hubbell which he has held for more than 30 years. He was selected by his peers for inclusion in the 24th, 25th, 26th, 27th, 28th, 29th and 30th edition of Best Lawyers in America® in the field of Commercial Litigation. He has also been recognized as a San Diego "Top Lawyer," "Super Lawyer," and was recognized in the top 1% of The American Registry, "Best of the Best." In addition, he was recognized by the Martindale-Hubbell Peer Review for achieving highest level of professional excellence.

## ARTICLES AND PRESENTATION

- California Pretrial Practice & Forms, Kane & Rez, James Publishing Company, 2003 updated 2004-2017

- Presenter, "California's Prohibition Against Non-Compete Agreements (B&P Code § 16600), the Protection of Trade Secrets and the Practical Relationship Between the Two," Sullivan Hill Rez and Engel CLE Seminar (September 2022); Meritas Capability Webinar Series, San Diego, April 2015, and California Western School of Law, Business Law Society, March 2015

- Presenter, "eDiscovery Essentials," Network Deposition Services Inc., San Diego, May 2014.

- Co-Presenter (with Judge Meyers), "Recent Developments in California Civil Procedure," San Diego County Bar Association (Civil Litigation Section), April 2014

- Presenter, Webinar, "What Works Well in Mediation?" San Diego County Bar Association (Civil Litigation Section), November 2013

- Presenter, "Recent Developments in California Civil Procedure," San Diego County Bar Association Civil Litigation Section, March 2013

- Presenter, "Everything You Need to Know: Motion for Summary Judgment," San Diego County Bar Association (Civil Litigation Section), April 2012

- Presenter, "The Art of the Deposition: Deposition Procedure," Veritext San Diego, February 2012.

- Presenter, "E-Discovery in the Mobile Age," Veritext San Diego, August 2011

- Presenter in Southern California seminar series entitled "Foreclosure Prevention & Debt Relief for Lawyers"

- Lecturer, "E-Discovery Under the New Federal Rules of Civil Procedure," Meritas Litigation Section Meeting, 2006

- Faculty, Developing Deposition Skills, National Institute of Trial Advocacy NITA, 1999

- Adjunct Professor of Law, Pretrial Procedures, California Western School of Law, 1984

- Guest Lecturer, Antitrust Law Seminar, University of San Diego, 1999

- Lecturer Business Litigation in the 1990's – Tactics and Techniques, San Diego County Bar Association – Section on General Civil Litigation, 1989

- Lecturer, Use of Videotaped Depositions, California Continuing Education of the Bar, 1982

- Antitrust Law Journal National Institute Ed., Co-editor, American Bar Association 1981-1984

- Antitrust Trade Regulation: Developments Relating to Franchising Sullivan & Rez, ABA Forum Committee on Franchising 1983

- Let's Get Rid of Big Cases Sullivan & Rez, 7 Litigation Nos. 4, p.8, Summer 1981

- Antitrust Discovery Handbook and Supplement (Fraudulent Concealment and Sanctions) Contributor, ABA Antitrust Section (1980)

**Exhibit 2 - page 30**

- Causation and Automatic Damages in Secondary-Line Cases Under Section 2a of the Robinson-Patman Act: Is Fowler v. Gorlich Dead?, 55 Notre Dame Lawyer 660 1980

- Lecturer, Practicum, Federal Practice Institute, California Continuing Education of the Bar, 1979

## PROFESSIONAL AND COMMUNITY ACTIVITIES

- Member, San Diego County Bar Association, Civil Litigation Section

- Editor, Harvard Environmental Law Review

- U.S. District Court for the Southern District of California Lawyer Representatives to the Ninth Circuit Judicial Conference

- Executive Committee, Harvard Law School Association of San Diego.

- Board of Visitors, University of San Diego School of Law

- Board of Trustees, John Paul the Great Catholic University.

- Past president, Thomas More Society of San Diego

- Knight of the Equestrian Order of the Holy Sepulchre of Jerusalem

- Co-chair, 2015 Annual Meeting for the Western Lieutenancy in San Diego

- Coordinator, Mercy for the EOHSJ in San Diego

- Member, Parish and Finance Councils at Our Lady of Refuge Roman Catholic Church

- Diocesian Pastoral Council for the Diocese of San Diego, 2002-2004

- Board of directors of Catholic Exchange

- Past president, San Diego Chapter of Legatus, 2012-2014

- Co-chair, Friends of the Poor-Nigeria Fundraiser for Bishops Anthony

- Adaju and Martin Uzoukwu in August 2015

- Communion service, Wesley Palms Retirement Home

## ADMISSIONS

- California

**Exhibit 2 - page 31**



**FENNEMORE.**

GARY B. RUDOLPH
Director

Financial Restructuring

San Diego
P: 619.595.3225         F: 619.231.4372

grudolph@fennemorelaw.com

## GARY B. RUDOLPH

Gary B. Rudolph, active in bankruptcy and insolvency law, provides comprehensive financial analysis and personalized debt relief strategies. He works with trustees, creditors, creditor committees, landlords, tenants, and debtors in corporate chapter 11 and 7 bankruptcies, alongside handling related litigation and representing state and federal court receivers.

