CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

FENNEMORE LLP
　Gary B. Rudolph (SBN 101921)
　Kathleen A. Cashman-Kramer (SBN 128861)
600 B Street, Suite 1700, San Diego, California 92101
Tel:  (619) 233-4100; Fax: (619) 231-4372
grudolph@fennemorelaw.com
Counsel for Leonard J. Ackerman, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Monika Kerber Perez,
　　　　　　　　　　　　　　　Debtor(s)

BANKRUPTCY NO.  25-04318-CL7

　　　　　　　　　　　　　　　Plaintiff(s)

ADVERSARY NO.

v.

　　　　　　　　　　　　　　　Defendant(s)

# PROOF OF SERVICE

　　　I,  Linda Gubba-Reiner  am a resident of the State of California, over the age of 18 years, and not a party to this action.

　　　On  January 14, 2026 , I served the following documents:

(1) Ex Parte Application to Employ Fennemore LLP as General Counsel for Gerald H. Davis, Chapter 7 Trustee;
(2) Declaration of Gary B. Rudolph in Support of Ex Parte Application to Employ Fennemore LLP as General Counsel for Gerald H. Davis, Chapter 7 Trustee; and
(3) Proof of Service

　　1.　　**To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

　　　Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  January 14, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Gerald H. Davis　　ghd@trusteedavis.com, ghd@trustesolutions.net
Benjamin Heston　　bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Meredith King　　mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
Michael R Totaro　　Ocbkatty@aol.com
United States Trustee　　ustp.region15@usdoj.gov

☐　　Chapter 7 Trustee:

☒　　For Chapter 7, 11, & 12 cases:　　　　　　　　☐　　For Chapter 13 cases:
　　　　UNITED STATES TRUSTEE　　　　　　　　　　　　MICHAEL KOCH, TRUSTEE
　　　　ustp.region15@usdoj.gov　　　　　　　　　　　　　mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  January 14, 2026  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

U. S. Trustee (SOP)
ustp.region15sop@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

FENNEMORE LLP

Executed on  January 14, 2026     Linda Gubba-Reiner /s/ Linda Gubba-Reiner
(Date)                              (Typed Name and Signature)

600 B Street, Suite 1700
(Address)

San Diego, CA 92101
(City, State, ZIP Code)