CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

MEREDITH KING, ESQ. (SBN 280043)
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
mking@fsl.law

*Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust*

Order Entered on
January 15, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MONIKA KERBER PEREZ,

Debtor.

BANKRUPTCY NO. 25-04318-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: Christopher B. Latham

# ORDER ON
# EX PARTE APPLICATION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 33.

//
//
//
//
//
//
//

DATED: January 15, 2026

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE
DEBTOR: MONIKA KERBER PEREZ,                                                    CASE NO: 25-04318-CL7

---

The Court having considered the Ex Parte Application For Extension Of Time To Object To Discharge, (Doc. 33) as to Secured Creditors River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust, to March 15, 2026, and for good cause appearing therefor,

**IT IS SO ORDERED.**

CSD 1001A

Signed by Judge Christopher B. Latham January 15, 2026