CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Gerald H. Davis, # 110417
PO Box 38
Aguanga CA 92536
(619) 400-9997
ghd@trusteedavis.com

Order Entered on
January 13, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

MONIKA KERBER PEREZ

Debtor.

Case No: 25-04318-CL7

Time of Hearing:
Name of Judge: Christopher B. Latham          jro

# ORDER ON EX PARTE MOTION AND STIPULATION
## EXTENDING TIME TO OBJECT TO DISCHARGE
### (11 USC 707(b)(3) AND/OR 727)

The Court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.  Notice/Motion/Application Docket  Entry No: 27

//

//

//

//

//

//

DATED:   January 13, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

```
CSD 1001A [07/01/2018](Page 2)
ORDER ON EX PARTE MOTION AND STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE (11 USC
707(b)(3)AND/OR 727)
DEBTOR: MONIKA KERBER PEREZ                              CASE NO. 25-04318-CL7
```
---

The Court having considered the Ex Parte Motion and Stipulation Extending Time To Object to Discharge and/or Substantial Abuse pursuant to 11 USC 727 and/or 707(b)(3), (Docket # 27,) **AS TO THE TRUSTEE AND U.S. TRUSTEE ONLY,** to March 15, 2026, and for good cause appearing therefor,

**IT IS SO ORDERED**

CSD 1001A

Signed by Judge Christopher B. Latham January 13, 2026

United States Bankruptcy Court
Southern District of California

In re:  Case No. 25-04318-CL
Monika Kerber Perez  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Jan 13, 2026      Form ID: pdfO4      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net |
| Meredith King | on behalf of Interested Party Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Interested Party River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Interested Party The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |
| Michael R Totaro | on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com |

District/off: 0974-3 | User: Admin. | Page 2 of 2
Date Rcvd: Jan 13, 2026 | Form ID: pdfO4 | Total Noticed: 1

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 7