**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

FENNEMORE LLP
  Gary B. Rudolph (SBN 101921)
  Kathleen A. Cashman-Kramer (SBN 128861)
600 B Street, Suite 1700, San Diego, California 92101
T: (619) 233-4100; F: (619) 231-4372
grudolph@fennemorelaw.com
Counsel for Gerald H. Davis, Chapter 7 Trustee

Order Entered on
January 16, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MONIKA KERBER PEREZ,

                    Debtor.

BANKRUPTCY NO. 25-04318-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Christopher B. Latham

## ORDER
### GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE, TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __31__.

//
//
//
//
//
//
//

DATED: January 16, 2026

_Judge, United States Bankruptcy Court_

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE,
DEBTOR: TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL
MONIKA KERBER PEREZ,

CASE NO: 25 - 04318-CL7

The Court, having review the Ex Parte Application of Gerald H. Davis, Chapter 7 Trustee, to Employ Fennemore LLP ("Fennemore") a General Counsel for Trustee (the "Application"), in the above-entitled case; notice appearing proper; and good cause appearing therefore,

1. The Trustee is authorized to employ Fennemore as his general counsel on the terms set forth in the Application.

2. No fees or costs will be paid to Fennemore without prior court order upon notice to creditors and parties in interest.

3. The require for a retainer agreement between Fennemore and the Trustee, pursuant to LBR 2014-1(d), is waived.

    IT IS SO ORDERED.

CSD 1001A

Signed by Judge Christopher B. Latham January 16, 2026