CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

MEREDITH KING, ESQ. (SBN 280043)
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
mking@fsl.law
*Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust*

Order Entered on
January 15, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MONIKA KERBER PEREZ,

Debtor.

BANKRUPTCY NO. 25-04318-CL7

Date of Hearing:
Time of Hearing:
Name of Judge: Christopher B. Latham

## ORDER ON
## EX PARTE APPLICATION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 33.

//
//
//
//
//
//
//

DATED: January 15, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE
DEBTOR: MONIKA KERBER PEREZ,                                    CASE NO: 25-04318-CL7

---

The Court having considered the Ex Parte Application For Extension Of Time To Object To Discharge, (Doc. 33) as to Secured Creditors River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust, to March 15, 2026, and for good cause appearing therefor,

**IT IS SO ORDERED.**

CSD 1001A

Signed by Judge Christopher B. Latham January 15, 2026

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-04318-CL
Monika Kerber Perez   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 2
Date Rcvd: Jan 15, 2026     Form ID: pdfO4     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| intp | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

**Name**     **Email Address**

Benjamin Heston
    on behalf of Interested Party Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Gary B. Rudolph
    on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com

Gerald H. Davis
    ghd@trusteedavis.com  ghd@trustesolutions.net

Meredith King
    on behalf of Interested Party Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Interested Party The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Jan 15, 2026 Form ID: pdfO4 Total Noticed: 2

Meredith King
        on behalf of Interested Party River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
        on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com

United States Trustee
        ustp.region15@usdoj.gov

TOTAL: 8