**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

FENNEMORE LLP
  Gary B. Rudolph (SBN 101921)
  Kathleen A. Cashman-Kramer (SBN 128861)
600 B Street, Suite 1700, San Diego, California 92101
T: (619) 233-4100; F: (619) 231-4372
grudolph@fennemorelaw.com
Counsel for Gerald H. Davis, Chapter 7 Trustee

Order Entered on
January 16, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MONIKA KERBER PEREZ,

Debtor.

BANKRUPTCY NO. 25-04318-CL7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Christopher B. Latham

**ORDER**
**GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE, TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __31__.

//
//
//
//
//
//
//

DATED: January 16, 2026

_____
Judge, United States Bankruptcy Court

**CSD 1001A** [07/01/18] **(Page 2)**
ORDER    GRANTING EX PARTE APPLICATION BY GERALD H. DAVIS, CHAPTER 7 TRUSTEE,
DEBTOR:    TO EMPLOY FENNEMORE LLP AS HIS GENERAL COUNSEL
            MONIKA KERBER PEREZ,                                        CASE NO: 25 - 04318-CL7

The Court, having review the Ex Parte Application of Gerald H. Davis, Chapter 7 Trustee, to Employ Fennemore LLP ("Fennemore") a General Counsel for Trustee (the "Application"), in the above-entitled case; notice appearing proper; and good cause appearing therefore,

1. The Trustee is authorized to employ Fennemore as his general counsel on the terms set forth in the Application.

2. No fees or costs will be paid to Fennemore without prior court order upon notice to creditors and parties in interest.

3. The require for a retainer agreement between Fennemore and the Trustee, pursuant to LBR 2014-1(d), is waived.

    IT IS SO ORDERED.

CSD 1001A

Signed by Judge Christopher B. Latham January 16, 2026

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-04318-CL
Monika Kerber Perez Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Jan 16, 2026      Form ID: pdfO4      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Interested Party Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Gary B. Rudolph | on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com |
| Gerald H. Davis | ghd@trusteedavis.com ghd@trustesolutions.net |
| Meredith King | on behalf of Interested Party Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | on behalf of Interested Party The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law |

District/off: 0974-3                                   User: Admin.                                              Page 2 of 2
Date Rcvd: Jan 16, 2026                          Form ID: pdfO4                                         Total Noticed: 1

Meredith King
                         on behalf of Interested Party River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
                         on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com

Neil J. Verbrugge
                         on behalf of United States Trustee United States Trustee neil.verbrugge@usdoj.gov
                         Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

United States Trustee
                         ustp.region15@usdoj.gov


TOTAL: 9