B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of _California_____

In re _Monika Kerber Perez_____,  )  Case No. _3:25-bk-04318-CL7____
               Debtor  )
                        )  Chapter _7_____
The Ark Watch Foundation and  )
Celine Myers  )
_____  )
          Plaintiff  )
                     )
                     )  Adv. Proc. No. _____
                     )
     Monika Kerber Perez____  )
_____  )
          Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    325 West F Street
                                San Diego, CA 92101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Carl L. Grumer
                                       Manatt, Phelps & Phillips, LLP
                                        2049 Century Park East
                                        Suite 1700
                                         Los Angeles, California  90067

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                       _____ (Clerk of the Bankruptcy Court)

    Date: _____        By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑      Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑      Residence Service: By leaving the process with the following adult at:

❑      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑      Publication: The defendant was served as follows: [Describe briefly]

❑      State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____      Signature _____

        Print Name: _____

        Business Address: _____

                       _____

MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
E-mail: cgrumer@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California  90067
Telephone:    310.312.4000
Facsimile:    310.312.4224

Counsel for Creditors
Celine Myers and The Ark Watch Foundation

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 3:25-bk-04318-CL7 |
| Monika Kerber Perez**,** | Chapter 7 |
| Debtor. | Adv. Case No. _____ |
| The Ark Watch Foundation and Celine Myers**,** | **CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S COMPLAINT EXCEPTING DEBT FROM DISCHARGE AND OBJECTING TO DEBTOR'S DISCHARGE PURSUANT TO BANKRUPTCY CODE SECTIONS 523 AND 727** |
| Plaintiffs, | |
| v. | |
| Monika Kerber Perez**,** | **Status Conference** |
| Defendant. | Date:         To be set by Court<br>Time:        To be set by Court<br>Ctrm.:       Department 2, Room 118<br>               United States Bankruptcy Court<br>               325 West F Street<br>               San Diego, California 92101 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Celine Myers and The Ark Watch Foundation ("Plaintiffs"), creditors of the bankruptcy estate of Monika Kerber Perez ("Debtor"), in the above-captioned bankruptcy case, respectfully allege as follows:

## STATEMENT OF JURISDICTION AND VENUE

1.     This adversary proceeding is filed pursuant to Federal Rules of Bankruptcy Procedure 7001(d) and (f) and 4004 and 11 U.S.C. §§ 523 and 727.

2.     The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 in that this action arises in and relates to the bankruptcy case pending in the United States Bankruptcy Court for the Southern District of California, entitled In re Monika Kerber Perez, Case Number 3:25-bk-04318-CL7.

3.     This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(J). To the extent any claim for relief contained herein is determined not to be a core proceeding, Plaintiffs consent to the entry of final judgment and orders by the Bankruptcy Court.

4.     Venue properly lies in the Central District of California in that this adversary proceeding arises in or is related to a case under Title 11 of the United State Code as provided in 28 U.S.C. § 1409.

## PARTIES

5.     Plaintiff Celine Myers ("Myers") is the founder and President of The Ark Watch Foundation ("The Ark Watch"), who resides in Santa Clara County, California.

6.     Plaintiff The Ark Watch is a California 501(c)(3) corporation with its principal place of business in Santa Clara County, California.

7.     Plaintiffs are judgment creditors of Debtor.

8.     Plaintiffs are informed and believe and based thereon allege that Debtor is the Founder, President, and Chief Executive Officer of Villa Chardonnay Horses with Wings, Inc., which filed a petition under title 11, chapter 11 on October 14, 2025.

## GENERAL ALLEGATIONS

9.     Plaintiffs hereby incorporate by reference paragraphs 1 through 8, and re-allege these paragraphs as though set forth in full.

10.    Plaintiffs are informed and believe and based thereon allege that Debtor filed a Chapter 7 bankruptcy on October 20, 2025 (the "Petition Date"). Plaintiffs are informed and believe and based thereon allege that Debtor filed its Schedules, Statement of Financial Affairs and other documents under penalty of perjury, acknowledging that the information provided therein was true and correct.

11.    Upon information and belief, this is Debtor's third individual bankruptcy filing. Debtor has previously filed petitions for bankruptcy on August 1, 2005 and October 16, 2015.

12.    Plaintiffs are informed and believe and based thereon allege that Debtor seeks to discharge Plaintiffs' defamation judgment in the amount of $2,289,774.43. Debts "for willful and malicious injury by the debtor to another entity or to the property of another entity" are excepted from a debtor's discharge under 11 U.S.C. § 523(a)(6). Plaintiffs assert that the debt reflected in Proof of Claim No. 4 is a debt for "willful and malicious injury by the Debtor" against Plaintiffs and is therefore excepted from discharge under 11 U.S.C. § 523(a)(6).

13.    Upon information and belief, the "willful and malicious injury" caused by Debtor harmed the Plaintiffs in the amount of $2,289,774.43.

14.    Based upon information and belief, between 2020 and 2022, Debtor sent multiple defamatory communications to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies with the intention of harming Plaintiffs reputationally and financially. These communications are briefly described below.

**Ongoing Litigation Between The Ark Watch and Villa Chardonnay**

15.    Between 2016 and 2018, The Ark Watch and Villa Chardonnay entered into three contracts, called "Terms of Transfer," in which The Ark Watch agreed to donate and transfer eight donkeys and two horses to Villa Chardonnay. Under each contract, The Ark Watch retained "the right to repossess" the equines "[s]hould [Ark Watch] become aware that the [equines] are not being kept in safe conditions . . . ." These contracts also required Villa Chardonnay to regularly administer vaccines to the equines. Debtor voiced no objection to this requirement at the time the contracts were signed. As testified at the 341(a) meeting for Villa Chardonnay Horses

with Wings, the organization for which Debtor serves as principal, Debtor now avers that she does not believe in the use of vaccines.

16.     On April 27, 2020, The Ark Watch informed Debtor that it would be exercising its right to repossess them.

17.     Upon information and belief, one of the horses died due to Debtor's neglect in June 2020, while in Debtor's possession.

18.     On May 10, 2021, after Villa Chardonnay's persistent refusal to return the surviving equines and violations of the Terms of Transfer, The Ark Watch sued Debtor for breach of contract, breach of the covenant of good faith and fair dealing, and violation of the California Business & Professionals Code § 17200.

19.     Following months of discovery, Debtor made the decision to stop participating in the litigation, resulting in a court judgment by default ordering the return of the remaining nine equines to Plaintiffs, issued on June 24, 2022.

20.     To enforce the Judgment, Plaintiffs filed a Writ of Possession of Personal Property on July 7, 2022, which was issued on August 4, 2022 (the "Writ").

21.     Debtor continued to refuse to return the equines to The Ark Watch.

22.     On August 2, 2022, the Court entered a Break-In order under California Code of Civil Procedure section 699.030 as well as an amended judgment, which modified the Judgment so that the language describing the equines precisely matched the Writ.

23.     On September 29, 2022, members of the San Diego Sheriff's Department arrived at Debtor's property to enforce the Judgment and repossess the equines. Mercedes Flores, Debtor's domestic partner, claimed the equines were no longer on the Villa Chardonnay Property and were in Mexico.  This was false—all eight donkeys were visible from the street outside of the Villa Chardonnay Property.

24.     Plaintiffs were forced to file an Ex Parte Turnover Order under California Code of Civil Procedure section 714.030.  The Court ordered Villa Chardonnay to produce the remaining horse, which it has yet to do. The Court awarded Plaintiffs sanctions of $88,722.15 on July 11, 2023 for failure to turn over the horse or provide information on the horse's whereabouts.

25.     Upon information and belief, based on the above dispute, Debtor sought to harm Plaintiffs reputationally and financially.

### Debtor Makes Defamatory Accusation

26.     In or around December 2020, Myers was informed that Debtor claimed that Myers had contacted a member of the Greenberg Foundation and as a result, the foundation terminated a grant that had been awarded to Debtor.

27.     Neither Myers nor The Ark Watch had any contact with the Greenberg Foundation at this time. The accusation was clearly false.

### Debtor Publishes A Defamatory Letter on April 4, 2022

28.     In a letter dated April 4, 2022, Debtor again made false and defamatory statements about Myers and, upon information and belief, circulated it to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies.

29.     In the letter, Debtor claimed to have been "subjected to a myriad of mistreatment, abuse, commercial and personal injury, slander, defamation, libel, conspiracy, conspiracy against rights, deprivation of right under color of law, and fraud along with a list of other state and federal crimes committed by [Myers]…" Ex. A, April 4, 2022 Letter at p. 1.

30.     Throughout the letter, Debtor accused Myers of multiple violations of law, including violation of 18 U.S.C. § 241 and 18 U.S.C. § 242.  Ex. A at ¶¶ 2, 8-19, 23-39, 41, 45-48.

31.     Debtor also alleged that Myers was manipulating wealthy donors, misusing government systems, and directly causing Debtor to lose large amounts of money in grants from various organizations.  Ex. A at ¶¶ 17, 30-33.

32.     Throughout the letter, Debtor made defamatory attacks on Myers personally, including that Myers committed conspiratorial attempts to alter medical and legal documents, fraudulently contacted members of Debtor's board, and "threaten[ed] governmental entities such as Animal Control." Ex. A at ¶¶ 8, 12, 23.

33.    All of Debtor's accusations and allegations included in the letter are false and defamatory.

**Debtor Publishes A Second Defamatory Letter on April 20, 2022**

34.    In a letter dated April 20, 2022, Debtor again sent Myers a letter containing multiple defamatory statements about Myers.

35.    Upon information and belief, Debtor also circulated her letter of April 20, 2022 to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies.

36.    The letter accused Myers of "the fraudulent use of government agencies and instrumentalities…" as well as retaliation.  Ex. B, April 20, 2022 Letter at p. 2.

37.    All accusations and allegations in Debtor's April 20, 2022 letter are also false and defamatory.

**Debtor Publishes a Third Defamatory Letter on May 7, 2022**

38.    In a third letter dated May 7, 2022, Debtor reasserted her allegations that Myers had committed or attempted multiple violations of law, including violation of 18 U.S.C. § 241 and 18 U.S.C. § 242. Ex. C, May 7, 2022 Letter at ¶¶ 2, 8-19, 23-39, 41, 45-48.

39.    The May 7, 2022 letter identically repeated all defamatory statements that were asserted in the letter dated April 4, 2022, including that Myers manipulated wealthy donors, misused government systems, and caused Debtor to lose multiple grants.  Ex. C at ¶¶ 17, 30-33.

40.    The letter also included many identical defamatory and personal attacks on Myers that were included in Debtor's letter dated April 4, 2022, claiming that Myers and her attorneys committed conspiratorial attempts to alter medical and legal documents, fraudulently contacted members of Debtor's board, and "threaten[ed] governmental entities such as Animal Control." Ex. C at ¶¶ 8, 12, 23.

41.    Upon information and belief, Debtor again circulated her letter of May 7, 2022 to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies.

42.     Again, all accusations and allegations in Debtor's letter dated May 7, 2022 are false and defamatory.

## Debtor Publishes a Fourth Defamatory Letter on May 10, 2022

43.     Debtor published a fourth letter reasserting many of the aforementioned false allegations and accusations, dated May 10, 2022.

44.     Upon information and belief, the letter was again circulated to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies.

45.     The letter accused Myers of "multiple criminal attempts to sabotage Villa Chardonnay and Monika Kerber."  Ex. D, May 10, 2022 Letter at ¶ 1.

