| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | KEVIN P. DWIGHT (Bar No. CA 239476)<br>kdwight@manatt.com |
| 3 | CONNOR J. FARLEY (Bar No. CA 361715)<br>cfarley@manatt.com |
| 4 | 203 Redwood Shores Parkway, Suite 125<br>Redwood City, CA 94065 |
| 5 | Telephone:  (650) 812-1300<br>Facsimile:   (650) 213-0260 |
| 6 | Counsel for Plaintiffs |
| 7 | CELINE MYERS AND<br>THE ARK WATCH FOUNDATION |

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 25-bk-04318-CL7 |
|---|---|
| Monika Kerber Perez, | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| | Ctrm.:    Department 1, Room 218<br>United States Bankruptcy Court<br>325 West F Street<br>San Diego, California 92101 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

PLEASE TAKE NOTICE that the attorneys set forth below hereby appears on behalf of Celine Myers and The Ark Watch Foundation (together, "Ark Watch") and requests, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 1109(b) and 342 of Title 11 of the United States Code, that copies of all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned attorney at the addresses set forth below:

Kevin P. Dwight
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone: (650) 812-1300
kdwight@manatt.com

Connor J. Farley
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone: (650) 812-1300
cfarley@manatt.com

PLEASE TAKE FURTHER NOTICE that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) Ark Watch's rights (i) to have final orders in matters entered only after de novo review by a District Court judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which Ark Watch is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ark Watch hereby expressly reserves.

| | |
|---|---|
| Dated: February 10, 2026 | MANATT, PHELPS & PHILLIPS, LLP<br><br>By: _____<br>Kevin P. Dwight<br>Attorneys for Plaintiffs<br>CELINE MYERS AND THE ARK WATCH FOUNDATION |