NTF
Rev. 02/25

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday-Friday

**Monika Kerber Perez**
P.O. Box 1000
Julian, CA 92036
xxx-xx-9232
*No Known Aliases*

Case number: 25-04318-CL7
Chapter: 7
Judge  Christopher B. Latham

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **43**    filed on: **2/19/26**
Title of Document: **Amendment**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

☐ Amendment (CSD 1100)    ☐ Balance of Schedules (CSD 1099)    ☐ Notice to Creditors (CSD 1101)

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court-specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**
☑ Atty/Debtor/Movant contacted on **2/19/26**    via   ☐ Tel/Voice Mail    ☐ Email    ☑ Mail or Other

**OTHER:**  **Page 3 of CSD 1100 is missing. Please refile a completed CSD 1100.**

Dated: 2/19/26

Mark Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04318-CL |
| Monika Kerber Perez | Chapter 7 |
| The Ark Watch Foundation | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: 185 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Gary B. Rudolph | on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com |
| Gerald H. Davis | ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: 185 | Total Noticed: 1 |

Kevin Dwight
    on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
    on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Meredith King
    on behalf of Interested Party The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
    on behalf of Interested Party River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
    on behalf of Interested Party Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
    on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com

Neil J. Verbrugge
    on behalf of United States Trustee United States Trustee neil.verbrugge@usdoj.gov Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 13