CSD 1015 [06/05/25]

ENTERED 2/26/26

FILED FEB 2 2026

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Monika Kerber Perez

BANKRUPTCY NO. 25-04318-CL7

Debtor.

## ORDER REFERRING CASE FOR ALL FURTHER PROCEEDINGS

Under the provisions of Local Bankruptcy Rule 1015-2, the undersigned Judge hereby requests that Judge J. Barrett Marum assume jurisdiction to consider and act upon all further matters in the above-entitled case and there being no adverse interests represented;

**IT IS ORDERED**, that the above-entitled case is hereby transferred to the calendar of Bankruptcy Judge J. Barrett Marum for all further matters and hearings.

**IT IS FURTHER ORDERED** that the Clerk of the United States Bankruptcy Court advise the debtor(s); the attorney for the debtor(s), if any; the trustee, if any; the United States Trustee; creditors and all other parties in interest that the following case number must appear on all papers herewith filed in connection with the subject case and failure to do so could cause documents and pleadings to be rejected, to wit:

CASE NUMBER: 25-04318-JBM7

DATED: 2/26/26

_____
Christopher B. Latham
Judge, United States Bankruptcy Court

The undersigned Judge hereby consents to the transfer of the above-entitled case to my calendar for all further matters and hearings.

DATED: 2/26/26

_____
J. Barrett Marum
Judge, United States Bankruptcy Court

CSD 1015