NCJ
Rev. 12/03

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Monika Kerber Perez**
P.O. Box 1000
Julian, CA 92036
xxx−xx−9232
*No Known Aliases*

Case number: 25−04318−JBM7
Chapter: 7
Judge  J. Barrett Marum

## NOTICE OF CHANGE IN ASSIGNED JUDGE AND CASE NUMBER

NOTICE TO ALL PARTIES:

YOU ARE HEREBY NOTIFIED that the above−entitled case has been reassigned to:

**Bankruptcy Judge J. Barrett Marum**

for all further proceedings.

You are further notified that the following case number **MUST** appear on all papers hereinafter filed in connection with the subject case:

CASE NO. **25−04318−JBM7**

Dated: 2/26/26

Mark Schnakenberg
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
2/26/26
\*\*\*\*\*\*\*\*\*\*

United States Bankruptcy Court
Southern District of California

In re:                                                                                                                                 Case No. 25-04318-JBM
Monika Kerber Perez                                                                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                                              User: Admin.                                                      Page 1 of 3
Date Rcvd: Feb 26, 2026                                     Form ID: ncj                                              Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15229020 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15229021 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15229022 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246274 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15229024 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15246273 | + | Charles Robert Windon, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15258207 | + | Connor J. Farley, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065, cfarley@manatt.com 94065-6125 |
| 15229025 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15229026 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15229027 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15229029 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15258206 | + | Kevin P. Dwight, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065, kdwight@manatt.com 94065-6125 |
| 15232048 | + | Meredith King, Franklin Soto Leeds LLP, 444 West C Street, Suite 300, San Diego, California 92101-3597 |
| 15245918 | + | Nexus Bankruptcy, 3090 Bristol Street#400, Costa Mesa, CA 92626-3063 |
| 15229033 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15229034 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15229035 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15229036 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15229037 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15229038 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15229039 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15229041 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15229043 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15229044 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15247106 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 26 2026 23:29:51 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15229031 | Email/Text: litbkcourtmail@johndeere.com | | |
| | | Feb 26 2026 23:24:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |
| 15229028 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 26 2026 23:24:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15229030 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 26 2026 23:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15229032 | ^ | MEBN | Feb 26 2026 23:18:31 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15245833 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 23:29:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15229040 | | Email/Text: bankruptcynotices@sba.gov | Feb 26 2026 23:24:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15229042 | | Email/Text: CWanger@manatt.com | Feb 26 2026 23:24:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15232173 | *+ | Meredith King, Franklin Soto Leeds LLP, 444 West C Street, Suite 300, San Diego, California 92101-3597 |
| 15229023 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Gary B. Rudolph | on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com |
| Gerald H. Davis | ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com |
| Kevin Dwight | on behalf of Plaintiffs Ark Watch Foundation kdwight@manatt.com |
| Kevin Dwight | |

District/off: 0974-3 | User: Admin. | Page 3 of 3
Date Rcvd: Feb 26, 2026 | Form ID: ncj | Total Noticed: 33

| | |
|---|---|
| | on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com |
| Kevin Dwight | |
| | on behalf of Plaintiffs Celine Myers kdwight@manatt.com |
| Kevin Dwight | |
| | on behalf of Creditor Celine Myers kdwight@manatt.com |
| Meredith King | |
| | on behalf of Interested Party Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | |
| | on behalf of Interested Party The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | |
| | on behalf of Interested Party River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com |
| Michael R Totaro | |
| | on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com |
| Neil J. Verbrugge | |
| | on behalf of United States Trustee United States Trustee neil.verbrugge@usdoj.gov Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov |
| United States Trustee | |
| | ustp.region15@usdoj.gov |

TOTAL: 15