Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: AndrewL@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee for the Estate of Villa Chardonnay Horses With Wings, Inc.

UNITED STATES BANKRUPTCY COURT

SOUITHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MONIKA KERBER PEREZ,<br><br>　　　Debtor.<br>_____<br><br>LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE FOR THE ESTATE OF VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>　　　Moving Party<br>_____<br><br>MONIKA KERBER PEREZ, Debtor, and GERALD H. DAVIS, Chapter 7 Trustee,<br><br>　　　Respondent(s) | Case No.: 25-04318-JBM7<br><br>RS No. ABL-1<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF MOTION OF LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE FOR THE ESTATE OF VILLA CHARDONNAY HORSES WITH WINGS, INC. FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC* TO FEBRUARY 24, 2026**<br><br>[11 U.S.C. § 362(d); Fed. R. Bankr. P. 4001(a)(1)]<br><br>Dept:　Two (2)<br>Honorable J. Barrett Marum |

I, LESLIE T. GLADSTONE, declare:

1. I am the chapter 11 trustee in the bankruptcy case of Villa Chardonnay Horses with Wings, Inc. ("**Villa Chardonnay**"), Case No. 25-04245-JBM11 (the "**Villa Chardonnay Case**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2. I offer this Declaration in support of my *Motion for Relief from the Automatic Stay Nunc Pro Tunc to February 24, 2026* (the "**Motion**"), filed concurrently herewith. Pursuant to the Motion, I seek relief from stay in the above-captioned bankruptcy case (the "**Perez Case**") in order to (i) terminate the tenancy at will of debtor Monika Kerber Perez ("**Perez**") in that certain real property commonly known as 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "**Real Property**") and (ii) file an adversary proceeding in the Villa Chardonnay Case against Perez for turnover of the Real Property and for the issuance of a writ of execution for possession of the Real Property.

3. According to the documents on file in the Villa Chardonnay Case, Villa Chardonnay initiated the Villa Chardonnay Case by filing a voluntary chapter 11 bankruptcy petition as debtor-in-possession on October 24, 2025.

4. I was appointed chapter 11 trustee in the Villa Chardonnay Case pursuant to the *Order Approving the Appointment of Chapter 11 Trustee*, entered on January 29, 2026.

5. According to the documents on file in the Perez Case, Perez initiated the Perez Case by filing a voluntary chapter 7 bankruptcy petition on October 20, 2025.

6.  Based on my review of Villa Chardonnay's books and records, neither Perez nor Mercedes Flores ("**Flores**") have paid rent to the Villa Chardonnay bankruptcy estate (the "**Villa Chardonnay Estate**") for their use or occupancy of the Real Property since the initiation of the Villa Chardonnay Case.

7.  Neither Perez nor Flores have paid me rent for their use or occupancy of the Real Property since my appointment as chapter 11 trustee in the Villa Chardonnay Case.

8.  I have determined that the Real Property holds substantial value for the Villa Chardonnay Estate and that it is in the best interest of the Villa Chardonnay Estate to market and sell the Real Property without Perez's further tenancy.

9.  On February 24, 2026, I caused both Perez and Flores to be personally served at the Real Property with a 60-Day Notice to Terminate Tenancy (the "**Termination Notice**"), pursuant to which I provided both Perez and Flores with sixty (60) days' notice of the termination of their possession, occupancy, and/or tenancy of the Real Property in accordance with California Civil Code sections 1946, 1946.1, and 1946.2.

10. A copy of the Termination Notice is attached hereto as Exhibit 1.

11. A copy of the proof of service of the Termination Notice is attached hereto as Exhibit 2.

12. In order to address any issues that may arise if Perez and Flores refuse to vacate the Real Property in compliance with the Termination Notice, I also intend to initiate an adversary proceeding (the "**Adversary Proceeding**") in the Villa Chardonnay Case against Perez and Flores for (i) turnover of the Real Property as property of the Villa Chardonnay Estate pursuant to 11 U.S.C. § 542 and (ii) the issuance by the Court of a writ of execution for possession of the Real Property.

13. On or about March 5, 2026, I called Gary B. Rudolph, counsel for Gerald H. Davis, the chapter 7 trustee for the Flores bankruptcy estate (the "**Flores**

**Estate Trustee**") and he confirmed that the Flores Estate Trustee has no opposition to the relief requested in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2026, at La Jolla, California.

        /s/ Leslie T. Gladstone
        Leslie T. Gladstone

# Exhibit 1

# Exhibit 1
# Termination Notice

**60-DAY NOTICE TO TERMINATE TENANCY**

TO:    Monika Kerber Perez, Mercedes Flores, and All Other Occupants of 4554 and/or 4430 Boulder Creek Road, Julian, CA 92036

AND ALL OTHERS IN POSSESSION:

TAKE NOTICE that your possession, occupancy and/or tenancy of the hereinafter described premises is hereby terminated as of the date **sixty (60) days** after the service of this NOTICE upon you and that you are hereby required to quit and surrender possession thereof to the undersigned who is authorized to receive the same, or my authorized agent, on or before the date **sixty (60) days** after the service of this NOTICE upon you (the "Termination Date").

The premises of which you are required to surrender possession are situated in the census-designated place of Julian, County of **SAN DIEGO**, State of California, designated by the number and street as 4554 and/or 4430 Boulder Creek Road, Julian, CA 92036 (the "Premises").

This notice is intended to terminate your possession, occupancy and/or tenancy, if any, in the Premises in accordance with the California Civil Code section 1946, 1946.1, and/or 1946.2.

The Premises is property of the bankruptcy estate (the "Estate") of Villa Chardonnay with Wings, Inc. in Case No. 25-04245-JBM11 in the United States Bankruptcy Court for the Southern District of California and is being administered by Trustee Leslie T. Gladstone ("Trustee"), the chapter 11 trustee of the Estate.

Pursuant to California Civil Code section 1946.2(b)(2), just cause exists for the termination of your possession, occupancy and/or tenancy, if any, in the Premises because the Trustee intends to withdraw the Premises from the rental market.

You must vacate the Premises and remove all personal property from the Premises on or before the Termination Date of this notice. If you fail to quit and deliver possession of the Premises to the undersigned or my authorized agent, legal proceedings will be commenced against you to recover possession of the Premises and to recover the rentable value of the property and all other damages, if any, plus court costs, and attorney's fees for the unlawful detention of the Premises as permitted by law.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

Date:  February 23, 2026

By: _____
Leslie T. Gladstone
Chapter 11 Trustee

# Exhibit 2

# Exhibit 2
# Proof of Service of the Termination Notice

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
E-mail:  AndrewL@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor(s)

BANKRUPTCY NO. 25-04245-JBM11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I,  Jeff Wiemann  am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  February 24, 2026 , I served the following documents:
60-Day Notice to Terminate Tenancy

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐   Chapter 7 Trustee:

☐   For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐   For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  February 24, 2026 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

Monika Kerber Perez
4554 and 4430 Boulder Creek Rd.
Julian, CA 92036
Via Personal Delivery

Mercedes Flores
4554 and 4430 Boulder Creek Rd.
Julian, CA 92036
Via Personal Delivery

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  March 4, 2026
(Date)

Jeff Wiemann  /s/ Jeff W.
(Typed Name and Signature)

5656 La Jolla Blvd.
(Address)

La Jolla, CA 92037
(City, State, ZIP Code)