**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887 / Facsimile: (858) 454-9596
Attorneys for Leslie T. Gladstone, Ch. 11 Trustee for the Estate of Villa Chardonnay
Horses With Wings, Inc.

Order Entered on
March 26, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>MONIKA KERBER PEREZ<br><br>Debtor(s) | BANKRUPTCY NO. 25-04318-JBM7 |
| LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE FOR THE ESTATE OF VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Movant(s) | RS NO.  ABL-1 |
| v.<br>MONIKA KERBER PEREZ, Debtor, and GERALD H. DAVIS, Chapter 7 Trustee<br><br>Respondent(s) | Date of Hearing:  n/a<br>Time of Hearing:  n/a<br>Name of Judge:   J. Barrett Marum |

## ORDER ON
## Motion for Relief From Automatic Stay Nunc Pro Tunc to February 24, 2026

The court orders as set forth on the continuation pages attached and numbered ___1___ through ___2___ with

exhibits, if any, for a total of ___2___ pages.  Motion/Application Docket Entry No. ___49___ .

//

//

//

//

//

DATED:    March 26, 2026

Judge, United States Bankruptcy Court

**CSD 1159A** [07/01/18]
ORDER ON Motion for Relief From Automatic Stay Nunc Pro Tunc to February 24, 2026
DEBTOR: MONIKA KERBER PEREZ

CASE NO: 25-04318-JBM7
RS NO.: ABL-1

---

Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**") for the Estate of Villa Chardonnay Horses with Wings, Inc., Case No. 25-04245-JBM11 (the "**Villa Chardonnay Case**"), having filed on March 6, 2026, her Motion of Leslie T. Gladstone, Chapter 11 Trustee for the estate of Villa Chardonnay Horses with Wings, Inc. for Relief from the Automatic Stay Nunc Pro Tunc to February 24, 2026 (the "**Motion**"), the supporting points and authorities, the supporting Declaration of Leslie T. Gladstone, and the supporting notice of filing of the Motion (collectively, the "**Supporting Documents**"), all having been considered by the Court; and having served on March 6, 2026, the Motion and Supporting Documents on respondent Monika Kerber Perez, the debtor ("**Debtor**") in the the above-captioned case (the "**Case**"), Michael R. Tutaro, counsel for Debtor, Gerald H. Davis, the chapter 7 trustee in this Case, and the United States Trustee; and notice having been deemed appropriate; and good cause appearing,

IT IS HEREBY ORDERED,

1.   The Motion is GRANTED in its entirety.

2.   The automatic stay pursuant to 11 U.S.C. Section 362 in this Case is hereby terminated as to the Trustee, nunc pro tunc to February 24, 2026, to allow Trustee to pursue efforts to terminate Debtor's occupancy of that certain real property commonly known as 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "**Real Property**") through (i) the termination of tenancy procedures set forth in the California Civil Code Section 1946, et seq. and (ii) the filing and litigation of an adversary proceeding in the Villa Chardonnay Case against Debtor for turnover of the Real Property and for the issuance of a writ of execution for possession of the Real Property.

**IT IS SO ORDERED**.

Signed by Judge J Barrett Marum March 26, 2026