**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887 / Facsimile: (858) 454-9596
Attorneys for Leslie T. Gladstone, Ch. 11 Trustee for the Estate of Villa Chardonnay
Horses With Wings, Inc.

Order Entered on
March 26, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>MONIKA KERBER PEREZ<br><br>Debtor(s) | BANKRUPTCY NO. 25-04318-JBM7 |
| LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE FOR THE ESTATE OF VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Movant(s) | RS NO.   ABL-1 |
| v.<br>MONIKA KERBER PEREZ, Debtor, and GERALD H. DAVIS, Chapter 7 Trustee<br><br>Respondent(s) | Date of Hearing:  n/a<br>Time of Hearing:  n/a<br>Name of Judge:   J. Barrett Marum |

## ORDER ON

## Motion for Relief From Automatic Stay Nunc Pro Tunc to February 24, 2026

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __49__ .

//

//

//

//

//

DATED:    March 26, 2026

_____
Judge, United States Bankruptcy Court

**CSD 1159A** [07/01/18]
ORDER ON Motion for Relief From Automatic Stay Nunc Pro Tunc to February 24, 2026
DEBTOR: MONIKA KERBER PEREZ

CASE NO: 25-04318-JBM7
RS NO.:  ABL-1

---

Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**") for the Estate of Villa Chardonnay Horses with Wings, Inc., Case No. 25-04245-JBM11 (the "**Villa Chardonnay Case**"), having filed on March 6, 2026, her Motion of Leslie T. Gladstone, Chapter 11 Trustee for the estate of Villa Chardonnay Horses with Wings, Inc. for Relief from the Automatic Stay Nunc Pro Tunc to February 24, 2026 (the "**Motion**"), the supporting points and authorities, the supporting Declaration of Leslie T. Gladstone, and the supporting notice of filing of the Motion (collectively, the "**Supporting Documents**"), all having been considered by the Court; and having served on March 6, 2026, the Motion and Supporting Documents on respondent Monika Kerber Perez, the debtor ("**Debtor**") in the the above-captioned case (the "**Case**"), Michael R. Tutaro, counsel for Debtor, Gerald H. Davis, the chapter 7 trustee in this Case, and the United States Trustee; and notice having been deemed appropriate; and good cause appearing,

IT IS HEREBY ORDERED,

1.   The Motion is GRANTED in its entirety.

2.   The automatic stay pursuant to 11 U.S.C. Section 362 in this Case is hereby terminated as to the Trustee, nunc pro tunc to February 24, 2026, to allow Trustee to pursue efforts to terminate Debtor's occupancy of that certain real property commonly known as 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "**Real Property**") through (i) the termination of tenancy procedures set forth in the California Civil Code Section 1946, et seq. and (ii) the filing and litigation of an adversary proceeding in the Villa Chardonnay Case against Debtor for turnover of the Real Property and for the issuance of a writ of execution for possession of the Real Property.

**IT IS SO ORDERED**.

Signed by Judge J Barrett Marum March 26, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                                    Case No. 25-04318-JBM

Monika Kerber Perez                                                      Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                                    Page 1 of 2

Date Rcvd: Mar 26, 2026                  Form ID: pdfO1                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

**Recip ID                    Recipient Name and Address**
db                          +  Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Andrew Levin
               on behalf of Interested Party Leslie T. Gladstone andrewl@flgsd.com
               leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston
               on behalf of Interested Party Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer
               on behalf of Plaintiffs Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
               on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Gary B. Rudolph
               on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com
               kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com

District/off: 0974-3                               User: Admin.                                        Page 2 of 2
Date Rcvd: Mar 26, 2026                            Form ID: pdfO1                                      Total Noticed: 1

Gerald H. Davis
                    ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com

Kevin Dwight
                    on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
                    on behalf of Plaintiffs Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
                    on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
                    on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Leslie T. Gladstone
                    candic@flgsd.com
                    christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Meredith King
                    on behalf of Interested Party The Armbrust Living Trust mking@fsl.law
                    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
                    on behalf of Interested Party River Falls  LLC mking@fsl.law,
                    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
                    on behalf of Interested Party Private Mortgage Lending  Inc. mking@fsl.law,
                    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
                    on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com

Neil J. Verbrugge
                    on behalf of United States Trustee United States Trustee neil.verbrugge@usdoj.gov
                    Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

United States Trustee
                    ustp.region15@usdoj.gov


TOTAL: 17