**EXHIBIT 1**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

404630278.1

MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
kdwight@manatt.com
CONNOR J. FARLEY (Bar No. CA 361715)
cfarley@manatt.com
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Counsel for Creditors
CELINE MYERS AND
THE ARK WATCH FOUNDATION

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Monika Kerber Perez**,**<br><br>          Debtor. | Case No. 25-04318-JBM7<br><br>Chapter 7<br><br>**[PROPOSED] ORDER AUTHORIZING CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION TO ISSUE A SUBPOENA DEMANDING THE EXAMINATION UNDER OATH AND PRODUCTION OF DOCUMENTS FROM (1) DEBTOR MONIKA KERBER PEREZ; (2) MERCEDES FLORES; (3) CALIFORNIA DEPARTMENT OF MOTOR VEHICLES AND (4) DEUTSCHE BANK**<br><br>Ctrm.:      Department 1, Room 218<br>             United States Bankruptcy Court<br>             325 West F Street<br>             San Diego, California 92101 |

Upon the ex parte application, dated May 8, 2026 (the "Application"), of Celine Myers and the Ark Watch Foundation ("Ark Watch") for an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), without prejudice to the rights of Debtor Monika Kerber Perez ("Debtor"), Mercedes Flores, the State of California Department of Motor Vehicles ("DMV"), and Deutsche Bank to object, directing the production for inspection and copying records of documents in connection with this Chapter 7 bankruptcy proceeding; and the Court having jurisdiction to consider the Application; and sufficient notice having been provided; and the Court having found and determined that the legal and factual bases set forth in the Application having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Application is GRANTED to the extent set forth herein; and it is further

ORDERED, that Ark Watch may issue a subpoena directing Mercedes Flores to produce documents by June 5, 2026, without prejudice to the rights of Mercedes Flores to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the DMV to produce documents by June 5, 2026, without prejudice to the rights of the DMV to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing Deutsche Bank to produce documents by June 5, 2026, without prejudice to the rights of Deutsche Bank to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the Debtor to produce documents by June 5, 2026, without prejudice to the rights of Debtor to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the Debtor to appear for an examination under oath to testify on June 24, 2026, at 10:00 a.m. without prejudice to the rights of the Debtor; and it is further

ORDERED, that, to the extent necessary, Ark Watch's rights are reserved to request

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

404646481.1

additional examinations or documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order; and it is further

ORDERED, that this Order shall be served upon (i) the Debtor; (ii) Mercedes Flores; (iii) the DMV; (iv) Deutsche Bank; (v) the Office of the U.S. Trustee; and (vi) all parties who have appeared in this Chapter 7 case; and it is further

ORDERED, that this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated:  San Diego, California

June __, 2026

_____

Honorable J. Barrett Marum

United States Bankruptcy Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

404646481.1