CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
kdwight@manatt.com
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone: (650) 812-1300

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Monika Kerber Perez

Debtor(s)

BANKRUPTCY NO.   25-04318-JBM7

The Ark Watch Foundation and Celine
Myers

Plaintiff(s)

ADVERSARY NO.   26-90010-JBM

v.
Monika Kerber Perez

Defendant(s)

# PROOF OF SERVICE

I,  Kevin Dwight  am a resident of the State of California, over the age of 18 years, and not a party to this action.

On June 5, 2026 , I served the following documents:

CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S EX PARTE APPLICATION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 2004, AUTHORIZING CREDITORS TO DEMAND THE EXAMINATION UNDER OATH AND PRODUCTION OF DOCUMENTS FROM (1) DEBTOR MONIKA KERBER PEREZ; (2) MERCEDES FLORES; (3) CALIFORNIA DEPARTMENT OF MOTOR VEHICLES AND (4) DEUTSCHE BANK

EXHIBITS 1 THROUGH 5

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  June 5, 2026   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒    Chapter 7 Trustee:  ghd@trusteedavis.com

☒    For Chapter 7, 11, & 12 cases:              ☐    For Chapter 13 cases:

UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                              mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.  **Served by United States Mail**:

On June 5, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Monika Kerber Perez
4554 Boulder Creek Rd
Julian, CA 92036

Deutsche Bank c/o
C T Corporation System
330 North Brand Blvd.
Suite 700
Glendale, CA 91203

DMV Sacramento Headquarters
C/O Legal Affairs Division
2415 First Ave., Mail Station C128
Sacramento, CA 95818

Mercedes Flores
4554 Boulder Creek Rd
Julian, CA 92036

Davis, Gerald H.
P.O. Box 38
Aguanga, CA 92536

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   June 5, 2026_____
                         (Date)

Kevin Dwight _____
(Typed Name and Signature)

203 Redwood Shores Parkway Suite 125_____
(Address)

Redwood City, CA 94065_____
(City, State, ZIP Code)