**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

MANATT, PHELPS & PHILLIPS, LLP

KEVIN P. DWIGHT (Bar No. CA 239476)

kdwight@manatt.com

CONNOR J. FARLEY (Bar No. CA 361715)

cfarley@manatt.com

203 Redwood Shores Parkway, Suite 125

Redwood City, CA 94065

**Order Entered on
July 17, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Monika Kerber Perez,

Debtor.

BANKRUPTCY NO. 25-04318-JBM7

Date of Hearing:
Time of Hearing:
Name of Judge:  Honorable J. Barrett Marum

## COURT MODIFIED ORDER ON

**CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S 2004 MOTION TO ISSUE
SUBPOENAS DEMANDING EXAMINATION UNDER OATH AND PRODUCTION OF DOCUMENTS**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __54__.

//

//

//

//

//

//

//

DATED:   July 17, 2026

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

jro

ORDER ON CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S 2004 MOTION TO ISSUE SUBPOENAS DEMANDING EXAMINATION UNDER OATH AND PRODUCTION OF DOCUMENTS

DEBTOR: Monika Kerber Perez,                                                              CASE NO: 25-04318-JBM7

Upon the ex parte application, dated ~~May 8~~June 5, 2026 (the "Application"), of Celine Myers and the Ark Watch Foundation ("Ark Watch") for an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), without prejudice to the rights of Debtor Monika Kerber Perez ("Debtor"), Mercedes Flores, the State of California Department of Motor Vehicles ("DMV"), and Deutsche Bank to object, directing the production for inspection and copying records of documents in connection with this Chapter 7 bankruptcy proceeding; and the Court having jurisdiction to consider the Application; and sufficient notice having been provided; and the Court having found and determined that the legal and factual bases set forth in the Application having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the relief requested in the Application is GRANTED to the extent set forth herein; and it is further

ORDERED, that Ark Watch may issue a subpoena directing Mercedes Flores to produce documents, without prejudice to the rights of Mercedes Flores to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the DMV to produce documents, without prejudice to the rights of the DMV to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing Deutsche Bank to produce documents, without prejudice to the rights of Deutsche Bank to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the Debtor to produce documents, without prejudice to the rights of Debtor to object in accordance with the applicable rules; and it is further

ORDERED, that Ark Watch may issue a subpoena directing the Debtor to appear for an examination under oath, without prejudice to the rights of the Debtor; and it is further

ORDERED, that, to the extent necessary, Ark Watch's rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 based on any information that may be revealed as a result of the discovery obtained pursuant to this Order; and it is further

ORDERED, that this Order shall be served upon (i) the Debtor; (ii) Mercedes Flores; (iii) the DMV; (iv) Deutsche Bank; (v) the Office of the U.S. Trustee; and (vi) all parties who have appeared in this Chapter 7 case; and it is further

ORDERED, that the scope of all subpoenas that Ark Watch issues pursuant to this Order must be the same as the subpoenas attached to the Application and that Ark Watch must attempt to meet and confer with any individual or entity it seeks to examine orally in compliance with Local Rule 2004-1[1]; and it is further

ORDERED, that this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

---

[1] If Ark Watch requests additional Rule 2004 examinations, the Court will expect compliance with Local Rule 2004-1's meet and confer requirement regarding any oral examinations before the Court will approve them.  The Court exercises its discretion to adjust the timing of the meet and confer requirement with respect to the Application because, among other reasons, it has been pending for so long without any objection having been filed.

CSD 1001A                                                    Signed by Judge J Barrett Marum July 17, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                          Case No. 25-04318-JBM

Monika Kerber Perez                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                    User: Admin.                    Page 1 of 2

Date Rcvd: Jul 17, 2026                 Form ID: pdfO1                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID**      **Recipient Name and Address**

db      +   Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Andrew Levin

     on behalf of Interested Party Leslie T. Gladstone andrewl@flgsd.com
     leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston

     on behalf of Interested Party Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer

     on behalf of Plaintiffs Ark Watch Foundation cgrumer@manatt.com

Carl Grumer

     on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Gary B. Rudolph

     on behalf of Trustee Gerald H. Davis grudolph@fennemorelaw.com
     kcashman-kramer@fennemorelaw.com;jhill@fennemorelaw.com;ejames@fennemorelaw.com;lgubba-reiner@fennemorelaw.com
     ;vidovich@ecf.inforuptcy.com;rudolph@ecf.inforuptcy.com

District/off: 0974-3           User: Admin.           Page 2 of 2

Date Rcvd: Jul 17, 2026           Form ID: pdfO1           Total Noticed: 1

Gerald H. Davis
ghd@trusteedavis.com  ghd@trustesolutions.net,juliesmythdavis2@gmail.com

Kevin Dwight
on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Leslie T. Gladstone
candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Meredith King
on behalf of Interested Party The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Interested Party River Falls  LLC mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Interested Party Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
on behalf of Debtor Monika Kerber Perez Ocbkatty@aol.com

Neil J. Verbrugge
on behalf of United States Trustee United States Trustee neil.verbrugge@usdoj.gov
Tiffany.L.Carroll@usdoj.gov,USTP.Region15@usdoj.gov

United States Trustee
ustp.region15@usdoj.gov


TOTAL: 17