MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
kdwight@manatt.com
CONNOR J. FARLEY (Bar No. CA 361715)
cfarley@manatt.com
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Counsel for Creditors
CELINE MYERS AND
THE ARK WATCH FOUNDATION

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Monika Kerber Perez,<br><br>Debtor. | Case No. 3:25-bk-04318-JBM11<br><br>Adv. Case No. 26-90010-JBM<br><br>Chapter 7<br><br>**CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S STATUS REPORT IN ADVANCE OF THE DECEMBER 1, 2026 STATUS CONFERENCE**<br><br>**<u>Status Conference</u>**<br>Date: December 1, 2026<br>Time: 1:30 PM<br>Ctrm.: Department 1, Room 218<br>United States Bankruptcy Court<br>325 West F Street<br>San Diego, California 92101 |
| The ArkWatch Foundation and Celine Myers,<br><br>Plaintiffs,<br><br>v.<br><br>Monika Kerber Perez,<br><br>Defendant. | |

Celine Myers and The Ark Watch Foundation (together, "Ark Watch") hereby submit this status report pursuant to the Court's Disposition at the Status Conference held on July 28, 2026. Ark Watch respectfully states as follows:

Plaintiffs have still been unable to contact Defendant Monika Kerber Perez ("Defendant") to meet and confer about discovery and other case issues and have unable to confirm whether she is represented by counsel. Plaintiffs noticed and served CSD 3018 upon Defendant on April 13, 2026 and followed up by e-mail on April 14, 2026, May 1, 2026, and July 16, 2026. On July 28, 2026, Plaintiffs informed Mr. Thomas, who represented himself as Defendant's counsel in an e-mail dated July 22, 2026, that he must file a Substitution of Counsel. No such filing appears on the docket. On August 5, 2026, Plaintiffs issued a subpoena for testimony upon Defendant in her Chapter 7 bankruptcy through her counsel, to which they received no response.

Plaintiffs anticipate that they will need to take discovery of Defendant, including written discovery requests and a potential oral deposition of Defendant pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure.

Dated: November 24, 2026

MANATT, PHELPS & PHILLIPS, LLP

By:______________________________
Kevin P. Dwight
Counsel for Creditors
CELINE MYERS AND THE ARK WATCH FOUNDATION