Recognized for his mediation skills, Gary was honored as the outstanding mediator by the Southern District of California's Bankruptcy Court Judges in 1991 and in 2019 he was honored for his volunteer service in the bankruptcy community by the Judges of the United States Bankruptcy Court, Southern District of California. He also brings experience as a bankruptcy examiner and expert witness in bankruptcy matters.

Beyond his practice, Gary is involved with the Business Law Section of the California Lawyers Association, having held leadership roles including secretary and chairing the Insolvency Law Committee. He is the past Chair of the Bankruptcy Law section of the San Diego County Bar Association and is the Co-Chair of the National Rules Committee for the National Association of Bankruptcy Trustees and its local ambassador. He is also secretary for the California Receiver's Forum. This involvement underscores his commitment to the broader legal and financial realms.

## EDUCATION

- J.D., California Western School of Law
- M.S., American University
- B.S., American University

## AREAS OF PRACTICE

- Financial Restructuring
- Business & Finance

## AWARDS AND HONORS

- Martindale-Hubbell's AV® Preeminent™ Peer Review Rating

**Exhibit 2 - page 32**

- AV Preeminent Attorney – Judicial Edition, Martindale Hubbell, 2025
- Best Lawyers in America® – Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law
- West Coast's Top Rated Lawyers
- Top Rated Southern California Lawyer by Martindale-Hubbell and American Lawyer Media
- Top San Diego Lawyer, San Diego Magazine, 2016-2023, 2025
- Top Lawyer in San Diego by The American Registry
- Top Lawyer in California by The Legal Network
- "Best of the Best" by The Legal Network

## ARTICLES AND PRESENTATION

- Moderator, "The ABC of ABCs," San Diego Bankruptcy Forum, September 9, 2025
- Co-Author, "ILC Judicial Profile – Meet New Bankruptcy Judge J. Barrett Marum, U.S. Bankruptcy Judge, Southern District of California," California Lawyers Association, July 2025
- Author, "In re Village Oaks Senior Care LLC," California Lawyers Association, March 2025
- Presenter, " "Subchapter V Updates and the abc's of ABCs," San Diego Bankruptcy Forum, May 23, 2023
- Presenter, "What You Need to Know About the Small Business Reorganization Act." National Association of Credit Management (NACM), January 25, 2023
- Presenter, "Subchapter V Turns Two: Recent Developments in SBRA Case Law," National Association of Bankruptcy Trustees (NABT) 40th Annual Conference, June 9, 2023
- Presenter, "Bankruptcy — From a 60,000 Foot View," Legal Professionals Inc. (LPI), April 7, 2022
- Presenter, "State of the Bankruptcy Court: Perspectives from Clerks of the Court," San Diego County Bar Association, November 2, 2021
- Presenter, "Litigation Funding in Bankruptcy Cases: How to Get it & Potential Pitfalls (Help Me Legalist, You're My Only Hope)," California Lawyers Association, October 21, 2021

## PROFESSIONAL AND COMMUNITY ACTIVITIES

- National Association of Bankruptcy Trustees
- Legal Education Committee of the Federal Bar Association
- Executive Committee of the Business Law Section (BLS) of the California Lawyers Association
- Insolvency Law Committee (ILC) of the BLS
- San Diego County Bar Association's Bankruptcy Law Section
- Member, Board of Directors of the San Diego Bankruptcy Forum
- Board Member, California Bankruptcy Forum
- 2023 Conference Chair, California Bankruptcy Forum
- Advisory Committee, Local Rules of the United States Bankruptcy Court, Southern District of California
- Ninth Circuit Lawyer Representative Selection Committee, Southern District of California

**Exhibit 2 - page 33**

- Advisory Panel, Bankruptcy Self-Help Center – Bankruptcy Court through the Legal Aid Society of San Diego

## ADMISSIONS

- California
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- Ninth Circuit Court of Appeals

**Exhibit 2 - page 34**