46.     The letter reasserted allegations that Myers violated 18 U.S.C. § 241 and 18 U.S.C. § 242. Ex. D at ¶¶ 1, 4-11, 13-25, 31, 46.

47.     The letter also accused Myers of trespass, conspiracy, and fraud. Ex. D at ¶¶ 26, 30, 35-38.

48.     As with previous letters, all accusations and allegations in Debtor's letter dated May10, 2022 are false and defamatory.

## Debtor Files Fraudulent Tax Documents

49.     On or around February 7, 2023, Debtor falsified and sent several tax forms, including Forms 1099-C, 1099-A, 1099-MISC, 1099-OID, and a cover letter claiming that Plaintiffs' $68,012.56 judgment against Debtor had been satisfied. Ex. E. To date, Debtor has not paid the judgment to Plaintiffs.

50.     These documents are not only false, they contradict each other. In the cover letter, Debtor claimed that the "instruments for tender of setoff" had been sent to the Internal Revenue Service. The cover letter requested that the judgment be adjusted to $0.00. Forms 1099-C and 1099-A assert that Plaintiffs owe Debtor $68,012.56, while Form 1099-MISC claims that Debtor paid Plaintiffs the $68,012.56. It is unclear what Debtor was trying to achieve with Form 1099-OID, as it does not appear to apply to Debtor and Plaintiffs at all.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

6

51.     Upon information and belief, Debtor intended and attempted to use these documents to harass Plaintiffs and trigger an IRS assessment, harming them financially. The Court awarded Plaintiffs $5,000 based upon the filing of these false documents.

### Court Awards Plaintiffs a Monetary Judgment for Defamation

52.     On May 24, 2024, the Superior Court of the State of California, County of San Diego found Debtor in default and awarded Plaintiffs total damages of $2,010,429.01, including $1,500,000 in presumed damages and $500,000 in punitive damages, and $5,429.01 in costs. A copy of the judgment is attached to Plaintiffs' Proof of Claim.

53.     Based upon information and belief, Debtor's defamatory actions were willful and malicious, as they were done intentionally to harm the Plaintiffs reputationally and financially.

### Debtor's Deceitful Conduct

54.     Plaintiffs are informed and believe, and thereon allege, that Debtor, has, with intent to hinder, delay, or defraud creditors and the Trustee, concealed or permitted to be concealed property of the estate, after the date of the filing of the Petition herein, including, but not limited to, cash transfers or withdrawals from Villa Chardonnay Horses With Wings—the organization for which Debtor is principal—clothing, jewelry, animals, and vehicles—including a Porsche Boxster, a MG TF 160, and a Cadillac Escalade.  As a result, the discharge of Debtor should be denied under 11 U.S.C. § 727(a)(2)(B).

55.     Plaintiffs are informed and believe, and thereon allege, that Debtor, has, with intent to hinder, delay, or defraud creditors and the Trustee, Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained.  The concealed, destroyed, or falsified documents include, but are not limited to, fraudulent checks that Debtor could not cover, a fraudulent mortgage application, and a Deutsche Bank document reflecting a trust in the name of "Monika Kerber" and a transfer in the amount of 99,000,000.00 Euros from an account with 237,087,427,054.00 Euros. A copy of the Deutsche Bank document is attached as Exhibit F.  As a result, the discharge of Debtor should be denied under 11 U.S.C. § 727(a)(3).

56.     Plaintiffs are informed and believe, and thereon allege, that on or about October 20, 2025, Debtor knowingly and fraudulently, in or in connection with this case, made a false oath, in that Debtor declared under penalty of perjury that her Schedules herein were true and correct to the best of her knowledge, information, and belief.  Pursuant to 28 U.S.C. § 1746, such declaration had the same force and effect as an oath.  Plaintiffs are informed and believe, and thereon allege, that such declaration under penalty of perjury was false and fraudulent, in that, among other things, Debtor's Schedules were not true and correct, since she did not disclose certain property owned by Debtor, including, but not limited to, cash, clothing, jewelry, animals, and vehicles—including a Porsche Boxster, a MG TF 160, and a Cadillac Escalade.  As a result, Debtor's discharge should be denied under 11 U.S.C. §727(a)(4)(A).

57.     Debtor has failed to explain satisfactorily the loss of assets or deficiency of assets to meet her liabilities, including, but not limited to, the assets described above.  Accordingly, Debtor's discharge should be denied pursuant to 11 U.S.C. § 727(a)(5).

58.     Plaintiffs are informed and believe, and thereon allege, that Debtor has, with intent to hinder, delay, or defraud creditors and the Trustee, concealed or permitted to be concealed property of Debtor within one year before the filing of the Petition, including, but not limited to, the assets described above.  As a result, Debtor's discharge should be denied pursuant to 11 U.S.C. § 727(a)(2)(A).

## FIRST CLAIM FOR RELIEF

### [Exception from Debtor's Discharge - 11 U.S.C. § 523(a)(6)]

59.     Plaintiffs hereby incorporate by reference paragraphs 1 through 58, and re-allege these paragraphs as though set forth in full.

60.     Plaintiffs are the holders of a judgment in the amount of $2,289,774.43, listed in the claims register as Proof of Claim No. 4.

61.     Debtor sent out four letters containing false and defamatory information regarding Plaintiffs to Plaintiffs' primary benefactor, Plaintiffs' board members, more than a dozen

grantmaking non-profits, sanctuary accrediting organizations, and multiple government agencies, seeking to damage Plaintiffs' reputation and harm Plaintiffs financially.

62.    Plaintiffs brought a lawsuit against Debtor for defamation and violation of California Business & Professions Code § 17200.  On May 24, 2024, the Court entered judgment in Plaintiffs' favor.  On the first and second causes of action for defamation, and the third cause of action for violation of Section 17200, the Court awarded damages in the total amount in excess of $2,000,000, including $1,500,000 in presumed damages for Debtor's defamation and $500,000 in punitive damages for Debtor's "defamation and violation of California Business & Professions Code section 17200, et seq." Plaintiffs filed an Abstract of Judgment with the San Diego Assessor's Office, placing a lien against the Villa Chardonnay property on June 18, 2024.

63.    Based on the foregoing, Debtor's behavior in defaming Plaintiffs was both willful and malicious within the meaning of 1 U.S.C. § 523(a)(6). Debtor's actions were willful because she intentionally intended to harm Plaintiffs. Debtor's actions were malicious because she made the statements while knowing them to be false, yet with the intent to financially harm Plaintiffs.

64.    Based on Debtor's willful and malicious actions as set forth above, pursuant to 11 U.S.C. § 523(a)(6), Proof of Claim No. 4 should be excepted from Debtor's discharge.

## **SECOND CLAIM FOR RELIEF**

### **[Objection to Debtor's Discharge - 11 U.S.C. § 727(a)(2)]**

65.    Plaintiffs hereby incorporate by reference paragraphs 1 through 64, and re-allege these paragraphs as though set forth in full.

66.    Plaintiffs are informed and believe and based thereon allege that Debtor, with the intent to hinder, delay or defraud the Trustee and creditors of the bankruptcy estate, has transferred, removed, destroyed, mutilated, or concealed, or has permitted, to be transferred, removed, destroyed, mutilated, or concealed:

    a.    Property of Debtor, within one (1) year before the Petition Date; or

    b.    Property of the estate, before and after the Petition Date.

67.     Plaintiffs are informed and believe and based thereon allege that after the Petition Date Debtor has continued in a fraudulent and deceitful manner in an attempt to defraud the Trustee and creditors of the bankruptcy estate.

68.     Plaintiffs are informed and believe and based thereon allege that the fraud includes, but is not limited to, the post-petition disposition of property of the bankruptcy estate, including both the personal property and fixtures located at 4554 Boulder Creek Rd., Julian, CA 92036, without authority from the Trustee or the Court.

69.     Based on Debtor's fraudulent and deceitful actions as set forth above, Debtor should be prevented from obtaining a discharge.

70.     For the foregoing reason, pursuant to 11 U.S.C. Section 727(a)(2), Debtor's discharge should be denied.

**THIRD CLAIM FOR RELIEF**

**[Objection to Debtor's Discharge - 11 U.S.C. §727(a)(3)]**

71.     Plaintiffs hereby incorporate by reference paragraphs 1 through 70, and re-allege these paragraphs as though set forth in full.

72.     Plaintiffs are informed and believe and based thereon allege that Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve recorded information, including books, documents, records and papers from which Debtor's financial condition or business transactions might be ascertained.

73.     Plaintiffs are informed and believe and based thereon allege that since the Petition Date Debtor has falsified and/or failed to turn over documents concerning Debtor's financial affairs.

74.     Based on Debtor's deceitful actions as set forth above, Debtor should be prevented from obtaining a discharge.

75.     For the foregoing reasons, pursuant to 11 U.S.C. Section 727(a)(3), Debtor's discharge may be denied.

**FOURTH CLAIM FOR RELIEF**

**[Objection to Debtor's Discharge - 11 U.S.C. §727(a)(4)]**

76.     Plaintiffs hereby incorporate by reference paragraphs 1 through 75, and re-allege these paragraphs as though set forth in full.

77.     Plaintiffs are informed and believe and based thereon allege that Debtor has knowingly and fraudulently, in or in connection with the case:

        a.     Made a false oath;

        b.     Withheld from creditors recorded information, including books, documents, records and papers relating to Debtor's property and financial affairs.

78.     Plaintiffs are informed and believe and based thereon allege that since the Petition Date Debtor has continued in deceitful manner and made numerous false oaths, including statements regarding Debtor's assets and the disposition of personal property and fixtures located at 4554 Boulder Creek Rd., Julian, CA 92036.

79.     Based on Debtor's numerous false oaths as set forth above, Debtor should be prevented from obtaining a discharge.

80.     For the foregoing reasons, pursuant to 11 U.S.C. Section 727(a)(4), Debtor's discharge may be denied.

**FIFTH CLAIM FOR RELIEF**

**[Objection to Debtor's Discharge - 11 U.S.C. § 727(a)(5)]**

81.     Plaintiffs hereby incorporate by reference paragraphs 1 through 80, and reallege these paragraphs as though set forth in full.

82.     Plaintiffs are informed and believe and based thereon allege that Debtor has failed to explain satisfactorily, before determination of denial of discharge, the loss of assets or deficiency of assets to meet Debtor's liabilities.

83.     Plaintiffs are informed and believe and based thereon allege that Debtor has failed to satisfactorily explain the loss of assets.

84.    Based on Debtor's numerous false oaths as set forth above, Debtor should be prevented from obtaining a discharge.

85.    For the foregoing reasons, pursuant to 11 U.S.C. § 727(a)(5), Debtor's discharge may be denied.

**WHEREFORE**, the Plaintiffs pray that this Court make and enter Judgment as follows:

## **FOR ALL CLAIMS FOR RELIEF**

1.    To except Proof of Claim No. 4, in the amount of $2,010,429.01, from discharge.

2.    To deny Debtor's discharge.

3.    For costs of suit incurred.

4.    For such other relief as the Court deems just and proper.

Respectfully submitted,

Dated:    January 20, 2026          MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Carl L. Grumer
Carl L. Grumer
Counsel for Creditors Celine Myers and The Ark
Watch Foundation

1

2

3

4

5                                    EXHIBIT A

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VILLA CHARDONNAY - CONDTIIONAL ACCEPTANCE & REQUEST FOR PROOF OF CLAIM**

From:                                                              Date: April 4, 2022
Monika Kerber, President
Villa Chardonnay Horses With Wings, Inc
Post Office Box 1000
Julian, California 92036

To:    Celine Myers, Ark Watch Foundation (hereinafter Respondent)
       ██████████████████████
       Certified Mail No. 7022 0410 0002 8996 9733

       Mary Adams, Red Bull Run (hereinafter Respondent)
       ████████████████████
       Certified Mail No. 7022 0410 0002 8996 9740


Re: Conditional Acceptance and Request for PROOF OF CLAIM


Peace & Blessings Celine Myers, Mary Adams,

Over the last 10 years, I, Monika Kerber and Villa Chardonnay the successful Non-Profit Animal Sanctuary in California that I operate and manage have been subjected to a myriad of mistreatment, abuse, commercial and personal injury, slander, defamation, libel, conspiracy, conspiracy against rights, deprivation of right under color of law, and fraud along with a long list of other state and federal crimes committed by you and your corrupt coconspirators, attorneys, corrupt government employees, actors and accomplices.

I will ACCEPT all of your transgressions, misdeeds, abuses, manipulations, crimes and Torts predicated upon your SWORN rebuttal of the following PROOFS OF CLAIM in order to assess and determine if in FACT my rights have NOT been violated and all of the above State and Federal Laws have NOT been committed by you and those working in concert with you. Under State and Federal Law, I have the right of redress for crimes and torts committed against me, my estate and Villa Chardonnay.

**VILLA CHARDONNAY - CONDTIIONAL ACCEPTANCE & REQUEST FOR PROOF OF CLAIM**

You have 10 days from the date of receipt of this Conditional acceptance and Request for Proof of Claim to PROVIDE the following PROOFS OF CLAIM in Affidavit form sworn to under penalty of perjury within 10 days plus 3 days return service commercial grace of receipt of this certified mail item to the return address above less you be found at commercial fault.

Should you fail to provide the below listed and request requested PROOFS OF CLAIM in Affidavit form Sworn to under penalty of perjury within the above prescribed 10 days time frame, you will be at COMMERCIAL FAULT and acquiescence/agreement by non-response. It is incumbent upon you to rebut **EACH** point below in affidavit form sworn under penalty of perjury. Your non-response in Affidavit Form rebutting EACH AND EVERY PROOF OF CLAIM herein, will constitute your Quiet Tacit agreement and commercial acquiescence that the below listed proofs of claim will stand as FACT and Truth in Commerce.

1. PROOF OF CLAIM that you do NOT know Audrey Reynolds as you stated in a phone call

2. PROOF OF CLAIM that you have NOT made multiple criminal attempts to sabotage Villa Chardonnay and Monika Kerber in Violation of USC 18 241 Conspiracy Against Right and USC 242 Deprivation of Rights Under Color of Law.

3. PROOF OF CLAIM that we have NOT provided exceptional care for the Donkeys and Horses that you surrendered into our care.

4. PROOF OF CLAIM that we did NOT purchase food for the animals and instead purchased Villa Chardonnay's sanctuary property with grant funding.

5. PROOF OF CLAIM that the donkeys can NOT live in the Southern California weather.

6. PROOF OF CLAIM that it is better for donkeys to live in Oregon or North Carolina and NOT Southern California.

7. PROOF OF CLAIM that it is better for Dylan, the horse to be euthanized and NOT allowed to live out the rest of his natural life under the accommodating and exceptional care of Villa Chardonnay.

8. PROOF OF CLAIM that the statements from ECLAP East County Large and Small Animal Practice veterinary clinic sent about the horses and donkeys were True

sworn under penalty of perjury and were CERTIFIED by a reputable veterinarian and NOT altered by you and your attorney in a conspiratorial attempt to alter medical & legal documents in Violation of USC 18 241 Conspiracy Against Rights and USC 242 Deprivation of Rights Under Color of Law as well as other Federal and State Laws.

9. PROOF OF CLAIM  that you and your attorney did Not violate USC 18 241 Conspiracy Against Rights when you both took the Veterinarian off to the corner and told him to find something wrong when he confirmed that the animals were very healthy and well cared for by Villa Chardonnay.

10. PROOF OF CLAIM  that you did NOT conspire with Cynthia Montgomery to repeatedly call animal control for no reason other than to sabotage Villa Chardonnay and cause delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

11. PROOF OF CLAIM  that you did NOT conspire with Robert Getty to call Animal Control repeatedly for no reason other than to conspire, sabotage and cause Villa Chardonnay delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

12. PROOF OF CLAIM  that you and your friend Audrey Reynolds did NOT Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by contacting Members of the Villa Chardonnay board of directors, threatening to add them to a fraudulent lawsuit which caused them to subsequently quit/resign their board positions out of fear of malicious litigation and prosecution.

13. PROOF OF CLAIM  that you are NOT Violating State and Federal Laws namely USC 241 & 242 and using, manipulating and defrauding various instrumentalities of Government for your own personal vendetta against Villa Chardonnay and Monika Kerber because you consider Villa Chardonnay and Monika Kerber a threat and your direct competition.

14. PROOF OF CLAIM  that you didn't say you wouldn't stop until Villa is under the ground which constitutes Conspiracy under State and Federal Law and a direct Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

15. PROOF OF CLAIM that you did NOT Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law when you stated that you will not stop until Monika Kerber was behind bars.

16. PROOF OF CLAIM that you did NOT Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by filing multiple FALSE reports with Animal Control in a conspiratorial attempt to have Villa Chardonnay sabotaged by Animal Control Violations.

17. PROOF OF CLAIM that you are NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by using and manipulating wealthy donors, attorneys and corrupt government employees to misuse government systems to harass, intimidate and bully not only Villa Chardonnay.

18. PROOF OF CLAIM that you are NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by bringing fraudulent reports and claims upon the judicial system.

19. PROOF OF CLAIM that you and the Law firm Manatt, Phelps, Phillips are NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by Initiating within in the Attorney General's office an audit of Villa Chardonnay despite Villa Chardonnay not meeting the $2 million dollar mark threshold for Audits.

20. PROOF OF CLAIM that you are NOT acting out of jealousy and envy of Villa Chardonnay's success and notoriety amongst donors.

21. PROOF OF CLAIM that Robert Getty did NOT state in recorded phone message you and Audrey Reynolds were obsessed with Monika.

22. PROOF OF CLAIM that you did NOT cancel property inspections out of spite while conspiring to manipulate and abuse time and money and resources of Villa Chardonnay.

23. PROOF OF CLAIM that you are NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well

as Fraud and other State and Federal Crimes by threatening governmental entities such as Animal Control causing them harass and intimidate Villa Chardonnay while stating you will use your deep pockets to sue and destroy them too.

24. PROOF OF CLAIM  that you weren't jealous of Mercedes because she is now connected with Monika while calling Mercedes a bitch during the inspection at Villa Chardonnay in the presence of multiple parties.

25. PROOF OF CLAIM  that you did NOT use inspections, false reports to animal control and threats of legal action against the board members of Villa Chardonnay as a weapon of sabotage in a conspiratorial attempt to ruin the reputation of Villa Chardonnay in violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

26. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in donor grants by making defamatory, false, slanderous and libel allegations to our donors.

27. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Goldberg foundation preventing them from giving us a grant.

28. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Joann and Hank Greenberg foundation preventing them from giving us a grant.

29. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Stanley W Erkstrom foundation preventing them from giving us a grant.

30. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Bob Barker Foundation preventing them from giving us a grant.

31. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Thornton and Katrina Glide foundation preventing them from giving us a grant.

32. PROOF OF that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Ark Antiques Foundation preventing them from giving us a grant.

33. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in grants by making defamatory, false, slanderous and libel allegations to the American Sanctuary Association in a conspiratorial attempt to have our reputation tarnished.

34. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by trying to sue San Diego county Animal Control to manipulate them to find something wrong with Villa Chardonnay's operations and inconvenience the care of the Animals and cause of commercial harm in order to fabricate Animal Control violations.

35. PROOF OF CLAIM  that you are  NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by conspiring with Audrey Reynolds and have her call and harass board members threatening to sue them so they would quit as board members.

6

36. PROOF OF CLAIM  that you did NOT call code enforcement MULTIPLE TIMES in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes .

37. PROOF OF CLAIM  that you did NOT conspire with Audrey Reynolds to manipulate, intimidate and harass Villa Chardonnay's Accountant Rima Abuzeid.

38. PROOF OF CLAIM that you didn't conspire with Audrey Reynolds to have her friend Adriana Kubashack's CPA call falsely saying she was representing Villa Chardonnay in an attempt to get Villa Chardonnay's tax documents in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other IRS, State and Federal and Privacy Laws.

39. PROOF OF CLAIM  that Adriana Kubashack did NOT call from Audrey Reynolds' listed cellphone number of Saving Horses Inc "pretending" to represent Villa Chardonnay through a conspiratorial attempt to obtain the Tax Return documents of Villa Chardonnay.

40. PROOF OF CLAIM  that conspiracy is NOT a Federal and State crime.

41. PROOF OF CLAIM  that your actions and the actions of those working in concert with you does NOT constitute multiple violations of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in grants by making defamatory, false and slanderous allegations to multiple government entities and employees, companies, law firms and corrupt private individuals and our donors.

42. PROOF OF CLAIM  that you care for the animals that are in the custody and care of Villa Chardonnay animal sanctuary.

43. PROOF OF CLAIM that we do NOT possess an Equine Expert Report certifying the Horses and Donkeys in the custody and care of Villa Chardonnay as being in very good health.

44. PROOF OF CLAIM  that we do NOT possess 2 Veterinary Reports certifying the Horses and Donkeys in the custody and care of Villa Chardonnay as being in very good health.

45. PROOF OF CLAIM  that your biggest benefactor George Rosenberg Roberts KNOWS of your irrational behavior, frivolous lawsuits, false claims, lies, conspiracy attempts, manipulation, threats, sabotage, the fraudulent use of government, the state and federal laws you have broken and your deplorable, diabolical, evil and insatiable attempt to harm a successful animal sanctuary.

46. PROOF OF CLAIM  that your criminal and fraudulent actions did NOT involve the conspiratorial and fraudulent misuse/abuse of government services, namely Animal Control and other agencies to manufacture violations in an attempt to sabotage the operations and success of Villa Chardonnay.

47. PROOF OF CLAIM  that your criminal and fraudulent actions did NOT violate Federal and State law as a result of your fraudulent manipulation, misuse and abuse of the private foundation giving system in a conspiratorial attempt to mislead the Donors of Villa Chardonnay with false reports causing them to withhold funding that would have otherwise been received had you not defamed, slandered and sabotaged the philanthropic relationships between these foundations and Villa Chardonnay.

48. PROOF OF CLAIM  that we do NOT have a myriad of evidence, including: documentary, electronic mail, camera surveillance, recorded conversations, unwarranted visits from Animal Control, a Fraudulent lawsuit brought by you as well as statements made by you in email and text messages that would directly implicate and incriminate you and those acting in concert with you in a criminal conspiratorial attempt to sabotage Villa Chardonnay and cause Monika Kerber emotional stress, pain and suffering as well as commercial and legal injury.


Please understand that I want to resolve this matter as soon as possible and I now have the requirement to exhaust my private administrative remedy/process. I respectfully request the above 'proofs of claim' that you are relying upon to support your reprehensible, deplorable, conspiratorial, illegal, unlawful and criminal actions in this matter.

Per your due diligence and acceptance and/or failure to bring forth 'proof of claim,' in sworn affidavit form you will be found in formal acceptance and will have

admitted a damage and injury to this private woman Monika Kerber and Villa Chardonnay and you will have stipulated to the facts that the private woman herein has been injured by you via Tort and crimes against the Estate and State of California Private Citizen Monika Kerber.

You (Respondent) are requested to send **EACH** above requested Proof of Claim sworn to under penalty of perjury both to the undersigned and to the Third Party - Mail Escrow Agent's address below.

The undersigned herein respectfully requires the respondent to reply within 10 days from receipt of this presentment plus three (3) days return service to respond. General acquiescence as a non-response shall be taken as an acceptance to provide **EACH** 'proof of claim' and forthwith shall constitute agreement by the Respondent that the undersigned/Secured Party can exercise the remedy provided by Federal, State, Estate as necessary and that the undersigned's exclusive remedy, if necessary, is Tort, to be governed by the terms of the Affidavit and Notice of Default presented by Claimant appertaining to the matters relative hereto, or otherwise. You and/ or your agents/representatives can no longer contact us by phone or verbal communication, everything MUST be in writing affidavit form sworn under penalty of perjury.

I affirm under penalty of Perjury without the United States that the above is the Truth the whole Truth to the best of my knowledge and firsthand experience.

Sincerely

Without Prejudice

Authorized Representative-Attorney-In-Fact
Monika Kerber, President – Villa Chardonnay Horses with Wings, Inc.

cc:

Department of Justice Tort Claims Division
Federal Bureau of Investigation, San Diego
California Attorney General
California Department of Investigation

9

**VILLA CHARDONNAY - CONDTIIONAL ACCEPTANCE & REQUEST FOR PROOF OF CLAIM**

San Diego County Animal Control
George Rosenberg Roberts  Certified Mail No. <u>7022 0410 0002 8996 9757</u>
Private Investigator
Goldberg Foundation
American Sanctuary Association
Joann and Hank Greenberg Foundation
Stanley W Erkstrom Foundation
The DJ&T Foundation
Ark Antiques Foundation
American Sanctuary Association
Global Federation of Animal Sanctuaries
Vicki Kerr
Anna Twinney
Allison A Argo


Third Party - Mail Escrow Agent:
Mercedes Flores
Post Office Box 1000
Julian, California 92036

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

Certified Mail No. <u>7022 0410 0002 8996 9832</u>

Date: April 20, 2022

## Notice of Fault and Opportunity to Cure
## And Contest Acceptance

To: Celine Myers, Ark Watch Foundation (hereinafter Respondent):



Mary Adams, Red Bull Run (hereinafter Respondent)

Dear Celine Myers,

On April 4, 2022, the undersigned Secured Party caused to be sent to you a CONDITIONAL ACCEPTANCE & REQUEST FOR PROOF OF CLAIM (CAFV), which arrived to you on April 6, 2022

You failed to perform after receiving these presentments from Monika Kerber, and you failed to perform by providing the requested and necessary PROOFS OF CLAIM after receiving the said CAFV from the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the ten (10) days from the postmark of this Notice.

Should you fail to cure your fault, I will establish an Affidavit and Notice of Default, solidifying agreement and failure to contest acceptance and obtain an AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE pursuant to and relative to UCC, Federal & State Statute, Common Law and otherwise.

## CAVEAT

Should you continue to fail to respond and cure your fault you will have quietly agreed and acquiesced to the following:

That you Celine Myers and you Mary Adams have agreed that all UNREBUTTED PROOFS OF CLAIM will stand as uncontested FACTS and you agree to waive all defenses; you agree to be prosecuted to the fullest extent of applicable laws both Federal and State; you agree that you have caused Monika Kerber and Villa Chardonnay Horses With Wings, Inc. irreparable commercial and civil harm and damage; you agree to pay restitution in the amount of $100 Million United States Dollars to Villa Chardonnay Horses With Wings, Inc. and $100 Million Dollars to Monika Kerber for loss of wages, revenue, donations and grants, you agree to compensate Monika Kerber an additional $100 Million United States Dollars as triple damages for pain and suffering, attorneys & administrative fees, lost wages and happiness; you agree that you will never use the instrumentalities and agencies of government to harm Villa Chardonnay Horses With Wings, Inc., Monika Kerber, Mercedes Flores or any employee, donor, patron, animal or property of Villa Chardonnay Horses With Wings, Inc. ever again; you agree to cease and desist from any

attempts to sabotage Villa Chardonnay Horses With Wings, Inc. through the fraudulent use of government agencies and instrumentalities, attorneys or financial institutions; you agree that any future retaliation in any form from anyone directly or indirectly related to you or anyone you know will constitute you consent to be prosecuted for those future crimes as well; you agree that all of your assets will become the assets of Villa Chardonnay Horses With Wings, Inc. and Monika Kerber respectively; you agree to surrender all accounts tangible and intangible, homes, properties, investment properties, cars, planes, trains and automobiles as settlement and satisfaction for your criminal, negligent, conspiratorial, deplorable and reprehensible acts now and in the future.

You have failed to respond to the Conditional Acceptance and Request for PROOF OF CLAIM.

Your silence will constitute your tacit acquiescence and acceptance of all PROOFS OF CLAIM as FACTS.

Thank you for your prompt attention to this matter.

Sincerely,


Without Prejudice

Authorized representative, Attorney-in-Fact
Monika: Kerber-Perez, Secured Party Creditor
Behalf of     MONIKA KERBER ©, ENS LEGIS


cc:

Department of Justice Tort Claims Division
Federal Bureau of Investigation, San Diego
California Attorney General
California Department of Investigation
San Diego County Animal Control
George Rosenberg Roberts
Private Investigator
George Rosenberg Roberts
Goldberg Foundation
American Sanctuary Association
Joann and Hank Greenberg Foundation
Stanley W Erkstrom Foundation
Bob Barker Foundation
Ark Antiques Foundation
American Sanctuary Association


Third Party - Mail Escrow Agent:
Mercedes Flores
Post Office Box 1000
Julian, CA 92036

1

2

3

4

5                                EXHIBIT C

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VILLA CHARDONNAY CONDITIONAL ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.**

Certified Mail Number: 7022 0410 0002 8996 9894

Date:  _May 7ᵀᴴ 2022_

From:    Monika Kerber- Perez
         Post Office Box 1000
         Julian, CA 92036

To:      Celine Myers, Ark Watch Foundation (hereinafter Respondent)
         ████  ████████
         ██████████████

RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. CONDITIONAL
ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.

State of California        )
                           ) ss
County of San Diego        )

### AFFIDAVIT OF NOTICE OF DEFAULT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.
L.W.
2169; S.Ct. March 22, 1982

I, Monika Kerber, herein 'Affiant," a living breathing woman, being first duly sworn,
deposes, says and declare by my signature that the following facts are true, correct
and complete to the best of my knowledge and belief.

Affiant is competent to state the matters included in his/her declaration, has
knowledge of the facts, and declared that to the best of his/her knowledge, the
statements made in his affidavit are true, correct, and not meant to mislead;

1

**VILLA CHARDONNAY CONDITIONAL ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.**

FACT: on or about <u>April 4, 2022,</u> Affiant sent a CONDITIONAL ACCEPTANCE & REQUEST FOR PROOF OF CLAIM (document for discovery) to the Respondent requesting proof of claim(s)

FACT: Respondent had 10 days to respond with proof of claim, point for point, however elected to remain silent or otherwise refused to provide said proof of claim(s) and therefore has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed to the following:

FACT: Respondent was given an additional 10 days to contest Respondent's Acceptance as to the stipulated agreement based upon silence, acquiescence and therein tacit agreement,

FACT: Respondent was Noticed that Respondent was at Fault and failed to contest acceptance when given the opportunity and is in agreement to requested PROOFS OF CLAIM now standing as FACTS.

The following requested PROOFS OF CLAIM that remain UNREBUTTED by Respondent now stand as FACTS by and through Respondents silence and tacit agreement and acquiescence:

1. FACT: that You DO know Audrey Reynolds although you stated you did not know her in a phone call

2. FACT: that You have made multiple criminal attempts to sabotage Villa Chardonnay Horses with Wings, Inc. and Monika Kerber in Violation of USC 18 241 Conspiracy Against Right and USC 242 Deprivation of Rights Under Color of Law.

3. FACT: that we have provided exceptional care for the Donkeys and Horses that you surrendered into our care.

4. FACT: that we did purchase food for the animals and did NOT instead purchase Villa Chardonnay Horses with Wings, Inc.'s sanctuary property with funding.

5. FACT: that the donkeys can live in the Southern California weather.

6. FACT: that it is NOT better for donkeys to live in Oregon or North Carolina and NOT Southern California.

**VILLA CHARDONNAY CONDITIONAL ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.**

7. FACT:  that it is NOT better for Dylan, the horse to be euthanized, INSTEAD be allowed to live out the rest of his natural life under the accommodating and exceptional care of Villa Chardonnay Horses with Wings, Inc..

8. FACT:  that the statements from ECLAP East County Large and Small Animal Practice veterinary clinic sent about the horses and donkeys were NOT True sworn under penalty of perjury and were CERTIFIED by a reputable veterinarian and were altered by you and your attorney in a conspiratorial attempt to alter medical & legal documents in Violation of USC 18 241 Conspiracy Against Rights and USC 242 Deprivation of Rights Under Color of Law as well as other Federal and State Laws.

9. FACT:  that you and your attorney did violate USC 18 241 Conspiracy Against Rights when you both took the Veterinarian off to the corner and told him to find something wrong when he confirmed that the animals were very healthy and well cared for by Villa Chardonnay Horses with Wings, Inc..

10. FACT:  that you did conspire with Cynthia Montgomery to repeatedly call animal control for no reason other than to sabotage Villa Chardonnay Horses with Wings, Inc. and cause delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

11. FACT:   that you did conspire with Robert Getty to call Animal Control repeatedly for no reason other than to conspire, sabotage and cause Villa Chardonnay Horses with Wings, Inc. delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

12. FACT:  that you and your friend Audrey Reynolds of Saving Horses, Inc. did Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by contacting Members of the Villa Chardonnay Horses with Wings, Inc. board of directors, threatening to add them to a fraudulent lawsuit which caused them to subsequently quit/resign their board positions out of fear of malicious litigation and prosecution.

13. FACT:  that you are Violating State and Federal Laws namely USC 241 & 242 and using, manipulating and defrauding various instrumentalities of Government for your own personal vendetta against Villa Chardonnay Horses with Wings, Inc. and

3

Monika Kerber because you consider Villa Chardonnay and Monika Kerber a threat and your direct competition.

14. FACT: that you said you wouldn't stop until Villa is under the ground which constitutes Conspiracy under State and Federal Law and a direct Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

15. FACT: that you did Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law when you stated that you will not stop until Monika Kerber was behind bars.

16. FACT: that you did Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by filing multiple FALSE reports with Animal Control in a conspiratorial attempt to have Villa Chardonnay sabotaged by Animal Control Violations.

17. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by using and manipulating wealthy donors, attorneys and corrupt government employees to misuse government systems to harass, intimidate and bully not only Villa Chardonnay.

18. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by bringing fraudulent reports and claims upon the judicial system.

19. FACT: that you and the Law firm Manatt, Phelps, Phillips are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by initiating within the Attorney General's office an audit of Villa Chardonnay despite Villa Chardonnay Horses with Wings, Inc. not meeting the $2 million dollar mark threshold for Audits.

20. FACT: that you are acting out of jealousy and envy of Villa Chardonnay Horses with Wings, Inc.'s success and notoriety amongst donors.

21. FACT: that Robert Getty did state in recorded phone message you and Audrey Reynolds were obsessed with Monika.

22. FACT: that you did cancel property inspections out of spite while conspiring to manipulate and abuse time and money and resources of Villa Chardonnay Horses with Wings, Inc..

23. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by threatening governmental entities such as Animal Control causing them harass and intimidate Villa Chardonnay Horses with Wings, Inc. while stating you will use your deep pockets to sue and destroy them too.

24. FACT: that you were jealous of Mercedes because she is now connected with Monika while calling Mercedes a bitch during the inspection at Villa Chardonnay Horses with Wings, Inc. in the presence of multiple parties.

25. FACT: that you did use inspections, false reports to animal control and threats of legal action against the board members of Villa Chardonnay Horses with Wings, Inc. as a weapon of sabotage in a conspiratorial attempt to ruin the reputation of Villa Chardonnay Horses with Wings, Inc. in violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

26. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million dollars each year in donor grants by making defamatory, false, slanderous and libel allegations to our donors.

27. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Goldberg foundation preventing them from giving us a grant.

28. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Joann and Hank Greenberg foundation preventing them from giving us a grant.

29. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Stanley W Erkstrom foundation preventing them from giving us a grant.

30. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Bob Barker Foundation preventing them from giving us a grant.

31. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Thornton and Katrina Glide foundation preventing them from giving us a grant.

32. FACT that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Ark Antiques Foundation preventing them from giving us a grant.

33. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million dollars each year in grants by making defamatory, false, slanderous and libel allegations to the American Sanctuary Association in a conspiratorial attempt to have our reputation tarnished.

34. FACT: that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by trying to sue San Diego county Animal Control to manipulate them to find something wrong with Villa Chardonnay Horses with Wings, Inc.'s

operations and inconvenience the care of the Animals and cause of commercial harm in order to fabricate Animal Control violations.

35. FACT:  that you are Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by conspiring with Audrey Reynolds and have her call and harass board members threatening to sue them so they would quit as board members.

36. FACT:  that you did call code enforcement MULTIPLE TIMES in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes .

37. FACT:  that you did conspire with Audrey Reynolds to manipulate, intimidate and harass Villa Chardonnay Horses with Wings, Inc.'s Accountant Rima Abuzeid.

38. FACT:  that you did conspire with Audrey Reynolds to have her friend Adriana Kubashack's CPA call falsely saying she was representing Villa Chardonnay Horses with Wings, Inc. in an attempt to get Villa Chardonnay Horses with Wings, Inc.'s tax documents in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other IRS, State and Federal and Privacy Laws.

39. FACT:  that Adriana Kubashack did call from Audrey Reynolds' listed cellphone number of Saving Horses Inc "pretending" to represent Villa Chardonnay Horses with Wings, Inc. through a conspiratorial attempt to obtain the Tax Return documents of Villa Chardonnay Horses with Wings, Inc..

40. FACT:  that conspiracy is a Federal and State crime.

41. FACT:  that your actions and the actions of those working in concert with you does constitute multiple violations of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay Horses with Wings, Inc. to lose over half a million dollars each year in grants by making defamatory, false and slanderous allegations to multiple government entities and employees, companies, law firms and corrupt private individuals and our donors.

42. FACT:  that you do NOT care for the animals that are in the custody and care of Villa Chardonnay Horses with Wings, Inc. animal sanctuary.

43. FACT: that we do possess an Equine Expert Report certifying the Horses and Donkeys in the custody and care of Villa Chardonnay Horses with Wings, Inc. as being in very good health.

44. FACT: that we do possess 2 Veterinary Reports certifying the Horses and Donkeys in the custody and care of Villa Chardonnay Horses with Wings, Inc. as being in very good health.

45. FACT: that your biggest benefactor George Rosenberg Roberts does NOT know of your irrational behavior, frivolous lawsuits, false claims, lies, conspiracy attempts, manipulation, threats, sabotage, the fraudulent use of government, the state and federal laws you have broken and your deplorable, diabolical, evil and insatiable attempt to harm a successful animal sanctuary.

46. FACT: that your criminal and fraudulent actions did involve the conspiratorial and fraudulent misuse/abuse of government services, namely Animal Control and other agencies to manufacture violations in an attempt to sabotage the operations and success of Villa Chardonnay Horses with Wings, Inc..

47. FACT: that your criminal and fraudulent actions did violate Federal and State law as a result of your fraudulent manipulation, misuse and abuse of the private foundation giving system in a conspiratorial attempt to mislead the Donors of Villa Chardonnay Horses with Wings, Inc. with false reports causing them to withhold funding that would have otherwise been received had you not defamed, slandered and sabotaged the philanthropic relationships between these foundations and Villa Chardonnay Horses with Wings, Inc..

48. FACT: that we do have a myriad of evidence, including: documentary, electronic mail, camera surveillance, recorded conversations, unwarranted visits from Animal Control, a Fraudulent lawsuit brought by you as well as statements made by you in email and text messages that would directly implicate and incriminate you and those acting in concert with you in a criminal conspiratorial attempt to sabotage Villa Chardonnay Horses with Wings, Inc. and cause Monika Kerber emotional stress, pain and suffering as well as commercial and legal injury.

By and through your failure to respond, silence and tacit agreement and acquiescence you have also agree that to the following CAVEAT contained in the Notice of Fault and Opportunity to Contest Acceptance:

that you Celine Myers have agreed that all UNREBUTTED PROOFS OF CLAIM

**VILLA CHARDONNAY CONDITIONAL ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.**

stand as uncontested FACTS and you agree to waive all defenses; you agree to be prosecuted to the fullest extent of applicable laws both Federal and State; you agree that you have caused Monika Kerber Perez and Villa Chardonnay Horses with Wings, Inc. irreparable commercial and civil harm and damage; you agree to pay restitution in the amount of $100 Million United States Dollars to Villa Chardonnay Horses with Wings, Inc. and $100 Million Dollars to Monika Kerber for loss of wages, revenue, donations and grants, you agree to compensate Monika Kerber an additional $100 Million United States Dollars as triple damages for pain and suffering, attorneys & administrative fees, lost wages and happiness; you agree that you will never use the instrumentalities and agencies of government to harm Villa Chardonnay Horses with Wings, Inc., Monika Kerber Perez, Mercedes Flores or any employee, donor, patron, animal or property of Villa Chardonnay Horses with Wings, Inc. ever again; you agree to cease and desist from any attempts to sabotage Villa Chardonnay Horses with Wings, Inc. through the fraudulent use of government agencies and instrumentalities, attorneys or financial institutions; you agree that any future retaliation in any form from anyone directly or indirectly related to you or anyone you know will constitute you consent to be prosecuted for those future crimes as well; you agree that all of your assets will become the assets of Villa Chardonnay Horses with Wings, Inc. and Monika Kerber Perez respectively; you agree to surrender all accounts tangible and intangible, homes, properties, investment properties, cars, planes, trains and automobiles as settlement and satisfaction for your criminal, negligent, conspiratorial, deplorable and reprehensible acts now and in the future.

I affirm under penalty of Perjury without the United States that the above is the Truth the whole Truth to the best of my knowledge and firsthand experience.

Sincerely

Without Prejudice

Further Affiant sayeth not.
Authorized Representative, Attorney-In-Fact
Secured Party Creditor
Monika Kerber Perez, Affiant

9

**VILLA CHARDONNAY CONDITIONAL ACCEPTANCE AND REQUEST FOR PROOF OF CLAIM.**

cc:

Department of Justice Tort Claims Division
Federal Bureau of Investigation, San Diego
California Attorney General
California Department of Investigation
San Diego County Animal Control
George Rosenberg Roberts
Private Investigator
Goldberg Foundation
American Sanctuary Association
Joann and Hank Greenberg Foundation
Stanley W Erkstrom Foundation
Bob Barker Foundation
Ark Antiques Foundation
American Sanctuary Association

## ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this _7_
day of ___May___, 2022 that _____. the
above mentioned, appeared before me and executed the foregoing. Witness my
hand and seal:

_____  Seal:

Notary Public
My Commission expires:                    **SEE ATTACHED FOR**
                                          **OFFICIAL NOTARIZATION**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of __San Diego__          )

On _May 7, 2022_ before me, __Athena Wolfe, Notary Public__,
        *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared _Monika Kerber Perez_
                                        *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**ATHENA WOLFE**
Commission No. 2319860
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires February 22, 2024

Signature _____
                    *Signature of Notary Public*

*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit of Notice of Default_ Document Date: _7 May 2022_
Number of Pages: _10_ Signer(s) Other Than Named Above: _NONE_

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# USPS Tracking®

FAQs >

Track Another Package +

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U· psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70220410000289969832

Remove ✕

Your item was delivered to an individual at the address at 11:20 am on April 23, 2022 in ▮▮▮
▮▮▮▮▮▮ .

USPS Tracking Plus® Available ⌄

## ⨂ Delivered, Left with Individual

April 23, 2022 at 11:20 am
LOS ALTOS, CA 94022

Get Updates ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

Feedback

See Less ⌃

## Can't find what you're looking for?

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U· psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 9590940268741104162516

Remove ✕

Your item has been delivered and is available at a PO Box at 12:59 pm on April 28, 2022 in
JULIAN, CA 92036.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, PO Box

April 28, 2022 at 12:59 pm
JULIAN, CA 92036

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package  +

yyyyy yyyyyyy
y yyyy yyy yyy yyy

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U· psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70220410000289969733

Remove ✕

Your item was delivered to an individual at the address at 1:21 pm on April 6, 2022 in ███
███████.

USPS Tracking Plus® Available ⌄

## ✅ Delivered, Left with Individual

April 6, 2022 at 1:21 pm
LOS ALTOS, CA 94022

Get Updates ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U· psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 9590940258280034355511

Remove ✕

Your item has been delivered and is available at a PO Box at 11:57 am on April 11, 2022 in JULIAN, CA 92036.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, PO Box

April 11, 2022 at 11:57 am
JULIAN, CA 92036

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT D

VILLA CHARDONNAY - CONDITIONAL ACCEPTANCE & REQUEST FOR FACT

Certified Mail Number: 7022 0410 0002 8996 9917

Date: _May 10TH 2022_

From:
Monika Kerber, President
Villa Chardonnay Horses With Wings, Inc
Post Office Box 1000
Julian, California 92036

To:   Audrey Reynolds, Saving Horses, Inc. (hereinafter Respondent)
██████████████ ███
████████████


RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. CONDITIONAL
ACCEPTANCE AND REQUEST FOR FACT.

State of California          )
                             ) ss
County of San Diego          )

### AFFIDAVIT OF NOTICE OF DEFAULT

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S.
L.W.
2169; S.Ct. March 22, 1982


I, Monika Kerber, herein 'Affiant," a living breathing woman, being first duly sworn,
deposes, says and declare by my signature that the following facts are true, correct
and complete to the best of my knowledge and belief.

1

Affiant is competent to state the matters included in his/her declaration, has knowledge of the facts, and declared that to the best of his/her knowledge, the statements made in his affidavit are true, correct, and not meant to mislead;

FACT: on or about <u>April 5, 2022,</u> Affiant sent a CONDITIONAL ACCEPTANCE & REQUEST FOR FACT: (document for discovery) to the Respondent requesting FACT:(s)

FACT: Respondent had 10 days to respond with FACT:, point for point, however elected to remain silent or otherwise refused to provide said FACT:(s) and therefore has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed to the following:

FACT: Respondent was given an additional 10 days to contest Respondent's Acceptance as to the stipulated agreement based upon silence, acquiescence and therein tacit agreement,

FACT: Respondent was Noticed that Respondent was at Fault and failed to contest acceptance when given the opportunity and is in agreement to requested PROOFS OF CLAIM now standing as FACTS.

The following requested PROOFS OF CLAIM that remain UNREBUTTED by Respondent now stand as FACTS by and through Respondents silence and tacit agreement and acquiescence:

1. FACT:  that you HAVE made multiple criminal attempts to sabotage Villa Chardonnay and Monika Kerber in Violation of USC 18 241 Conspiracy Against Right and USC 242 Deprivation of Rights Under Color of Law.

2. FACT:  that we HAVE provided exceptional care for the animals here at Villa Chardonnay Horses With Wings, Inc. as well as the equines that you surrendered into our care through the years.

3. FACT:  that we did purchase food for the animals and did NOT instead purchase Villa Chardonnay Horses with Wings, Inc.'s sanctuary property with funding.

2

4. FACT: that you DID conspire with Cynthia Montgomery to repeatedly call animal control for no reason other than to sabotage Villa Chardonnay and cause delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

5. FACT: that you DID conspire with Robert Getty to call Animal Control repeatedly for no reason other than to conspire, sabotage and cause Villa Chardonnay delay, interruption, disruption and commercial injury in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

6. FACT: that you DID Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by contacting Members of the Villa Chardonnay board of directors, threatening to add them to a fraudulent lawsuit which caused them to subsequently quit/resign their board positions out of fear of malicious litigation and prosecution.

7. FACT: that you ARE Violating State and Federal Laws namely USC 241 & 242 and using, manipulating and defrauding various instrumentalities of Government for your own personal vendetta against Villa Chardonnay and Monika Kerber because you consider Villa Chardonnay and Monika Kerber a threat and your direct competition.

8. FACT: that you DID say you wouldn't stop until Villa is under the ground which constitutes Conspiracy under State and Federal Law and a direct Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

9. FACT: that you DID Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law when you stated that you will not stop until Monika Kerber was behind bars.

10. FACT: that you DID Violate USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law by filing multiple FALSE reports with Animal Control in a conspiratorial attempt to have Villa Chardonnay sabotaged by Animal Control Violations.

11. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other

3

State and Federal Crimes by bringing fraudulent reports and claims upon the judicial system.

12. FACT: that Robert Getty DID state in recorded phone message that you and Celine Myers were obsessed with Monika.

13. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by threatening governmental entities such as Animal Control causing them to harass and intimidate Villa Chardonnay.

14. FACT: that you DID use inspections, false reports to animal control and threats of legal action against the board members of Villa Chardonnay as a weapon of sabotage in a conspiratorial attempt to ruin the reputation of Villa Chardonnay in violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law.

15. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in donor grants by making defamatory, false, slanderous and libel allegations to our donors.

16. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Goldberg foundation preventing them from giving us a grant.

17. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Joann and Hank Greenberg foundation preventing them from giving us a grant.

18. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel

allegations to the Stanley W Erkstrom foundation preventing them from giving us a grant.

19. FACT:  that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Bob Barker Foundation preventing them from giving us a grant.

20. FACT:  that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Thornton and Katrina Glide foundation preventing them from giving us a grant.

21. PROOF OF that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million each year in grants by making defamatory, false, slanderous and libel allegations to the Ark Antiques Foundation preventing them from giving us a grant.

22. FACT:  that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in grants by making defamatory, false, slanderous and libel allegations to the American Sanctuary Association in a conspiratorial attempt to have our reputation tarnished.

23. FACT:  that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by trying to sue San Diego county Animal Control to manipulate them to find something wrong with Villa Chardonnay's operations and inconvenience the care of the Animals and cause of commercial harm in order to fabricate Animal Control violations.

24. FACT:  that ARE NOT Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by conspiring with Celine Myers to call and harass board members threatening to sue them so they would quit as board members.

25. FACT: that you DID call code enforcement MULTIPLE TIMES in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes .

26. FACT: that you DID conspire with Celine Myers to manipulate, intimidate and harass Villa Chardonnay's Accountant Rima Abuzeid.

27. FACT: that you DID conspire with Celine Myers and have a board member of your rescue organization, Adriana Kubashack's CPA call falsely representing Villa Chardonnay in an attempt to get Villa Chardonnay's tax documents in Violation of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other IRS, State and Federal and Privacy Laws.

28. FACT: that Adriana Kubashack, CPA DID call from the listed cellphone number of Saving Horses Inc "pretending" to represent Villa Chardonnay Horses With Wings, Inc from Lindsay and Brownell, LLP through a conspiratorial attempt to obtain the Tax Return documents of Villa Chardonnay.

29. FACT: that you DID send an email asking for Monika's 990's after failed attempts to obtain 990's through Adriana's Kubashack false representation of Villa Chardonnay Horses With Wings, Inc.

30. FACT: that conspiracy IS a Federal and State crime.

31. FACT: that your actions and the actions of those working in concert with you DOES constitute multiple violations of USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing Villa Chardonnay to lose over half a million dollars each year in grants by making defamatory, false and slanderous allegations to multiple government entities and employees, companies, law firms and corrupt private individuals and our donors.

32. FACT: that you DO NOT care for the animals that are in the custody and care of Villa Chardonnay animal sanctuary.

33. FACT: that we DO possess an Equine Expert Report certifying the Horses and Donkeys in the custody and care of Villa Chardonnay Horses With Wings, Inc. as being in very good health.

VILLA CHARDONNAY - CONDITIONAL ACCEPTANCE & REQUEST FOR FACT:

34. FACT: that we DO possess 2 Veterinary Reports certifying the Horses and Donkeys in the custody and care of Villa Chardonnay as being in very good health.

35. FACT: that your criminal and fraudulent actions DID involve the conspiratorial and fraudulent misuse/abuse of government services, namely Animal Control and other agencies to manufacture violations in an attempt to sabotage the operations and success of Villa Chardonnay.

36. FACT: that your criminal and fraudulent actions DID violate Federal and State law as a result of your fraudulent manipulation, misuse and abuse of the private foundation giving system in a conspiratorial attempt to mislead the Donors of Villa Chardonnay with false reports causing them to withhold funding that would have otherwise been received had you not defamed, slandered and sabotaged the philanthropic relationships between these foundations and Villa Chardonnay.

37. FACT: that we DO have a myriad of evidence, including: documentary, electronic mail, camera surveillance, recorded conversations, unwarranted visits from Animal Control, a Fraudulent lawsuit brought by you as well as statements made by you in email and text messages that would directly implicate and incriminate you and those acting in concert with you in a criminal conspiratorial attempt to sabotage Villa Chardonnay and cause Monika Kerber emotional stress, pain and suffering as well as commercial and legal injury.

38. FACT: that we DO have a picture of you and a female friend trespassing on the property of Villa Chardonnay Horses With Wings, Inc. in Julian, California although there were trespassing signs posted in multiple locations outside the property travelling more than one hour on a cold rainy day as well as many other occasions to stalk Monika.

39. FACT: that you DID state that you will always be a thorn in Monika's side.

40. FACT: that you HAVE praised Monika on her achievements with Villa Chardonnay Horses with Wings, Inc. and how you had nothing to the magnitude of Villa with your horse herd of less than 10 horses.

41. FACT: that a horse DOES NOT have consume beet pulp to survive and that it is YOUR personal preference.

42. FACT: that you did make multiple calls to Robert Getty conspiring to close Villa Chardonnay doors of business.

43. FACT: that you DID attempt to friend Cynthia Montgomery and then message her with slanderous and hateful messages after your informant from Animal Control shared private information within hours of the animal control inspection of Villa Chardonnay Horses With Wings, Inc.

44. FACT: that you DID make multiple calls to our former veterinarians and defaming them on social media.

45. FACT: that you DID call our current veterinarian to obtain information and slander Villa Chardonnay Horses With Wings, Inc and Monika.

46. FACT: that you ARE Violating USC 18 241 Conspiracy Against Rights and USC 18 242 Deprivation of Rights Under Color of Law as well as Fraud and other State and Federal Crimes by directly causing other rescue organizations to lose donors and grants by making defamatory, false, slanderous and libel allegations.


By and through your failure to respond, silence and tacit agreement and acquiescence you have also agreed that to the following CAVEAT contained in the Notice of Fault and Opportunity to Contest Acceptance:

that you Audrey Reynolds have agreed that all UNREBUTTED PROOFS OF CLAIM stand as uncontested FACTS and you agree to waive all defenses; you agree to be prosecuted to the fullest extent of applicable laws both Federal and State; you agree that you have caused Monika Kerber Perez and Villa Chardonnay Horses with Wings, Inc. irreparable commercial and civil harm and damage; you agree to pay restitution in the amount of $100 Million United States Dollars to Villa Chardonnay Horses with Wings, Inc. and $100 Million Dollars to Monika Kerber for loss of wages, revenue, donations and grants, you agree to compensate Monika Kerber an additional $100 Million United States Dollars as triple damages for pain and suffering, attorneys & administrative fees, lost wages and happiness; you agree that you will never use the instrumentalities and agencies of government to harm Villa Chardonnay Horses with Wings, Inc., Monika Kerber Perez, Mercedes Flores or any employee, donor, patron, animal or property of Villa Chardonnay Horses with Wings, Inc. ever again; you agree to cease and desist from any attempts to sabotage Villa Chardonnay Horses with Wings, Inc. through the fraudulent use of government

8

VILLA CHARDONNAY - CONDITIONAL ACCEPTANCE & REQUEST FOR FACT

agencies and instrumentalities, attorneys or financial institutions; you agree that any future retaliation in any form from anyone directly or indirectly related to you or anyone you know will constitute you consent to be prosecuted for those future crimes as well; you agree that all of your assets will become the assets of Villa Chardonnay Horses with Wings, Inc. and Monika Kerber Perez respectively; you agree to surrender all accounts tangible and intangible, homes, properties, investment properties, cars, planes, trains and automobiles as settlement and satisfaction for your criminal, negligent, conspiratorial, deplorable and reprehensible acts now and in the future.

I affirm under penalty of Perjury without the United States that the above is the Truth the whole Truth to the best of my knowledge and firsthand experience.

Sincerely

Without Prejudice

Further/Affiant sayeth not.
Authorized Representative, Attorney-In-Fact
Secured Party Creditor
Monika Kerber Perez, Affiant

cc:

Department of Justice Tort Claims Division
Federal Bureau of Investigation, San Diego
California Attorney General
California Department of Investigation
San Diego County Animal Control
Private Investigator
Goldberg Foundation
American Sanctuary Association
Joann and Hank Greenberg Foundation
Stanley W Erkstrom Foundation
Bob Barker Foundation
Ark Antiques Foundation

VILLA CHARDONNAY - CONDTIONAL ACCEPTANCE & REQUEST FOR FACT:

American Sanctuary Association

## ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this _10_
day of ___May___ , 2022 that _Monika Herber Perez_ . the
above mentioned, appeared before me and executed the foregoing. Witness my
hand and seal:

_____Seal:

Notary Public
My Commission expires: _April 17 2025_

ROWLYNDA JILLE MORETTI
COMM. # 2352502
NOTARY PUBLIC · CALIFORNIA
SAN DIEGO COUNTY
COMM. EXPIRES APR. 17, 2025

# USPS Tracking®

FAQs >

**Track Another Package  +**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2FInformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70220410000289969764

Remove ✕

Your item was picked up at the post office at 12:19 pm on April 8, 2022 in ▮▮▮▮▮▮▮▮
▮▮▮▮.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Post Office

April 8, 2022 at 12:19 pm
ENCINITAS, CA 92024

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

## Can't find what you're looking for?

Feedback

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package  +

Get the free Informed Delivery® feature to receive automated notifications on your packages    **Learn More**

(https://reg.usps.com/xsell?
app=U psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

**Tracking Number:** 70220410000289969863

Remove X

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**USPS Tracking Plus® Available** ∨

## Reminder to Schedule Redelivery of your item

**Get Updates** ∨

---

**Text & Email Updates**    ∨

---

**Tracking History**    ∧

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**April 25, 2022**
In Transit to Next Facility

**April 25, 2022, 11:30 am**
Notice Left (No Authorized Recipient Available)
ENCINITAS, CA 92024

**April 24, 2022, 1:01 pm**
Departed USPS Regional Facility

SAN DIEGO CA DISTRIBUTION CENTER

**April 22, 2022, 6:16 pm**
Arrived at USPS Regional Facility
SAN DIEGO CA DISTRIBUTION CENTER

**April 22, 2022, 4:00 pm**
Departed Post Office
SANTA YSABEL, CA 92070

**April 22, 2022, 12:24 pm**
USPS in possession of item
SANTA YSABEL, CA 92070

---

**USPS Tracking Plus®**                                ⌄

---

**Product Information**                                 ⌄

---

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

1

2

3

4

5                                          EXHIBIT E

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Certified Mail Number: 7020 3160 0001 2970 2361

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
# NOTICE OF TENDER FOR SETOFF

February 7, 2023

Principal:
    Monika: Kerber
    c/o PO Box 1000
    Julian, California Republic

Respondents:
    Celine Myers/ President

Re: NOTICE OF PAYMENT ON Case NO. 37-2020-00044666-CU-BC-CTL; MONIKA
KERBER AND VILLA CHARDONNAY HORSES WITH WINGS, INC

To whom it may concern:

Whereas, on February 6, 2023., instruments of tender for setoff, hereinafter "TENDER", for the
setoff of VILLA CHARDONNAY HORSES WITH WINGS, INC and MONIKA KERBER for
Case # 37-2020-00044666-CU-BC-CTL, hereinafter "JUDGMENT", were presented for setoff to:

    INTERNAL REVENUE SERVICE
    P.O. BOX # 9036
    STOP # 4440
    OGDEN, UT 84201

THEREFORE, Monika: Kerber, hereinafter "Principal", requests that the balance of the Case #
37-2020-00044666-CU-BC-CTL be adjusted to Zero dollars ($0.00) to reflect the ledgering of said
TENDER.

Enclosed herewith is a Request Regarding a Statement of Account pursuant to Uniform
Commercial Code § 9-210 as a record authenticated by the debtor requesting that the Respondent
approve or correct the statement. Respondent has fourteen **(14)** days to comply with this request
and to provide an authenticated record.

Any and all responses shall be directed to the Principal by U.S.P.S. Certified or Registered Mail
at the following address:

1

Monika: Kerber
c/o PO Box 1000
Julian, California Republic [92036]

Service in any other manner will be deemed defective on its face.

Executed in San Diego County, California Republic, this seventh day of the second month in the year of our Lord, two-thousand and twenty-three. Witness my hand and seal.

_____ Monika Kerber
Authorized Representative, Attorney in Fact
c/o MONIKA KERBER *ens legis*

---

**NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER, OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS PROVIDED FOR BY LAW.**

□ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no.<br>Monika Kerber<br>PO Box 1000<br>Julian CA 92036<br>US - Phone: 9512349793 | OMB No. 1545-0877<br>(Rev. January 2022)<br><br>**2022**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| Account number (see instructions) | **1** Date of lender's acquisition or knowledge of abandonment<br><br>02/06/2023 | **2** Balance of principal outstanding<br><br>$ 68012.56 | **Copy B**<br>**For Borrower** |
| BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br>The Ark Watch Foundation<br><br>US | **3** | **4** Fair market value of property<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | **5** check if the borrower was personally liable for repayment of the debt .... □ | |
| | **6** Description of property<br>Case #37-2020-00044666 amount owed. | |

Form **1099-A**        (Rev. 1-2022)        www.tax1099.com - IRS Approved e File Provider

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about tax consequences.

Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your (TIN) (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown generally is the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure your taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Monika Kerber<br>PO Box 1000<br>Julian CA 92036<br>US - Phone: 9512349793 | 1 Date of identifiable event<br>02/06/2023 | OMB No. 1545-1424<br>(Rev. January 2022)<br>**2022**<br>Form **1099-C** | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ 68012.56 | | |
| | 3 Interest, if included in box 2<br>$ | | |

| Account number (see instructions)<br>████ | 4 Debt description<br>Case<br>#37-2020-00044666-CU-BC-CT<br>L owed | **Copy B For Debtor** |
|---|---|---|
| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code<br><br>The Ark Watch Foundation<br>████ ████<br>US | 5 If checked, the debtor was personally liable for repayment of the debt. . . . . .<br>. . . . . . . . . . . . . . . . . . ☐ | This is important tax information and is being furnished to the Internal Revenue Sevice. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |

| CREDITOR'S TIN | DEBTOR'S TIN<br>████ | 6 Identifiable event code<br>F | 7 Fair market value of property<br>$ |
|---|---|---|---|

Form **1099-C**    (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note.** If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicia debt relief; C-Statute of limitations or expiration of deficiency period; D- Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; or H-Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV generally is the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

**Free File Program.** Go to www.IRS.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the Year | OMB No.15450117 | **Original Issue Discount** |
|---|---|---|---|
| Monika Kerber<br>PO Box 1000<br>Julian CA 92036<br>US | $ 68012.56<br>* This may not be the correct figure to report on your income tax returns. See instructions on the back. | **2022**<br>Form 1099-OID | |
| 9512349793 | 2 Other periodic interest<br>$ | | |
| | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| Account number (see instructions)    FATCA filing requirement ☐ | 5 Market discount<br>$ | 6 Acquisition premium<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.. |
| RECIPIENT'S name, address, ZIP/ postal code & Country<br><br>The Ark Watch Foundation<br><br>US | 7 Description<br><br>Case # 37-2020-00044666 amount owed | | |
| | 8 Original issue discount on U.S. Treasury obligations.<br>$ | 9 Investment expenses<br>$ | |
| | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ | |

| PAYER'S TIN | RECIPIENT'S TIN | 12 State | 13 State identification no. | 14 State tax withheld |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

Form **1099-OID**    www.tax1099.com - IRS Approved e File Provider    Department of the Treasury - Internal Revenue Service

**Instructions for Recipient**

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price of a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, you generally must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate,or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information.

If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096 with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer generally must report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However,depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID.See the instructions above for a covered security acquired with acquisition premium.

**Box 2.** Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Forms 1040 and 1040-SR.

**Box 3.** Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Forms 1040 and 1040-SR to see where to take the deduction.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer .See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** For a covered security acquired with OID, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debtinstrument during the year while held by you. For a tax-exempt obligation that is a covered security, and issued with OID after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you. For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1. 6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required, to report the market discount for a tax-exempt obligation that is a covered security acquired before January 1,2017.Report the accrued market discount on your income tax return as directed in the Instructions for Forms 1040 and 1040-SR. Market discount on a tax-exempt security is includible in taxable income asinterestincome. www.tax1099.com

(Continued on the back of Copy 2)

Form 1099-MISC

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Monika Kerber<br>PO Box 1000<br>Julian CA 92036<br>US - Phone: 9512349793 | 1 Rents<br>$ | OMB No. 1545-0115<br>(Rev. January 2022)<br><br>**2022**<br>Form **1099-MISC** | **Miscellaneous Information** |
|---|---|---|---|
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ 68012.56 | 4 Federal income tax withheld<br>$ | **Copy B**<br><br>**For Recipient** |
| PAYER'S TIN ▇▇▇▇ | RECIPIENT'S TIN ▇▇▇▇ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, ZIP/ postal code & Country<br><br>The Ark Watch Foundation<br>▇▇▇▇<br>US | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ▶ ☐ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Crop insurance proceeds<br>$ | 10 Gross proceeds paid to an attorney<br>$ | |
| | 11 Fish purchased for resale<br>$ | 12 Section 409A deferrals<br>$ | |
| Account number (see instructions)<br>▇▇▇▇ | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments<br>$ | 15 Nonqualified deferred compensation<br>$ | |
| | | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no.<br>CA ▇▇▇▇ | 18 State income<br>$ 68012.56<br>$ |

Form **1099-MISC**    (Rev. 1-2022)                                       www.tax1099.com - IRS Approved e File Provider

Instructions for Recipient

Recipient's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

Account number. May show an account or other unique number the payer assigned to distinguish your account.

Amounts shown may be subject to self-employment (SE) tax. Individuals should see the instructions for Schedule SE (Form 1040). Corporations, fiduciaries, or partnerships must report the amounts on the appropriate line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your information correctly.

Box 1. Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

Box 2. Report royalties from oil, gas, or mineral properties; copyrights; and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the Schedule E (Form 1040) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

Box 3. Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN . See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

Box 5. Shows the amount paid to you as a fishing boat crew member by the operator, who considers you to be self-employed. Self-employed individuals must report this amount on Schedule C (Form 1040). See Pub. 334.

Box 6. For individuals, report on Schedule C (Form 1040).

Box 7. If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040).

Box 9. Report this amount on Schedule F (Form 1040).

Box 10. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

Box 11. Shows the amount of cash you received for the sale of fish if you are in the trade or business of catching fish.

Box 12. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A plus any earnings on current and prior year deferrals.

Box 13. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

Box 14. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.

Box 15. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. Any amount included in box 12 that is currently taxable is also included in this box. Report this amount as income on your tax return. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the instructions for your tax return.

Boxes 16-18. Show state or local income tax withheld from the payments.

Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099MISC.

Free File Program. Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

Form **1099-MISC**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no. | 1 Rents $ | OMB No. 1545-0115 (Rev. January 2022) | **Miscellaneous Information** |
|---|---|---|---|
| Monika Kerber PO Box 1000 Julian CA 92036 US - Phone: 9512349793 | 2 Royalties $ | **2022** Form **1099-MISC** | |

| | | 3 Other income $ 68012.56 | 4 Federal income tax withheld $ | **Copy 2** |
|---|---|---|---|---|
| PAYER'S TIN ███████ | RECIPIENT'S TIN ███████ | 5 Fishing boat proceed $ | 6 Medical and health care payments $ | To be filed with recipient's state income tax return, when required. |
| RECIPIENT'S name, address, ZIP/ postal code & Country The Ark Watch Foundation ███████ US | | 7 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ▶ ☐ | 8 Substitute payments in lieu of dividends or interest $ | |
| | | 9 Crop insurance proceeds $ | 10 Gross proceeds paid to an attorney $ | |
| | | 11 Fish purchased for resale $ | 12 Section 409A deferrals $ | |
| Account number (see instructions) ███████ | 13 FATCA filing requirement ☐ | 14 Excess golden parachute payments $ | 15 Nonqualified deferred compensation $ | |
| | | 16 State tax withheld $ $ | 17 State/Payer's state no. CA ███████ | 18 State income $ 68012.56 $ |

Form **1099-MISC**          (Rev. 1-2022)          www.tax1099.com - IRS Approved e File Provider

1
2
3
4
5                                    EXHIBIT F
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Deutsche Bank**

04/17/2025 11:34:28 UTC+02          INTERNATIONAL SWIFT ACKS                    CUSTOMER'S COPY
------------------------------------------------------------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT (ACK)
NETWORK:              SWIFT
SESSION HOLDER:       DEUTDEHHXXX
DELIVERY STATUS:      NETWORK ACK
ACK DELIVERY REPORT NO:2138647042-3364360365
------------------------------INSTANCE TYPE AND TRANSMISSION------------------------------
PRIORITY DELIVERY:       URGENT PRIORITY PAYMENT DELIVERY BY MT103 CASH TRANSFER
MESSAGE INPUT REFERENCE: 11342025030DEUTDEHHXXX4229389066
MESSAGE OUTPUT REFERENCE: 11342025030GNWBKGB2LXXX3995130150
------------------------------MESSAGE APPLICATION HEADER----------------------------------
SWIFT INPUT:     MT103 CASH TRANSFER
SENDER:          DEUTSCHE BANK AG
                 ADOLPHSPLATZ, 7, HAMBURG, GERMANY
                 HDH-NORD-BAU GMBH

RECEIVER:        NATWEST BANK
                 3 RD FLOOR, 1 SPINNING FIELDS SQUARE MANCHESTER M3,
                 3AP THE MONIKA KERBER TRUST

------------------------------MESSAGE TEXT------------------------------------------------
F20:  TRANSACTION REFERENCE NUMBER

F21:  RELATED REFERENCE

F23B: BANK OPERATION CODE
      CRED
F32A: VALUE DATE/CURRENCY/INTERBANK SETTLED AMOUNT
      /20250306EUR99000000.00
F33B: CURRENCY/INSTRUCTED AMOUNT
      /CURRENCY: EUR
      /99,000,000.00 (NINETY NINE MILLION EURO ONLY)
F50A: ORDERING CUSTOMER


F52A: ORDERING INSTITUTION
      /DEUTSCHE BANK AG
      /ADOLPHSPLATZ, 7, HAMBURG, GERMANY
      /DEUTDEHHXXX
F57A: ACCOUNT WITH INSTITUTION

      /NATWEST BANK
      /3 RD FLOOR, 1 SPINNING FIELDS SQUARE MANCHESTER M3, 3AP
F59A: BENEFICIARY CUSTOMER

      /THE THE MONIKA KERBER TRUST
F70:  REMITTANCE INFORMATION
      /SANCTUARY EXPANSION PROJECT
      /SENDER TO RECEIVER'S INFORMATION

      //PLEASE ADVISE THE BENEFICIARY
F77B: REGULATORY REPORTING
      /99,000,000.00 (NINETY NINE MILLION EURO ONLY)//CASH TRANSFER
      NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED
F79:  NARRATIVE
      WE, DEUTSCHE BANK AG LOCATED AT ADOLPHSPLATZ, 7, HAMBURG, GERMANY, WITH FULL
      BANK RESPONSIBILITY HEREBY CONFIRM THAT THESE FUNDS ARE GOOD, CLEAN, CLEAR
      FUNDS OF NON-CRIMINAL ORIGIN AND ARE OBTAINED FROM A LEGAL SOURCE.
------------------------------MESSAGE TRAILER--------------------------------------------
                                     PKI SIGNATURE: 3422038937      TRACKING CODE: 80296E0138
MD5:732c1e6ae8ccddca4b84101f4d194b34
SESSION ID: 1A01BF9642EA418FA12DDB90E94819CFF0239264
TEXT:
------------------------------INTERVENTIONS----------------------------------------------
CATEGORY:       MT103 CASH TRANSFER
CREATION TIME:  04/17/2025 11:34:28
CONFIRMED ACK:  546051003
APPLICATION:    SWIFT INTERFACE SYSTEM
OPERATION:      04/17/2025
END TIME:       11:47:36
------------------------------OUTPUT SWIFT MESSAGE REPORT--------------------------------
:20:
:23B:CRED
:32A:20250306EUR99000000.00
:50A:/
HDH-NORD-BAU GMBH
:59:/
THE MONIKA KERBER TRUST

## Deutsche Bank

```
04/17/2025 11:34:28 UTC+02          INTERNATIONAL SWIFT ACKS              CUSTOMER'S COPY
-------------------------------------------------------------------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT (ACK)
NETWORK:              SWIFT
SESSION HOLDER:       DEUTDEHHXXX
DELIVERY STATUS:      NETWORK ACK
ACK DELIVERY REPORT NO:2138647042-3364360365
-------------------------------INSTANCE TYPE AND TRANSMISSION-------------------------------
PRIORITY DELIVERY:      URGENT PRIORITY PAYMENT DELIVERY BY MT103 CASH TRANSFER
MESSAGE INPUT REFERENCE: 11342025030GDEUTDEHHXXX4229389066
MESSAGE OUTPUT REFERENCE: 11342025030GNWBKGB2LXXX3995130150
-------------------------------MESSAGE APPLICATION HEADER-------------------------------
SWIFT INPUT:     MT103 CASH TRANSFER
SENDER:          DEUTSCHE BANK AG
                 ADOLPHSPLATZ, 7, HAMBURG, GERMANY


                 DEUTDEHHXXX
RECEIVER:        NATWEST BANK
                 3 RD FLOOR, 1 SPINNING FIELDS SQUARE MANCHESTER M3,
                 3AP THE MONIKA KERBER TRUST


----------------------------------MESSAGE TEXT----------------------------------
F20:   TRANSACTION REFERENCE NUMBER

F21:   RELATED REFERENCE

F23B:  BANK OPERATION CODE
       CRED
F32A:  VALUE DATE/CURRENCY/INTERBANK SETTLED AMOUNT
       /20250306EUR99000000.00
F33B:  CURRENCY/INSTRUCTED AMOUNT
       /CURRENCY: EUR
       /99,000,000.00 (NINETY NINE MILLION EURO ONLY)
F50A:  ORDERING CUSTOMER

       /HDH-NORD-BAU GMBH
F52A:  ORDERING INSTITUTION
       /DEUTSCHE BANK AG
       /ADOLPHSPLATZ, 7, HAMBURG, GERMANY

F57A:  ACCOUNT WITH INSTITUTION

       /NATWEST BANK
       /3 RD FLOOR, 1 SPINNING FIELDS SQUARE MANCHESTER M3, 3AP
F59A:  BENEFICIARY CUSTOMER

       /THE MONIKA KERBER TRUST
F70:   REMITTANCE INFORMATION
       /SANCTUARY EXPANSION PROJECT
F72:   SENDER TO RECEIVER'S INFORMATION

       //PLEASE ADVISE THE BENEFICIARY
F77B:  REGULATORY REPORTING
       /99,000,000.00 (NINETY NINE MILLION EURO ONLY)//CASH TRANSFER
       NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED
F79:   NARRATIVE
       WE, DEUTSCHE BANK AG LOCATED AT ADOLPHSPLATZ, 7, HAMBURG, GERMANY, WITH FULL
       BANK RESPONSIBILITY HEREBY CONFIRM THAT THESE FUNDS ARE GOOD, CLEAN, CLEAR
       FUNDS OF NON-CRIMINAL ORIGIN AND ARE OBTAINED FROM A LEGAL SOURCE.
----------------------------------MESSAGE TRAILER----------------------------------
                              PKI SIGNATURE: 3422038937      TRACKING CODE: 80296E0138
MD5:732c1e6ae8ccddca4b84101f4d194b34
SESSION ID: 1A01BF9642EA418FA12DDB90E9A819CFF0239264
TEXT:

--------------------------------------INTERVENTIONS--------------------------------------
CATEGORY:        MT103 CASH TRANSFER
CREATION TIME:   04/17/2025 11:34:28
CONFIRMED ACK:   546051003
APPLICATION:     SWIFT INTERFACE SYSTEM
OPERATION:       04/17/2025
END TIME:        11:47:36
--------------------------------OUTPUT SWIFT MESSAGE REPORT--------------------------------
:20:DE73508443125131
:23B:CRED
:32A:20250306EUR99000000.00
:50A:/DE5820070000058250540O

THE MONIKA KERBER TRUST
```



# Deutsche Bank

**Account**

**Instruction Type**
MT 103 - Internal Receipt Instruction
Instruction Sub Type: CASH TRANSFER

**GBS Screen**

Indicator: MAT3D    Date: 04.17.2025

References: DEUTDEHHXXX
Sender: DEUTSCHE BANK AG
Account Name:

**Status**
Received    Amount:    99,000,000.00
Currency:    Internal    External
    EUR    €
PARTICIPANT: NOT MOD

**Status**
NEW:    MTCHNMAT    NAMT CMIS

**Securities**
Ref. Code:
Description: CASH TRANSFER

**References**
Receiver: NATWEST BANK
References:
Client: THE MONIKA KERBER TRUST    Account

**User Activity**
Keyed by:
Released by:                04.17.2025    -    11:34:28
Cancelled/Modified by:
Received by:                04.17.2025    -    11:47:36

Recipient Country: UNITED KINGDOM

**Progress**
Printing done...

OK

# Deutsche Bank

Deutsche Bank AG
Adolphsplatz, 7,
Hamburg Germany
SWIFT BIC: DEUTDEHHXXX
www.db.com

Date: 04/17/2025
Transfer Reference No: █████

To: HDH-NORD-BAU GMBH
Address: KORACHSTRASSE 33, 21031, HAMBURG,
GERMANY
Attn:. MR. ILIA DIDUR

## REMITTANCE ADVICE

**Account Holder:** THE MONIKA KERBER TRUST

**Account Signatory:** MR. ILIA DIDUR

| Type | Account Number | Currency | Date | Debit | Credit |
|---|---|---|---|---|---|
| Irrev. Trust | ██████ | EUR | 04/17/2025 | 99,000,000.00 | |

**Beneficiary**
Bank Name: NATWEST BANK
Account name: THE MONIKA KERBER TRUST Account
Account number: 
SWIFT CODE: 

### SWIFT Transmission / Additional Fee: 145.50

| Date | Previous Balance / Euro | Debit | Authority | Current Balance / Euro |
|---|---|---|---|---|
| 04/17/2025 | 237,177,427,054.00 | 99,000,000.00 | CASH | 237,087,427,054.00 |
| 04/17/2025 | 237,177,427,054.00 | 450.00 | Additional Fee | 237,087,426,604.00 |



JAMES VON MOLTKE(786154M)
MANAGING DIRECTOR
FOR AND ON BEHALF
DEUTSCHE BANK AG






Deutsche Bank



MR. CHRISTIAN FEWING (9089)
FOR AND ON BEHALF OF
DEUTSCHE BANK AG

